**BROEGE, NEUMANN, FISCHER & SHAVER, LLC**
**25 ABE VOORHEES DRIVE**
**MANASQUAN, NJ 08736**
**732-223-8484**
**tneumann@bnfsbankruptcy.com**
**Timothy P. Neumann, Esq.  TN #6429**
**Attorneys for Debtor**

**UNITED STATES BANKRUPTCY COURT**
**District of New Jersey**

| | | |
|---|---|---|
| **In re** | : | |
| **RONALD RASLOWSKY** | : | **CASE NO.** *16-13754* |
| | : | **CHAPTER 7** **(Converted from Chapter 11)** |
| | : | **JUDGE:  KATHRYN C. FERGUSON** |
| | : | **AMENDMENT TO SCHEDULE B -** |
| | : | **PERSONAL PROPERTY and** **SCHEDULE C - EXEMPTION** |
| | : | |

The Debtor in the above referenced matter, hereby amends Schedule B – Personal Property `and Schedule C – Exemptions as follows:

*Schedule B – Personal Property*

3.  ***Cars, vans, trucks, tractors, sport utility vehicles, motorcycles***
    **3.4**  2003 Ford Mustang located at
    2226 Pony Brook Way, Toms River, NJ            Value:  $12,750.00

    **3.5**  Harley Davidson Motorcycle located at
    2226 Pony Brook Way, Toms River, NJ            Value: $3,000.00

6.  ***Household Goods and Furnishings:***

    Misc. household goods and furnishings located at
    2226 Pony Brook Way, Toms River, NJ            Value Unknown

8.  ***Collectibles of Value :***

    Personal effects and Memorabilia  located at            Value:  $100.00
    2226 Pony Brook Way, Toms River, NJ

11. ***Clothes:***

    Various men's clothing located at debtor's residence            Value:$1,000.00
    And at  2226 Pony Brook Way, Toms River, NJ

12. ***Jewelry:***

      Misc men's jewelry located at                                         Value: $2,000.00
      2226 Pony brook Way, Toms River, NJ

14.    *Any other personal and household items you did not already list*
      Hand tools located at 2226 Pony brook Way, Toms River, NJ   Value: $500.00

### Schedule C – Exemptions

    Misc. household goods and furnishings located at          Exemption: $11,625.00
    2226 Pony Brook Way, Toms River, NJ
    11 USC §522(d)(3)

    Personal effects and Memorabilia located at              Exemption: $100.00
    2226 Pony Brook Way, Toms River, NJ
    11 USC §522(d)(5)

    Various men's clothing located at debtor's residence        Exemption:$1,000.00
    and 2226 Pony Brook Way, Toms River, NJ
    11 USC §522(d)(3)

    Misc men's jewelry located at
    2226 Pony Brook Way, Toms River, NJ
    11 USC §522(d)(4)                                              Exemption: $1,600.00
    11 USC §522(d)(5)                                                     400.00

    Hand tools located at 2226 Pony Brook                   Exemption: $500.00
    Way, Toms River, NJ
    11 USC §522(d)(5)

    **3.4** 2003 Ford Mustang located at
    2226 Pony Brook Way, Toms River, NJ                   Exemption: $8,850.00

    **3.5** Harley Davidson Motorcycle located at
    2226 Pony Brook Way, Toms River, NJ                   Exemption: $3,000.00

    I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

                                                                    /s/Ronald Raslowsky_____
                                                                    RONALD RASLOWSKY

Dated: August 2, 2016