| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| In Re:<br><br>Ronald J. Raslowsky | Case No.: 16-13754<br><br>Chapter: 7<br><br>Judge: Ferguson |

# NOTICE OF FAILURE TO FILE SUPPLEMENTAL
# DOCUMENTS CONCERNING SCHEDULES

TO: Ronald J. Raslowsky

This will confirm that on ____8/1/2016____ the following document(s) was filed by you.

☒ Amendment to Schedule(s) ___C___,

☐ Missing Documents, including Schedule(s) _____,

This will further confirm that the court has not received the following supplemental documents:

☒ A Declaration About an Individual Debtor's Schedules

☒ An updated Summary of Your Assets and Liabilities and Certain Statistical Information if necessary

☐ Declaration Under Penalty of Perjury for Non-Individual Debtors

☐ An updated Summary of Assets and Liabilities for Non-Individuals if necessary

You are hereby notified that the document(s) indicated above must be filed within 7 days from the date of this notice.

Dated: 8/3/2016                                             James J. Waldron, Clerk

*new.12.1.15*