UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:

Ronald J. Raslowsky

Case No.: 16-13754

Chapter: 7

Judge: Ferguson

# NOTICE OF FAILURE TO FILE SUPPLEMENTAL DOCUMENTS CONCERNING SCHEDULES

TO: Ronald J. Raslowsky

This will confirm that on 8/1/2016 the following document(s) was filed by you.

- ☒ Amendment to Schedule(s) C ,
- ☐ Missing Documents, including Schedule(s) _____ ,

This will further confirm that the court has not received the following supplemental documents:

- ☒ A Declaration About an Individual Debtor's Schedules
- ☒ An updated Summary of Your Assets and Liabilities and Certain Statistical Information if necessary

- ☐ Declaration Under Penalty of Perjury for Non-Individual Debtors
- ☐ An updated Summary of Assets and Liabilities for Non-Individuals if necessary

You are hereby notified that the document(s) indicated above must be filed within 7 days from the date of this notice.

Dated: 8/3/2016                    James J. Waldron, Clerk

*new.12.1.15*

```
                       United States Bankruptcy Court
                            District of New Jersey
```

In re:                                                         Case No. 16-13754-KCF
Ronald J. Raslowsky                                            Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1          Date Rcvd: Aug 03, 2016
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 05, 2016.
db              Ronald J. Raslowsky,    195 Lehigh Ave,    Lakewood, NJ  08701-4555

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 05, 2016                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 3, 2016 at the address(es) listed below:
              Andrea  Dobin     on behalf of Trustee Andrea  Dobin adobin@trenklawfirm.com
              Andrea  Dobin     ecftrusteead@trenklawfirm.com,  NJ55@ecfcbis.com
              Denise E. Carlon     on behalf of Defendant    M&T Bank dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon     on behalf of Creditor    M&T Bank dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Lawrence D. Mandel     on behalf of Creditor    Emilio D'Onorio Demeo, LLC lmandel@gmplaw.net,
               apeslak@gmplaw.net
              Lawrence D. Mandel     on behalf of Creditor    Michele D'Onorio Demeo, LLC lmandel@gmplaw.net,
               apeslak@gmplaw.net
              Lawrence D. Mandel     on behalf of Creditor    Giuseppina D'Onorio Demeo, LLC lmandel@gmplaw.net,
               apeslak@gmplaw.net
              Lawrence D. Mandel     on behalf of Creditor    Dolores D'Onorio Demeo, LLC lmandel@gmplaw.net,
               apeslak@gmplaw.net
              Michele M. Dudas     on behalf of Plaintiff Andrea  Dobin mdudas@trenklawfirm.com
              Michele M. Dudas     on behalf of Trustee Andrea  Dobin mdudas@trenklawfirm.com
              Timothy P. Neumann     on behalf of Plaintiff Ronald J. Raslowsky timothy.neumann25@gmail.com,
               btassillo@aol.com;geoff.neumann@gmail.com
              Timothy P. Neumann     on behalf of Debtor Ronald J. Raslowsky timothy.neumann25@gmail.com,
               btassillo@aol.com;geoff.neumann@gmail.com
              United States Trustee     USTPRegion03.NE.ECF@usdoj.gov
              William M.E. Powers, III     on behalf of Defendant    Wells Fargo Home Mortgage ecf@powerskirn.com
              William M.E. Powers, III     on behalf of Creditor    Wells Fargo Bank, N.A. ecf@powerskirn.com
                                                                                             TOTAL: 15