Form 169 – ntccovert

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.: 16−13754−KCF
Chapter: 7
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
　Ronald J. Raslowsky
　195 Lehigh Ave
　Lakewood, NJ 08701−4555

Social Security No.:
　xxx−xx−0250

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING
## ON APPLICATION/MOTION TO CONVERT CASE

　　An application/motion to convert the above−captioned case from Chapter 7 to Chapter 11, has been filed by Timothy P. Neumann on behalf of Debtor, Ronald J. Raslowsky.

　　Notice is hereby given that the Court will conduct a hearing on this matter to determine the application/motion for conversion before the Honorable Kathryn C. Ferguson on:

Date:　　　　　　September 20, 2016
Time:　　　　　　10:00 AM
Location:　　　　Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507


Dated: August 24, 2016
JJW: seg

　　　　　　　　　　　　　　　　　　　　　　　　　　　　James J. Waldron
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Clerk