**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Order Filed on September 22, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Ronald J. Raslowsky

| | |
|---|---|
| Case No.: | 16-13754 |
| Hearing Date: | 9-20-2016 |
| Judge: | Kathryn C. Ferguson |
| Chapter: | 7 |

Recommended Local Form:   ☐ Followed   ☐ Modified

# ORDER DENYING MOTION OR
# APPLICATION FOR THE ENTRY OF AN ORDER
## TO CONVERT CASE TO CHAPTER 11

The relief set forth on the following page is hereby **ORDERED**.

**DATED: September 22, 2016**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

A motion or application having been filed on _____8-23_____, 20 _16_ by _Timothy Neumann, Esq. for the Debtor_ for entry of an order as set forth above, all interested parties having been duly served, the Court having considered all of the papers submitted, along with any arguments of counsel, and for good cause shown; it is

ORDERED that the aforesaid motion or application is denied.

The successful party shall serve this order on the debtor, any trustee and all parties who entered an appearance on this matter.

*Rev. 7/1/04; jml*

2

United States Bankruptcy Court
District of New Jersey

In re:  
Ronald J. Raslowsky  
    Debtor

Case No. 16-13754-KCF  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 1      Date Rcvd: Sep 22, 2016  
                    Form ID: pdf903      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 24, 2016.  
db         Ronald J. Raslowsky,    195 Lehigh Ave,    Lakewood, NJ   08701-4555

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                        TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                         TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 24, 2016                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 22, 2016 at the address(es) listed below:

          Andrea Dobin    on behalf of Trustee Andrea Dobin adobin@trenklawfirm.com  
          Andrea Dobin    ecftrusteead@trenklawfirm.com, NJ55@ecfcbis.com  
          Denise E. Carlon    on behalf of Creditor    M&T Bank dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
          Denise E. Carlon    on behalf of Defendant    M&T Bank dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
          Lawrence D. Mandel    on behalf of Creditor    Dolores D'Onorio Demeo, LLC lmandel@gmplaw.net, apeslak@gmplaw.net  
          Lawrence D. Mandel    on behalf of Creditor    Emilio D'Onorio Demeo, LLC lmandel@gmplaw.net, apeslak@gmplaw.net  
          Lawrence D. Mandel    on behalf of Creditor    Giuseppina D'Onorio Demeo, LLC lmandel@gmplaw.net, apeslak@gmplaw.net  
          Lawrence D. Mandel    on behalf of Creditor    Michele D'Onorio Demeo, LLC lmandel@gmplaw.net, apeslak@gmplaw.net  
          Michele M. Dudas    on behalf of Trustee Andrea Dobin mdudas@trenklawfirm.com  
          Michele M. Dudas    on behalf of Plaintiff Andrea Dobin mdudas@trenklawfirm.com  
          Scott M. Zauber    on behalf of Mediator Scott Zauber szauber@subranni.com, ecf@subranni.com;desk@subranni.com;cwild@subranni.com;jwiesner@subranni.com;mmorrow@subranni.com;hinnaurato@subranni.com  
          Timothy P. Neumann    on behalf of Debtor Ronald J. Raslowsky timothy.neumann25@gmail.com, btassillo@aol.com;geoff.neumann@gmail.com  
          Timothy P. Neumann    on behalf of Plaintiff Ronald J. Raslowsky timothy.neumann25@gmail.com, btassillo@aol.com;geoff.neumann@gmail.com  
          United States Trustee    USTPRegion03.NE.ECF@usdoj.gov  
          William M.E. Powers, III    on behalf of Creditor    Wells Fargo Bank, N.A. ecf@powerskirn.com  
          William M.E. Powers, III    on behalf of Defendant    Wells Fargo Home Mortgage ecf@powerskirn.com  
                                                                                             TOTAL: 16