**TRENK, DiPASQUALE,**
**DELLA FERA & SODONO, P.C.**
347 Mount Pleasant Avenue, Suite 300
West Orange, NJ 07052
(973) 243-8600
Michele M. Dudas
*Attorneys for Andrea Dobin,*
*Chapter 7 Trustee*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Case No. 16-13754 (KCF) |
| RONALD J. RASLOWSKY, | Chapter 7 |
| Debtor. | Honorable Kathryn C. Ferguson |

**CERTIFICATE OF CONSENT REGARDING CONSENT ORDER RESOLVING MOTION OF ANDREA DOBIN, CHAPTER 7 TRUSTEE, SEEKING TO (1) COMPEL DEBTOR'S ATTENDANCE AT RULE 2004 EXAMINATION; (2) FURTHER EXTENDING TIME FOR THE TRUSTEE TO OBJECT TO DEBTOR'S DISCHARGE; AND (3) FOR RELATED RELIEF**

I certify that with respect to the Consent Order Resolving Motion of Andrea Dobin, Chapter 7 Trustee, Seeking to (1) Compel Debtor's Attendance at Rule 2004 Examination; (2) Further Extending Time for the Trustee to Object to Debtor's Discharge; and (3) for Related Relief (the "Consent Order") submitted to the Court, the following conditions have been met:

(a)   The terms of the Consent Order are identical to those set forth in the original Consent Order;

(b)   The signatures represented by "/s/ Michele M. Dudas" and "/s/ Timothy P. Neumann" on the Consent Order reference the signatures of consenting parties obtained on the original Consent Order;

(c)   I will retain the original Consent Order for a period of 7 years from the date of closing of the case or adversary proceeding;

(d)   I will make the original Consent Order available for inspection on request of the Court or any party in interest; and

Final paragraph options:

☐ (e) *If submitting the Order and this certification to the Court conventionally,* I acknowledge the signing of same for all purposes, including those under Fed. R. Bankr. P. 9011 (sign certification in pen and ink and the Court will scan);

2

☒ (e) *If submitting the Order and this certification to the Court electronically via the presiding judge's e mail box, as a registered Participant of the Court's Case Management/ Electronic Files (CM/ECF) System*, I will simultaneously electronically file this certification with the Court, by use of my login and password, thereby signing same for all purposes including those under Fed. R. Bankr. P. 9011.

Dated: October 17, 2016                                     */s/ Michele M. Dudas*
                                                                                       MICHELE M. DUDAS

4818-4205-8043, v. 1