UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

TRENK, DiPASQUALE,
DELLA FERA & SODONO, P.C.
347 Mount Pleasant Avenue, Suite 300
West Orange, NJ 07052
(973) 243-8600
Michele M. Dudas
Counsel to Andrea Dobin, Chapter 7 Trustee

In Re:

RONALD J. RASLOWSKY

Case No.:   16-13754 (KCF)

Chapter:   7

Hearing Date:   10/18/2016

Judge:   Kathryn C. Ferguson

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled          ☐ Withdrawn

Matter: Motion to Compel Compliance with Rule 2004 Subpoena and Extend Time for Trustee to Object to Discharge (Docket No. 84); Certificate of Consent filed (Docket No. 86)

Date: 10/17/2016

/s/ Michele M. Dudas
Signature

*rev.8/1/15*