| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| **TRENK, DiPASQUALE,**<br>**DELLA FERA & SODONO, P.C.**<br>427 Riverview Plaza<br>Trenton, NJ 08611<br>(609) 695-6070<br>(609) 695-6071<br>Andrea Dobin<br>Michele M. Dudas<br>*Counsel to Andrea Dobin, Chapter 7 Trustee* | Order Filed on October 18, 2016<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In re:<br><br>RONALD J. RASLOWSKY,<br><br>              Debtor. | Chapter 7<br><br>Case No. 16-13754 (KCF)<br><br>Honorable Kathryn C. Ferguson, Chief Judge<br><br>Hearing Date: October 18, 2016<br>Hearing Time: 10:00 a.m. |

**CONSENT ORDER RESOLVING MOTION OF ANDREA DOBIN, CHAPTER 7 TRUSTEE, SEEKING TO (1) COMPEL DEBTOR'S ATTENDANCE AT RULE 2004 EXAMINATION; (2) FURTHER EXTENDING TIME FOR THE TRUSTEE TO OBJECT TO DEBTOR'S DISCHARGE; AND (3) FOR RELATED RELIEF**

The relief set forth on the following pages, numbered two (2) through three (3), is hereby **ORDERED.**

**DATED: October 18, 2016**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

(Page 2)
Debtor: Ronald J. Raslowsky
Case No.: 16-113754 (KCF)
Caption of Order: Consent Order Resolving Motion of Andrea Dobin, Chapter 7 Trustee, Seeking to: (1) Compel Debtor's Attendance at Rule 2004 Examination; (2) Further Extending Time for Trustee to Object to Debtor's Discharge; and (3) for Related Relief

---

**THIS MATTER**, having been presented to the Court by Andrea Dobin, the Chapter 7 Trustee (the "Trustee") in the bankruptcy proceeding of Ronald J. Raslowsky, Chapter 7 debtor (the "Debtor"), by and through her counsel, Trenk, DiPasquale, Della Fera & Sodono, P.C., by the filing of a Motion to (1) compel the Debtor's attendance at a Rule 2004 examination pursuant to Fed. R. Bankr. P. 2004(a) and D.N.J. LBR 2004-1(e); and (2) further extending the time for the Trustee to object to the Debtor's discharge (the "Motion"); and the parties having resolved their differences regarding the Motion; and for good cause shown, it is hereby

**IT IS HEREBY STIPULATED AND AGREED** that:

1. The Debtor is compelled to appear for a Rule 2004 examination at the law offices of Trenk, DiPasquale, Della Fera & Sodono, P.C., 427 Riverview Plaza, Trenton, New Jersey 08611, on November 14, 2016, at 1:30 p.m.;

2. The time for the Trustee to object to the Debtor's discharge pursuant to Fed.R.Bankr.P. 4004(a) shall be extended to Friday, December 2, 2016;

3. The Debtor shall sign and return the Amended Final Restraining Order entered in the matter pending in the Superior Court, Ocean County, Family Part, Domestic Violence Division within one (1) business day from entry of the within Consent Order. The Debtor shall coordinate a police escort and appear with the Trustee at 2226 Ponybrook Way, Toms River, New Jersey on November 2, 2016, at 9:30 a.m.; and

4. The Debtor shall cooperate with the Trustee and her requests made in the within Chapter 7 proceeding.

(Page 3)

Debtor: Ronald J. Raslowsky
Case No.: 16-113754 (KCF)
Caption of Order: Consent Order Resolving Motion of Andrea Dobin, Chapter 7 Trustee, Seeking to: (1) Compel Debtor's Attendance at Rule 2004 Examination; (2) Further Extending Time for Trustee to Object to Debtor's Discharge; and (3) for Related Relief

---

**TRENK DIPASQUALE**
**DELLA FERA SODONO, P.C.**
Attorneys for Andrea Dobin, Chapter 7 Trustee

**BROEGE, NEUMANN, FISCHER & SHAVER, LLC**
Attorneys for Ronald J. Raslowsky, Chapter 7 Debtor

By:  /s/ Michele M. Dudas
    Michele M. Dudas, Esq.

By:  /s/ Timothy P. Neumann
    Timothy P. Neumann, Esq.

4831-1837-0875, v. 1