|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**TRENK, DiPASQUALE,<br>DELLA FERA & SODONO, P.C.**<br>427 Riverview Plaza<br>Trenton, NJ 08611<br>(609) 695-6070<br>(609) 695-6071<br>Andrea Dobin<br>Michele M. Dudas<br>*Counsel to Andrea Dobin, Chapter 7 Trustee* | Order Filed on October 18, 2016<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In re:<br><br>RONALD J. RASLOWSKY,<br><br>      Debtor. | Chapter 7<br><br>Case No. 16-13754 (KCF)<br><br>Honorable Kathryn C. Ferguson, Chief Judge<br><br>Hearing Date: October 18, 2016<br>Hearing Time: 10:00 a.m. |

**CONSENT ORDER RESOLVING MOTION OF ANDREA DOBIN, CHAPTER 7 TRUSTEE, SEEKING TO (1) COMPEL DEBTOR'S ATTENDANCE AT RULE 2004 EXAMINATION; (2) FURTHER EXTENDING TIME FOR THE TRUSTEE TO OBJECT TO DEBTOR'S DISCHARGE; AND (3) FOR RELATED RELIEF**

The relief set forth on the following pages, numbered two (2) through three (3), is hereby **ORDERED**.

**DATED: October 18, 2016**

                        _/s/ Kathryn C. Ferguson_
                        Honorable Kathryn C. Ferguson
                        United States Bankruptcy Judge

(Page 2)
Debtor: Ronald J. Raslowsky
Case No.: 16-113754 (KCF)
Caption of Order: Consent Order Resolving Motion of Andrea Dobin, Chapter 7 Trustee, Seeking to: (1) Compel Debtor's Attendance at Rule 2004 Examination; (2) Further Extending Time for Trustee to Object to Debtor's Discharge; and (3) for Related Relief

---

**THIS MATTER,** having been presented to the Court by Andrea Dobin, the Chapter 7 Trustee (the "Trustee") in the bankruptcy proceeding of Ronald J. Raslowsky, Chapter 7 debtor (the "Debtor"), by and through her counsel, Trenk, DiPasquale, Della Fera & Sodono, P.C., by the filing of a Motion to (1) compel the Debtor's attendance at a Rule 2004 examination pursuant to Fed. R. Bankr. P. 2004(a) and D.N.J. LBR 2004-1(e); and (2) further extending the time for the Trustee to object to the Debtor's discharge (the "Motion"); and the parties having resolved their differences regarding the Motion; and for good cause shown, it is hereby

**IT IS HEREBY STIPULATED AND AGREED** that:

1. The Debtor is compelled to appear for a Rule 2004 examination at the law offices of Trenk, DiPasquale, Della Fera & Sodono, P.C., 427 Riverview Plaza, Trenton, New Jersey 08611, on November 14, 2016, at 1:30 p.m.;

2. The time for the Trustee to object to the Debtor's discharge pursuant to Fed.R.Bankr.P. 4004(a) shall be extended to Friday, December 2, 2016;

3. The Debtor shall sign and return the Amended Final Restraining Order entered in the matter pending in the Superior Court, Ocean County, Family Part, Domestic Violence Division within one (1) business day from entry of the within Consent Order. The Debtor shall coordinate a police escort and appear with the Trustee at 2226 Ponybrook Way, Toms River, New Jersey on November 2, 2016, at 9:30 a.m.; and

4. The Debtor shall cooperate with the Trustee and her requests made in the within Chapter 7 proceeding.

(Page 3)

| | |
|---|---|
| Debtor: | Ronald J. Raslowsky |
| Case No.: | 16-113754 (KCF) |
| Caption of Order: | Consent Order Resolving Motion of Andrea Dobin, Chapter 7 Trustee, Seeking to: (1) Compel Debtor's Attendance at Rule 2004 Examination; (2) Further Extending Time for Trustee to Object to Debtor's Discharge; and (3) for Related Relief |

**TRENK DIPASQUALE
DELLA FERA SODONO, P.C.**
Attorneys for Andrea Dobin, Chapter 7 Trustee

**BROEGE, NEUMANN, FISCHER
& SHAVER, LLC**
Attorneys for Ronald J. Raslowsky,
Chapter 7 Debtor

By: ___/s/ Michele M. Dudas_____
    Michele M. Dudas, Esq.

By:___/s/ Timothy P. Neumann_____
    Timothy P. Neumann, Esq.

4831-1837-0875, v. 1

United States Bankruptcy Court
District of New Jersey

In re:  
Ronald J. Raslowsky  
    Debtor

Case No. 16-13754-KCF  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Oct 18, 2016  
                    Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 20, 2016.  
db          Ronald J. Raslowsky,    195 Lehigh Ave,    Lakewood, NJ   08701-4555

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                 TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                 TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 20, 2016                                     Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 18, 2016 at the address(es) listed below:

       Andrea  Dobin    on behalf of Trustee Andrea  Dobin adobin@trenklawfirm.com  
       Andrea  Dobin    ecftrusteead@trenklawfirm.com, NJ55@ecfcbis.com  
       Denise E. Carlon    on behalf of Creditor  M&T Bank dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
       Denise E. Carlon    on behalf of Defendant  M&T Bank dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
       Lawrence D. Mandel    on behalf of Creditor  Dolores D'Onorio Demeo, LLC lmandel@gmplaw.net, jvansaders@gmplaw.net  
       Lawrence D. Mandel    on behalf of Creditor  Emilio D'Onorio Demeo, LLC lmandel@gmplaw.net, jvansaders@gmplaw.net  
       Lawrence D. Mandel    on behalf of Creditor  Giuseppina D'Onorio Demeo, LLC lmandel@gmplaw.net, jvansaders@gmplaw.net  
       Lawrence D. Mandel    on behalf of Creditor  Michele D'Onorio Demeo, LLC lmandel@gmplaw.net, jvansaders@gmplaw.net  
       Michele M. Dudas    on behalf of Trustee Andrea  Dobin mdudas@trenklawfirm.com  
       Michele M. Dudas    on behalf of Plaintiff Andrea  Dobin mdudas@trenklawfirm.com  
       Scott M. Zauber    on behalf of Mediator Scott  Zauber szauber@subranni.com, ecf@subranni.com;desk@subranni.com;cwild@subranni.com;jwiesner@subranni.com;mmorrow@subranni.com;hinnaurato@subranni.com  
       Timothy P. Neumann    on behalf of Debtor Ronald J. Raslowsky timothy.neumann25@gmail.com, btassillo@aol.com;geoff.neumann@gmail.com  
       Timothy P. Neumann    on behalf of Plaintiff Ronald J. Raslowsky timothy.neumann25@gmail.com, btassillo@aol.com;geoff.neumann@gmail.com  
       United States Trustee    USTPRegion03.NE.ECF@usdoj.gov  
       William M.E. Powers, III    on behalf of Creditor  Wells Fargo Bank, N.A. ecf@powerskirn.com  
       William M.E. Powers, III    on behalf of Defendant  Wells Fargo Home Mortgage ecf@powerskirn.com  
                                                                                      TOTAL: 16