UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  
RASLOWSKY, Ronald J.,

Case No.: 16-13754(KCF)  
Chapter: 7  
Judge: Ferguson

## NOTICE OF PROPOSED ABANDONMENT

_____Andrea Dobin_____, _____Trustee_____ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | Jeanne Naughton, Clerk<br>402 East State St.<br>Trenton, NJ  08608 |
|---|---|

If an objection is filed, a hearing will be held before the Honorable __Kathryn C. Ferguson__ on __February 21, 2017__ at __11__ a.m. at the United States Bankruptcy Court, Courtroom no. __2__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| Description and value of property: | 2229 Ponybrook Way, Toms River, NJ valued at $800,000.  Debtor owns a 50% interest |
|---|---|

| Liens on property: | M&T Bank -- $588,550.06, plus interest since 9/30/16<br>Wachovia Bank -- $190,000 (approx)<br>Accruing Real Estate Taxes |
|---|---|

| Amount of equity claimed as exempt: | -0- |
|---|---|

Objections must be served on, and requests for additional information directed to:

Name: Andrea Dobin  
Address: 427 Riverview Plaza, Trenton, NJ  08611  
Telephone No.: 609-695-6070

*rev.8/1/15*