UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  RASLOWSKY, Ronald J.,

Case No.: 16-13754(KCF)
Chapter: 7
Judge: Ferguson

## NOTICE OF PROPOSED ABANDONMENT

_____Andrea Dobin_____, _____Trustee_____ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:  Jeanne Naughton, Clerk
402 East State St.
Trenton, NJ  08608

If an objection is filed, a hearing will be held before the Honorable _____Kathryn C. Ferguson_____ on _____February 21, 2017_____ at _____11_____ a.m. at the United States Bankruptcy Court, Courtroom no. _____2_____. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:  2229 Ponybrook Way, Toms River, NJ valued at $800,000. Debtor owns a 50% interest

Liens on property:  M&T Bank -- $588,550.06, plus interest since 9/30/16
Wachovia Bank -- $190,000 (approx)
Accruing Real Estate Taxes

Amount of equity claimed as exempt:  -0-

Objections must be served on, and requests for additional information directed to:

Name:  Andrea Dobin
Address:  427 Riverview Plaza, Trenton, NJ  08611
Telephone No.: 609-695-6070

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:  
Ronald J. Raslowsky  
    Debtor

Case No. 16-13754-KCF  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 2     Date Rcvd: Jan 19, 2017  
                   Form ID: pdf905     Total Noticed: 51

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 21, 2017.

```
db            Ronald J. Raslowsky,    195 Lehigh Ave,    Lakewood, NJ 08701-4555
aty          +Broege, Neumann, Fischer & Shaver, LLC,    25 Abe Voorhees Drive,    Manasquan, NJ 08736-3560
r            +Deb Smith,    Keller Williams Realty East Monmouth,    750 Broad Street,
              Shrewsbury, NJ 07702-4230
cr            Dolores D'Onorio Demeo, LLC,    7 Shady Lane,    Toms River, NJ  08753
cr            Emilio D'Onorio Demeo, LLC,    Shady Lane,    Toms River, NJ  08753,    UNITED STATES
cr            Giuseppina D'Onorio Demeo, LLC,    7 Shady Lane,    Toms River, NJ  08753
r            +Keller Williams Realty East Monmouth,    750 Broad Street,    Shrewsbury, NJ 07702-4230
cr            Michele D'Onorio Demeo, LLC,    7 Shady Lane,    Toms River, NJ  08753,    UNITED STATES
acc          +Sharer Petree Brotz & Snyder,    1103 Laurel Oak Road,    Suite 105B,    Voorhees, NJ 08043-4376
516143262     AMERICAN EXPRESS BANK, FSB,    C/O BECKET AND LEE LLP,    PO BOX 3001,    MALVERN, PA 19355-0701
516168450     AMERICAN EXPRESS CENTURION BANK,    C/O BECKET AND LEE LLP,    PO BOX 3001,
              MALVERN, PA 19355-0701
516029255    #Acb Receivables Mngmt,    19 Main St,    Asbury Park, NJ 07712-7012
516029256     Amex,    PO Box 297871,    Fort Lauderdale, FL 33329-7871
516029257     Barclays Bank Delaware,    125 S West St,    Wilmington, DE 19801-5014
516101828     Bey Lee Anesthesia,    1200 Hooper Ave,    Toms River, NJ 08753-3594
516101303     Bielory & Hennes PC,    3000 Yorktowne Blvd,    Brick, NJ 08723-7989
516346859     Capital One NA,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
516029258     Commonwealth Financial,    245 Main St,    Dickson City, PA 18519-1641
516101304     Cowan Gunteski & Co, PA,    40 Bey Lea Rd,    Toms River, NJ 08753-2900
516194656    +Cowan, Gunteski & Co., PA,    c/o Scott H. Sekuler, Esq.,    208 Monmouth Road,
              Oakhurst, NJ 07755-1568
516101305     Dolores A D'Onorio Demeo, LLC,    PO Box 2513,    Wilmington, DE 19805-0513
516101306     Dolores A. Donorio Deme0 LLC,    Delaware Corporation,    222 Delaware Ave Fl 9,
              Wilmington, DE 19801-1621
516101307     Emilio D'Onorio DeMeo LLC,    Delaware Corp Agency,    222 Delaware Ave Fl 9,
              Wilmington, DE 19801-1621
516311064    +Emilio D'Onorio Demeo, LLC,    c/o Lawrence D. Mandel, Esq.,    P.O. Box 499,
              Lakewood, NJ 08701-0499
516101842    #Gertner Mandel & Peslak LLC,    PO Box 499,    Lakewood, NJ 08701-0499
516101308     Giuseppina D'Onorio Demeo LLC,    Delaware Corporation Agency Inc,    222 Delaware Ave Fl 9,
              Wilmington, DE 19801-1621
516101836     MED1 02 Shore Outpatient Surgi,    Cente,    360 Highway 70,    Lakewood, NJ 08701-5823
516029262    +Maria Geletei,    66 Pine Treet Dr,    Parlin, NJ 08859-1152
516029261     Maria Geletei,    66 Pinetree Dr,    Parlin, NJ  08859-1152
516029263     Maria Geletei,    6 Pinetree Dr,    Parlin, NJ  08859-1122
516101309     Michelle D'Onorio Demeo LLC,    The Delaware Cor Agency Inc,    222 Delaware Ave Fl 9,
              Wilmington, DE 19801-1621
516029264     Mnet Fin Inc,    95 Argonaut,    Aliso Viejo, CA 92656-4133
516029266     Parker McCay,    9000 Midlantic Dr # 300,    Mount Laurel, NJ 08054-1539
516101310     Robert A. ebberup, Law Offices,    609 Main St,    Toms River, NJ 08753-7461
516101839     Shore Neurology,    633 Route 37 W,    Toms River, NJ 08755-8007
516101840     Tidal Emergency Physicians,    425 Jack Martin Blvd,    Brick, NJ 08724-7732
516101841     VIRADIA JAYANT K MD,    360 Highway 70,    Lakewood, NJ 08701-5823
516058195     Wells Fargo Bank, N.A., d/b/a WFDS,    P.O. Box 19657,    Irvine, CA 92623-9657
516029267     Wells Fargo Home Mortgage,    Customer Service,    PO Box 10335,    Des Moines, IA  50306-0335
516029268     Wfds/wds,    PO Box 1697,    Winterville, NC 28590-1697
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg           E-mail/Text: usanj.njbankr@usdoj.gov Jan 19 2017 23:28:56    U.S. Attorney,    970 Broad St.,
              Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 19 2017 23:28:53    United States Trustee,
              Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
              Newark, NJ 07102-5235
516101831     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jan 19 2017 23:30:19
              Capital One - Bankruptcy Department,    c/o American Info Source,    PO Box 54529,
              Oklahoma City, OK 73154-1529
516029259    +E-mail/Text: camanagement@mtb.com Jan 19 2017 23:28:37    Hudson City Savings Ba,
              80 W Century Rd,    Paramus, NJ 07652-1478
516038179    +E-mail/Text: cio.bncmail@irs.gov Jan 19 2017 23:28:23    Internal Revenue Service,
              PO Box 7346,    Philadelphia, PA 19101-7346
516029260    +E-mail/Text: bnckohlsnotices@becket-lee.com Jan 19 2017 23:28:13    Kohls/capone,
              N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
516169793     E-mail/Text: camanagement@mtb.com Jan 19 2017 23:28:37    M&T Bank,    P.O. Box 840,
              Buffalo, NY 14240-0840
516029265     E-mail/Text: bankruptcies@orangelake.com Jan 19 2017 23:28:06    Orange Lake/Wilson Res,
              8505 W Irlo Bronson Memorial Hwy,    Kissimmee, FL 34747-8217
516083526     E-mail/Text: bnc-quantum@quantum3group.com Jan 19 2017 23:28:40
              Quantum3 Group LLC as agent for,    CP Medical LLC,    PO Box 788,    Kirkland, WA 98083-0788
516056018     E-mail/PDF: gecsedi@recoverycorp.com Jan 19 2017 23:29:47    Synchrony Bank,
              c/o of Recovery Management Systems Corp,    25 S.E. 2nd Avenue, Suite 1120,
              Miami, FL 33131-1605
```

```
District/off: 0312-3              User: admin                 Page 2 of 2              Date Rcvd: Jan 19, 2017
                                  Form ID: pdf905             Total Noticed: 51
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
516323606        +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 19 2017 23:28:53      United States Trustee,
                  One Newark Center,    Suite 2100,    Newark, NJ 07102-5235
                                                                                              TOTAL: 11

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516101830         Cach of NJ LLC
cr*              +Maria Geletei,    66 Pinetree Drive,    Parlin, NJ 08859-1152
516272464*        American Express Bank FSB,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern  PA 19355-0701
516101829*        Bielory & Hennes PC,    3000 Yorktowne Blvd,    Brick, NJ 08723-7989
516101832*        Cowan Gunteski & Co, PA,    40 Bey Lea Rd,    Toms River, NJ 08753-2900
516101833*        Dolores A. Donorio Deme0 LLC,    Delaware Corporation,    222 Delaware Ave Fl 9,
                   Wilmington, DE 19801-1621
516101834*        Emilio D'Onorio DeMeo LLC,    Delaware Corp Agency,    222 Delaware Ave Fl 9,
                   Wilmington, DE 19801-1621
516101835*        Giuseppina D'Onorio Demeo LLC,    Delaware Corporation Agency Inc,    222 Delaware Ave Fl 9,
                   Wilmington, DE 19801-1621
516101837*        Michelle D'Onorio Demeo LLC,    The Delaware Cor Agency Inc,    222 Delaware Ave Fl 9,
                   Wilmington, DE 19801-1621
516101843*        Mnet Fin Inc,    95 Argonaut,    Aliso Viejo, CA 92656-4133
516101838*        Robert A. ebberup, Law Offices,    609 Main St,    Toms River, NJ 08753-7461
                                                                                         TOTALS: 1, * 10, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 21, 2017                                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 19, 2017 at the address(es) listed below:
```
              Andrea   Dobin    ecftrusteead@trenklawfirm.com, NJ55@ecfcbis.com
              Andrea   Dobin    on behalf of Trustee Andrea   Dobin adobin@trenklawfirm.com
              Denise E. Carlon    on behalf of Defendant    M&T Bank dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    M&T Bank dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Lawrence D. Mandel    on behalf of Creditor    Giuseppina D'Onorio Demeo, LLC lmandel@gmplaw.net,
               jvansaders@gmplaw.net
              Lawrence D. Mandel    on behalf of Creditor    Michele D'Onorio Demeo, LLC lmandel@gmplaw.net,
               jvansaders@gmplaw.net
              Lawrence D. Mandel    on behalf of Creditor    Dolores D'Onorio Demeo, LLC lmandel@gmplaw.net,
               jvansaders@gmplaw.net
              Lawrence D. Mandel    on behalf of Creditor    Emilio D'Onorio Demeo, LLC lmandel@gmplaw.net,
               jvansaders@gmplaw.net
              Michele M. Dudas    on behalf of Plaintiff Andrea   Dobin mdudas@trenklawfirm.com
              Michele M. Dudas    on behalf of Trustee Andrea   Dobin mdudas@trenklawfirm.com
              Scott M. Zauber    on behalf of Mediator Scott   Zauber szauber@subranni.com,
               ecf@subranni.com;desk@subranni.com;cwild@subranni.com;jwiesner@subranni.com;mmorrow@subranni.com;
               hinnaurato@subranni.com
              Timothy P. Neumann    on behalf of Debtor Ronald J. Raslowsky timothy.neumann25@gmail.com,
               btassillo@aol.com;geoff.neumann@gmail.com
              Timothy P. Neumann    on behalf of Plaintiff Ronald J. Raslowsky timothy.neumann25@gmail.com,
               btassillo@aol.com;geoff.neumann@gmail.com
              United States Trustee    USTPRegion03.NE.ECF@usdoj.gov
              William M.E. Powers, III    on behalf of Creditor    Wells Fargo Bank, N.A. ecf@powerskirn.com
              William M.E. Powers, III    on behalf of Defendant    Wells Fargo Home Mortgage ecf@powerskirn.com
                                                                                                  TOTAL: 16
```