UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Order Filed on February 15, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Ronald J. Raslowsky

Case No.:     16-13754

Hearing Date:     

Judge:     Kathryn C. Ferguson

Chapter:     7

# ORDER VACATING FINAL DECREE

The relief set forth on the following page is hereby **ORDERED**.

**DATED: February 15, 2017**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

The Court having determined that the final decree was entered prematurely in this case on _____February 14, 2017_____ and should be vacated for the reason stated below:

- ❏ Debtor has not yet been discharged
- ❏ Adversary Proceeding number _____ is pending
- ☒ Other: _No Trustee Report_____
  _____
  _____

IT IS ORDERED that said final decree is vacated.

*Rev. 7/1/04; jml*