Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                              Case No.:  16−13754−KCF
                              Chapter:  7
                              Judge:  Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Ronald J. Raslowsky
   195 Lehigh Ave
   Lakewood, NJ 08701−4555

Social Security No.:
   xxx−xx−0250

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

     Please be advised that on March 15, 2017, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 100
Mediation Order. Scott Zauber added to the case. Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 3/13/2017. (slf)

     Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.


Dated: March 15, 2017
JAN: slf

                                                                            Jeanne Naughton
                                                                            Clerk

United States Bankruptcy Court
District of New Jersey

In re:　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Case No. 16-13754-KCF
Ronald J. Raslowsky　　　　　　　　　　　　　　　　　　　　　　　　　Chapter 7
　　　Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3　　　　User: admin　　　　Page 1 of 1　　　　Date Rcvd: Mar 15, 2017
　　　　　　　　　　　　　　Form ID: orderntc　　Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 17, 2017.
md　　　　　　+Scott Zauber,　750 Route 73 South,　Suite 307B,　Marlton, NJ 08053-4191

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

　　　　　***** BYPASSED RECIPIENTS *****
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 17, 2017　　　　　　　　　　　　　　　　　　Signature:　/s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 15, 2017 at the address(es) listed below:
　　　　　　Andrea Dobin　　on behalf of Trustee Andrea Dobin adobin@trenklawfirm.com
　　　　　　Andrea Dobin　　ecftrusteead@trenklawfirm.com, NJ55@ecfcbis.com
　　　　　　Denise E. Carlon　　on behalf of Creditor　M&T Bank dcarlon@kmllawgroup.com,
　　　　　　　bkgroup@kmllawgroup.com
　　　　　　Denise E. Carlon　　on behalf of Defendant　M&T Bank dcarlon@kmllawgroup.com,
　　　　　　　bkgroup@kmllawgroup.com
　　　　　　Lawrence D. Mandel　　on behalf of Creditor　Dolores D'Onorio Demeo, LLC lmandel@gmplaw.net,
　　　　　　　jvansaders@gmplaw.net
　　　　　　Lawrence D. Mandel　　on behalf of Creditor　Emilio D'Onorio Demeo, LLC lmandel@gmplaw.net,
　　　　　　　jvansaders@gmplaw.net
　　　　　　Lawrence D. Mandel　　on behalf of Creditor　Giuseppina D'Onorio Demeo, LLC lmandel@gmplaw.net,
　　　　　　　jvansaders@gmplaw.net
　　　　　　Lawrence D. Mandel　　on behalf of Creditor　Michele D'Onorio Demeo, LLC lmandel@gmplaw.net,
　　　　　　　jvansaders@gmplaw.net
　　　　　　Michele M. Dudas　　on behalf of Trustee Andrea Dobin mdudas@trenklawfirm.com
　　　　　　Michele M. Dudas　　on behalf of Plaintiff Andrea Dobin mdudas@trenklawfirm.com
　　　　　　Scott M. Zauber　　on behalf of Mediator Scott Zauber szauber@subranni.com,
　　　　　　　ecf@subranni.com;desk@subranni.com;cwild@subranni.com;jwiesner@subranni.com;mmorrow@subranni.com;
　　　　　　　hinnaurato@subranni.com
　　　　　　Timothy P. Neumann　　on behalf of Debtor Ronald J. Raslowsky timothy.neumann25@gmail.com,
　　　　　　　btassillo@aol.com;geoff.neumann@bnfsbankruptcy.com
　　　　　　Timothy P. Neumann　　on behalf of Plaintiff Ronald J. Raslowsky timothy.neumann25@gmail.com,
　　　　　　　btassillo@aol.com;geoff.neumann@bnfsbankruptcy.com
　　　　　　United States Trustee　　USTPRegion03.NE.ECF@usdoj.gov
　　　　　　William M.E. Powers, III　　on behalf of Creditor　Wells Fargo Bank, N.A. ecf@powerskirn.com
　　　　　　William M.E. Powers, III　　on behalf of Defendant　Wells Fargo Home Mortgage ecf@powerskirn.com
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 16