| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY |
|---|
| **TRENK, DiPASQUALE,** <br> **DELLA FERA & SODONO, P.C.** <br> 427 Riverview Plaza <br> Trenton, NJ 08611 <br> (609) 695-6070 <br> (609) 695-6071 <br> Andrea Dobin <br> Michele M. Dudas <br> *Counsel to Andrea Dobin, Chapter 7 Trustee* |
| In re: <br><br> RONALD J. RASLOWSKY, <br><br>                         Debtor. |

**Order Filed on March 13, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Chapter 7

Case No. 16-13754 (KCF)

Honorable Kathryn C. Ferguson, Chief Judge

# ORDER APPOINTING MEDIATOR

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: March 13, 2017**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

(Page 2)
Debtor:            Ronald J. Raslowsky
Case No.:          16-113754 (KCF)
Caption of Order:  Order Appointing Mediator

---

**THIS MATTER,** having been presented to the Court by Andrea Dobin, the Chapter 7 Trustee (the "Trustee") in the bankruptcy proceeding of Ronald J. Raslowsky, Chapter 7 debtor (the "Debtor"); and the Trustee and the Debtor seeking to mediate outstanding issues in this Chapter 7 case; and the parties having made a mutual request to appoint a mediator at the hearings conducted by this Court on March 7, 2017; and good and sufficient cause existing for the granting of the relief as set forth herein,

**IT IS ORDERED** that Scott M. Zauber, Esq. is appointed as mediator in this matter at a rate of $250 per hour, unless he is able to perform immediate mediation services for the parties.

4827-8910-6245, v. 1

United States Bankruptcy Court
District of New Jersey

In re:  
Ronald J. Raslowsky  
    Debtor

Case No. 16-13754-KCF  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Mar 15, 2017  
                    Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 17, 2017.  
db         Ronald J. Raslowsky,   195 Lehigh Ave,   Lakewood, NJ  08701-4555

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                          TOTAL: 0

     ***** BYPASSED RECIPIENTS *****  
NONE.                          TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 17, 2017                                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 15, 2017 at the address(es) listed below:

        Andrea Dobin   on behalf of Trustee Andrea Dobin adobin@trenklawfirm.com  
        Andrea Dobin   ecftrusteead@trenklawfirm.com, NJ55@ecfcbis.com  
        Denise E. Carlon   on behalf of Creditor M&T Bank dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
        Denise E. Carlon   on behalf of Defendant M&T Bank dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
        Lawrence D. Mandel   on behalf of Creditor Dolores D'Onorio Demeo, LLC lmandel@gmplaw.net, jvansaders@gmplaw.net  
        Lawrence D. Mandel   on behalf of Creditor Emilio D'Onorio Demeo, LLC lmandel@gmplaw.net, jvansaders@gmplaw.net  
        Lawrence D. Mandel   on behalf of Creditor Giuseppina D'Onorio Demeo, LLC lmandel@gmplaw.net, jvansaders@gmplaw.net  
        Lawrence D. Mandel   on behalf of Creditor Michele D'Onorio Demeo, LLC lmandel@gmplaw.net, jvansaders@gmplaw.net  
        Michele M. Dudas   on behalf of Trustee Andrea Dobin mdudas@trenklawfirm.com  
        Michele M. Dudas   on behalf of Plaintiff Andrea Dobin mdudas@trenklawfirm.com  
        Scott M. Zauber   on behalf of Mediator Scott Zauber szauber@subranni.com, ecf@subranni.com;desk@subranni.com;cwild@subranni.com;jwiesner@subranni.com;mmorrow@subranni.com;hinnaurato@subranni.com  
        Timothy P. Neumann   on behalf of Debtor Ronald J. Raslowsky timothy.neumann25@gmail.com, btassillo@aol.com;geoff.neumann@bnfsbankruptcy.com  
        Timothy P. Neumann   on behalf of Plaintiff Ronald J. Raslowsky timothy.neumann25@gmail.com, btassillo@aol.com;geoff.neumann@bnfsbankruptcy.com  
        United States Trustee   USTPRegion03.NE.ECF@usdoj.gov  
        William M.E. Powers, III   on behalf of Creditor Wells Fargo Bank, N.A. ecf@powerskirn.com  
        William M.E. Powers, III   on behalf of Defendant Wells Fargo Home Mortgage ecf@powerskirn.com  
                                                                                                                                                 TOTAL: 16