| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Timothy P. Neumann, Esq. [TN6429]<br>Broege, Neumann, Fischer & Shaver, LLC<br>25 Abe Voorhees Drive<br>Manasquan, NJ 08736<br>(732) 223-8484<br>tneumann@bnfsbankruptcy.com<br>*Attorneys for Debtor Ronald J. Raslowsky* | |
| In re:<br><br>RONALD J. RASLOWSKY,<br><br>            Debtor. | Case No.: 16-13754<br><br>Chapter 7<br><br>Judge: Hon. Kathryn C. Ferguson |

**CERTIFICATION OF RONALD RASLOWSKY IN OPPOSITION TO MOTION OF ANDREA DOBIN, CHAPTER 7 TRUSTEE FOR AN ORDER DIRECTING CHAPTER 7 DEBTOR AND/OR HIS CUSTODIAN, TO TURNOVER PROPERTY OF THE ESTATE**

I, Ronald J. Raslowsky, hereby certify as follows:

1. I am the Debtor in the above-referenced Chapter 7 bankruptcy case.

2. On May 15, 2017, Frances M. Phares, Esq. Baum, Hedlund, Aristei & Goldman, P.C. ("Custodian") turned over payment in the amount of $90,296.97 to the Trustee.

3. I did receive the sum of $40,193.41 and I now understand that it should have been turned over to the trustee. I have spent the money and cannot pay it back at present.

4. I believe that there are more than enough assets to pay my creditors in full and that the estate will suffer no loss.

I certify that the foregoing statements made by me are true to the best of my knowledge. I understand that if any of the foregoing statements made by me are willfully false that I am subject to punishment.

1

Dated: May 23, 2017      By:      /s/ *Ronald J. Raslowsky*
                                       Ronald J. Raslowsky