| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** <br> Caption in Compliance with D.N.J. LBR 9004-2(c) <br> **TRENK, DiPASQUALE, DELLA FERA & SODONO, P.C.** <br> 347 Mount Pleasant Avenue, Suite 300 <br> West Orange, New Jersey 07052 <br> (973-243-8600 <br> Andrea Dobin, Esq. <br> Michele M. Dudas, Esq. <br> *Attorneys for Andrea Dobin,* <br> *Chapter 7 Trustee* | Order Filed on May 30, 2017 <br> by Clerk <br> U.S. Bankruptcy Court <br> District of New Jersey |
| In re: <br><br> RONALD J. RASLOWSKY, <br><br> Debtor. | Case No. 16-13754 (KCF) <br><br> Chapter 7 <br><br> Honorable Kathryn C. Ferguson, <br><br> Chief U.S.B.J. <br><br> **Hearing Date and Time:** <br> May 30, 2017, at 10:00 a.m. |

**ORDER GRANTING MOTION OF ANDREA DOBIN, CHAPTER 7 TRUSTEE AND DIRECTING CHAPTER 7 DEBTOR RONALD J. RASLOWSKY TO TURNOVER PROPERTY OF THE ESTATE**

*Revised as of May 25, 2017*

The relief set forth on the following pages, numbered two (2) through three (3), is hereby

**ORDERED.**

DATED: May 30, 2017

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

Debtor: Ronald J. Raslowsky
Case No: 16-13754 (KCF)
Caption of Order: Order Granting Motion of Andrea Dobin, Chapter 7 Trustee and Directing Chapter 7 Debtor Ronald J. Raslowsky to Turnover Property of the Estate

---

**THIS MATTER** having been presented to the Court by Andrea Dobin, the Chapter 7 Trustee (the "Trustee") for Ronald J. Raslowsky, Chapter 7 debtor ("Debtor"), by and through her counsel, Trenk, DiPasquale, Della Fera & Sodono, P.C., upon the filing of a motion (the "Motion") seeking entry of an Order directing turnover of property of the estate; and due and proper notice of the Motion having been given; and the Court having read and considered the papers submitted in support of the Motion and opposition thereto filed on May 24, 2017; and the Court having considered oral argument, if any; and the Court finding that the Debtor, and/or the law firm of Baum, Hedlund, Aristei & Goldman, P.C., as his custodian ("Custodian") was, at the time of the filing of the Motion, is in possession of property of the estate which has since been turned over to the Trustee pursuant to 11 U.S.C. § 542; and good and sufficient cause existing for the granting of the relief as set forth herein;

**IT IS HEREBY ORDERED** the Motion is granted; and it is further

**ORDERED** that the Debtor be and hereby is directed to deliver to the offices of Trenk, DiPasquale, Della Fera & Sodono, P.C. located at 347 Mount Pleasant Avenue, Suite 300, West Orange, New Jersey 07052 (Attn: Michele M. Dudas, Esq.) the sum of $40,193.41 ("Initial Settlement Payment") within seven (7) days entry of this Order in the form of a check payable to "Andrea Dobin, Trustee for Raslowsky"; and it is further

**ORDERED** that the Debtor is compelled to turn over to the Trustee a formal accounting WITHIN 14 DAYS
regarding any expenditure of the Initial Settlement Payment, including but not limited to, copies of any bank statements where the Initial Settlement Payment was deposited and continuing for each month until the monies were depleted. The Debtor shall further disclose what assets were

Debtor:            Ronald J. Raslowsky
Case No:           16-13754 (KCF)
Caption of Order:  Order Granting Motion of Andrea Dobin, Chapter 7 Trustee and Directing Chapter 7
                   Debtor Ronald J. Raslowsky to Turnover Property of the Estate

---

purchased from the Initial Settlement Payment proceeds, or how the funds were otherwise spent; and it is further

**ORDERED** that the Trustee be and hereby is authorized to retain as property of the bankruptcy estate the sum of $90,296.97 received from the Custodian on May 18, 2017; and it is further

**ORDERED**, that should the Debtor be entitled to any further settlement proceeds and/or distributions as it relates to the settlement of his father's decedent's estate or relating to assets in the Trust, then same shall be directed to be turned over to counsel to the Trustee by the Debtor and/or his Custodian within seven (7) days from when said payment becomes due.

4828-6266-6057, v. 1