UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: RASLOWSKY, Ronald

Case No.: 16-13754(KCF)
Chapter: 7
Judge: Ferguson

### NOTICE OF PROPOSED PUBLIC SALE

Andrea Dobin, Chapter 7 Trustee, in this case proposes to sell property of the estate as described below. If you object to the sale, you must file a written objection and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk: 402 East State St.
Trenton, New Jersey  08608

If an objection is filed, a hearing will be held before the Honorable Kathryn C. Ferguson on July 11, 2017 at 11 a.m. at the United States Bankruptcy Court, Courtroom no. 2, 402 East State Street, Trenton, New Jersey. (Hearing date must be at least 28 from the date of this notice).

If no objection to the sale is filed the clerk will enter a Certification of No Objection and the sale will be consummated as proposed.

Location, date and time of sale: Online Auction hosted by Quaker City Auctioneers www.quakercityauction.com   Auction will Commence June 19; bidding open through June 22.  In-person auction (for John Deer tractor only) will be June 20.  ALL BIDS SUBJECT TO CONFIRMATION AFTER DEADLINE TO OBJECT

Description of property to be sold: 2003 Mustang Cobra;  Antique Police Car (Ford Fairlane); Harley Davidson motorcycle; and John Deere Tractor

Terms of sale: As set by auctioneer -- all cash.  All bids are subject to confirmation by Trustee following deadline to object to this Notice of Proposed Public Sale.  Trustee reserves the right to reject some or all of the results of the auction in her business judgment.

Objections must be served on, and requests for additional information directed to:
Name: Andrea Dobin, Trustee
Address: 427 Riverview Plaza, Trenton, NJ  08611
Telephone No.: (609) 695-6070

*rev.8/1/15*