| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY**<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br>**TRENK, DiPASQUALE,**<br>**DELLA FERA & SODONO, P.C.**<br>347 Mount Pleasant Avenue, Suite 300<br>West Orange, New Jersey 07052<br>(973-243-8600<br>Andrea Dobin, Esq.<br>Michele M. Dudas, Esq.<br>*Attorneys for Andrea Dobin,*<br>*Chapter 7 Trustee* | Order Filed on May 30, 2017<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In re:<br><br>RONALD J. RASLOWSKY,<br><br>               Debtor. | Case No. 16-13754 (KCF)<br>Chapter 7<br>Honorable Kathryn C. Ferguson,<br>Chief U.S.B.J.<br>**Hearing Date and Time:**<br>**May 30, 2017, at 10:00 a.m.** |

**ORDER GRANTING MOTION OF ANDREA DOBIN, CHAPTER 7 TRUSTEE AND DIRECTING CHAPTER 7 DEBTOR RONALD J. RASLOWSKY TO TURNOVER PROPERTY OF THE ESTATE**

*Revised as of May 25, 2017*

     The relief set forth on the following pages, numbered two (2) through three (3), is hereby

**ORDERED.**

**DATED: May 30, 2017**

                                                         Honorable Kathryn C. Ferguson,
                                                         United States Bankruptcy Judge

Debtor:            Ronald J. Raslowsky
Case No:           16-13754 (KCF)
Caption of Order:  Order Granting Motion of Andrea Dobin, Chapter 7 Trustee and Directing Chapter 7
                   Debtor Ronald J. Raslowsky to Turnover Property of the Estate

---

**THIS MATTER** having been presented to the Court by Andrea Dobin, the Chapter 7 Trustee (the "Trustee") for Ronald J. Raslowsky, Chapter 7 debtor ("Debtor"), by and through her counsel, Trenk, DiPasquale, Della Fera & Sodono, P.C., upon the filing of a motion (the "Motion") seeking entry of an Order directing turnover of property of the estate; and due and proper notice of the Motion having been given; and the Court having read and considered the papers submitted in support of the Motion and opposition thereto filed on May 24, 2017; and the Court having considered oral argument, if any; and the Court finding that the Debtor, and/or the law firm of Baum, Hedlund, Aristei & Goldman, P.C., as his custodian ("Custodian") was, at the time of the filing of the Motion, is in possession of property of the estate which has since been turned over to the Trustee pursuant to 11 U.S.C. § 542; and good and sufficient cause existing for the granting of the relief as set forth herein;

**IT IS HEREBY ORDERED** the Motion is granted; and it is further

**ORDERED** that the Debtor be and hereby is directed to deliver to the offices of Trenk, DiPasquale, Della Fera & Sodono, P.C. located at 347 Mount Pleasant Avenue, Suite 300, West Orange, New Jersey 07052 (Attn: Michele M. Dudas, Esq.) the sum of $40,193.41 ("Initial Settlement Payment") within seven (7) days entry of this Order in the form of a check payable to "Andrea Dobin, Trustee for Raslowsky"; and it is further

**ORDERED** that the Debtor is compelled to turn over to the Trustee a formal accounting WITHIN 14 DAYS
regarding any expenditure of the Initial Settlement Payment, including but not limited to, copies of any bank statements where the Initial Settlement Payment was deposited and continuing for each month until the monies were depleted. The Debtor shall further disclose what assets were

Debtor:          Ronald J. Raslowsky
Case No:         16-13754 (KCF)
Caption of Order: Order Granting Motion of Andrea Dobin, Chapter 7 Trustee and Directing Chapter 7
                  Debtor Ronald J. Raslowsky to Turnover Property of the Estate

---

purchased from the Initial Settlement Payment proceeds, or how the funds were otherwise spent; and it is further

**ORDERED** that the Trustee be and hereby is authorized to retain as property of the bankruptcy estate the sum of $90,296.97 received from the Custodian on May 18, 2017; and it is further

**ORDERED**, that should the Debtor be entitled to any further settlement proceeds and/or distributions as it relates to the settlement of his father's decedent's estate or relating to assets in the Trust, then same shall be directed to be turned over to counsel to the Trustee by the Debtor and/or his Custodian within seven (7) days from when said payment becomes due.

4828-6266-6057, v. 1

United States Bankruptcy Court
District of New Jersey

In re:  
Ronald J. Raslowsky  
    Debtor

Case No. 16-13754-KCF  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 1      Date Rcvd: May 31, 2017  
                     Form ID: pdf903      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 02, 2017.  
db          Ronald J. Raslowsky,    195 Lehigh Ave,    Lakewood, NJ  08701-4555

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                           TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                           TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 02, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 31, 2017 at the address(es) listed below:

       Andrea   Dobin    on behalf of Trustee Andrea   Dobin adobin@trenklawfirm.com  
       Andrea   Dobin    ecftrusteead@trenklawfirm.com, NJ55@ecfcbis.com  
       Denise E. Carlon    on behalf of Creditor    M&T Bank dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
       Denise E. Carlon    on behalf of Defendant    M&T Bank dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
       Lawrence D. Mandel    on behalf of Creditor    Dolores D'Onorio Demeo, LLC lmandel@gmplaw.net, jvansaders@gmplaw.net  
       Lawrence D. Mandel    on behalf of Creditor    Emilio D'Onorio Demeo, LLC lmandel@gmplaw.net, jvansaders@gmplaw.net  
       Lawrence D. Mandel    on behalf of Creditor    Giuseppina D'Onorio Demeo, LLC lmandel@gmplaw.net, jvansaders@gmplaw.net  
       Lawrence D. Mandel    on behalf of Creditor    Michele D'Onorio Demeo, LLC lmandel@gmplaw.net, jvansaders@gmplaw.net  
       Michele M. Dudas    on behalf of Trustee Andrea   Dobin mdudas@trenklawfirm.com  
       Michele M. Dudas    on behalf of Plaintiff Andrea   Dobin mdudas@trenklawfirm.com  
       Scott M. Zauber    on behalf of Mediator Scott   Zauber szauber@subranni.com, ecf@subranni.com;desk@subranni.com;cwild@subranni.com;jwiesner@subranni.com;mmorrow@subranni.com;hinnaurato@subranni.com  
       Timothy P. Neumann    on behalf of Debtor Ronald J. Raslowsky timothy.neumann25@gmail.com, btassillo@aol.com;geoff.neumann@bnfsbankruptcy.com  
       Timothy P. Neumann    on behalf of Plaintiff Ronald J. Raslowsky timothy.neumann25@gmail.com, btassillo@aol.com;geoff.neumann@bnfsbankruptcy.com  
       United States Trustee    USTPRegion03.NE.ECF@usdoj.gov  
       William M.E. Powers, III    on behalf of Creditor    Wells Fargo Bank, N.A. ecf@powerskirn.com  
       William M.E. Powers, III    on behalf of Defendant    Wells Fargo Home Mortgage ecf@powerskirn.com  
                                                                 TOTAL: 16