**TRENK, DIPASQUALE,**
**DELLA FERA & SODONO, P.C.**
427 Riverview Plaza
Trenton, NJ 08611
(609) 695-6070
Andrea Dobin
*Counsel to Andrea Dobin, Chapter 7 Trustee*

Order Filed on June 8, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

| In re:<br><br>RONALD J. RASLOWSKY,<br><br>Debtor. | Case No. 16-13754 (KCF)<br><br>Honorable Kathryn C. Ferguson,<br>Chief Judge<br><br>Chapter 7 |
|---|---|

| Recommended Local Form: | ☒ Followed | ☐ Modified |
|---|---|---|

### ORDER AUTHORIZING RETENTION OF AUCTIONEER,
### ERIC MERBACK OF QUAKER CITY AUCTIONEERS, INC.,

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED.**

**DATED: June 8, 2017**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

In re: Raslowsky, Ronald J.

Case No.: 16-13754-KCF

Applicant: Andrea Dobin

(check all that apply) ☒ Trustee: ☒ Chap. 7 ☐ Chap. 11 ☐ Chap. 13.

☐ Debtor: ☐ Chap. 11 ☐ Chap. 13

☐ Official Committee of _____

Name of Professional: Eric Merback, Quaker City Auctioneers, Inc.

Address of Professional: 2860 Memphis St.

Philadelphia, PA 19134

☐ Attorney for: ☐ Trustee ☐ Debtor-in-Possession

☐ Official Committee of _____

☐ Accountant for: ☐ Trustee ☐ Debtor-in-Possession

☐ Official Committee of _____

☐ Other Professional:

☐ Realtor ☐ Appraiser ☐ Special Counsel

☒ Auctioneer ☐ Other (specify): _____

Upon the applicant's request for authorization to retain the professionals named above,

It is hereby ORDERED as follows:

1. The applicant is authorized to retain the above parties in the professional capacity noted.

2. Compensation shall be paid pursuant to D.N.J. LBR 2014-2(b) and D.N.J. LBR 2016-2.

3. The effective date of the retention is the date the application was filed with the Court.

4849-1848-3529, v. 1

United States Bankruptcy Court
District of New Jersey

In re:  
Ronald J. Raslowsky  
    Debtor

Case No. 16-13754-KCF  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 1    Date Rcvd: Jun 08, 2017  
Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 10, 2017.  
db      Ronald J. Raslowsky,    195 Lehigh Ave,    Lakewood, NJ   08701-4555

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.    TOTAL: 0

    ***** BYPASSED RECIPIENTS *****  
NONE.    TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 10, 2017                        Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 8, 2017 at the address(es) listed below:

    Andrea  Dobin    on behalf of Trustee Andrea  Dobin adobin@trenklawfirm.com  
    Andrea  Dobin    ecftrusteead@trenklawfirm.com, NJ55@ecfcbis.com  
    Denise E. Carlon    on behalf of Creditor   M&T Bank dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
    Denise E. Carlon    on behalf of Defendant   M&T Bank dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
    Lawrence D. Mandel    on behalf of Creditor    Dolores D'Onorio Demeo, LLC lmandel@gmplaw.net, jvansaders@gmplaw.net  
    Lawrence D. Mandel    on behalf of Creditor    Emilio D'Onorio Demeo, LLC lmandel@gmplaw.net, jvansaders@gmplaw.net  
    Lawrence D. Mandel    on behalf of Creditor    Giuseppina D'Onorio Demeo, LLC lmandel@gmplaw.net, jvansaders@gmplaw.net  
    Lawrence D. Mandel    on behalf of Creditor    Michele D'Onorio Demeo, LLC lmandel@gmplaw.net, jvansaders@gmplaw.net  
    Michele M. Dudas    on behalf of Trustee Andrea  Dobin mdudas@trenklawfirm.com  
    Michele M. Dudas    on behalf of Plaintiff Andrea  Dobin mdudas@trenklawfirm.com  
    Scott M. Zauber    on behalf of Mediator Scott  Zauber szauber@subranni.com, ecf@subranni.com;desk@subranni.com;cwild@subranni.com;jwiesner@subranni.com;mmorrow@subranni.com;hinnaurato@subranni.com  
    Timothy P. Neumann    on behalf of Debtor Ronald J. Raslowsky timothy.neumann25@gmail.com, btassillo@aol.com;geoff.neumann@bnfsbankruptcy.com  
    Timothy P. Neumann    on behalf of Plaintiff Ronald J. Raslowsky timothy.neumann25@gmail.com, btassillo@aol.com;geoff.neumann@bnfsbankruptcy.com  
    United States Trustee    USTPRegion03.NE.ECF@usdoj.gov  
    William M.E. Powers, III    on behalf of Creditor    Wells Fargo Bank, N.A. ecf@powerskirn.com  
    William M.E. Powers, III    on behalf of Defendant    Wells Fargo Home Mortgage ecf@powerskirn.com  
                                                                                                TOTAL: 16