# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In re: | : | Case no.: 16-13754 |
| Ronald J. Raslowsky | : | Chapter: 7 |
| | : | Judge: Ferguson |
| Debtor(s) | : | |

## CERTIFICATION OF NO OBJECTION

I __Gary A. Nau__, Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed:

- ☐ Abandonment
- ☒ Public Sale
- ☐ Private Sale
- ☐ Settlement of Controversy
- ☐ Auctioneer Compensation

Description of Property (if applicable):
Two vehicles, a motorcycle and tractor.

JEANNE A. NAUGHTON, Clerk

Date: 7/6/2017    By: Gary A. Nau

*rev.2/10/17*