UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-1(b)

**TRENK, DIPASQUALE,**
**DELLA FERA & SODONO, P.C.**
427 Riverview Plaza
Trenton, NJ 08611
(609) 695-6070
Michele M. Dudas, Esq.
*Attorneys for Andrea Dobin, Chapter 7 Trustee*

In re:

RONALD J. RASLOWSKY,

        Debtor.

Chapter 7

Case No. 16-13754 (KCF)

# CERTIFICATION OF SERVICE

1. I, **LISA DiPAOLO**,

    ☐ represent the _____ in the above-captioned matter.

    ☑ am the legal assistant employed by Trenk, DiPasquale, Della Fera & Sodono, P.C., attorneys for Andrea Dobin, Chapter 7 Trustee for Ronald J. Raslowsky in this matter.

    ☐ am the _____ in this case and am representing myself.

2. On July 18, 2017, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

    a. Notice of Motion of Andrea Dobin, Chapter 7 Trustee, for Entry of an Order Holding Debtor in Contempt of Consent Order Entered April 18, 2017 and Order Directing Turnover Dated May 30, 2017;

    b. Certification of Andrea Dobin, Chapter 7 Trustee; and

    c. Proposed form of Order.

3.  I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated:  July 19, 2017                                          */s/ Lisa DiPaolo*
                                                                              LISA DiPAOLO

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Benjamin Teich, Esq.<br>United States Trustee<br>One Newark Center, Suite 2100<br>Newark, NJ 07102 | | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ Other:<br>(As authorized by the court or by rule. Cite the rule if applicable.) |
| Ronald J. Raslowsky<br>195 Lehigh Avenue<br>Lakewood, NJ 08701 | *Debtor* | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ Other:<br>(As authorized by the court or by rule. Cite the rule if applicable.) |
| Timothy P. Neumann, Esq.<br>Broege, Neumann, Fischer & Shaver<br>25 Abe Voorhees Drive<br>Manasquan, NJ 08736 | *Attorneys for Debtor* | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ Other:<br>(As authorized by the court or by rule. Cite the rule if applicable.) |
| William M.E. Powers III, Esq.<br>Powers Kirn, LLC<br>728 Marne Highway, Suite 200<br>Moorestown, NJ 08057 | *Attorneys for Wells Fargo Bank, N.A., Secured Creditor* | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ Other:<br>(As authorized by the court or by rule. Cite the rule if applicable.) |
| Joshua I. Goldman, Esq.<br>Denise Carlon, Esq.<br>KML Law Group, P.C.<br>216 Haddon Avenue, Suite 406<br>Westmont, NJ 08108 | *Attorneys for M&T Bank, Creditor,*<br>*Notice of Appearance filed* | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ Other:<br>(As authorized by the court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Synchrony Bank<br>c/o Recovery Management Systems Corporation<br>Attn: Ramesh Singh<br>25 SE Second Avenue, Suite 1120<br>Miami, FL 33131-1605 | *Creditor* | ☐  Hand-delivered<br>☑  Regular mail<br>☐  Certified mail/RR<br>☐  Other:<br>(As authorized by the court or by rule. Cite the rule if applicable.) |
| Lawrence D. Mandel, Esq.<br>Gertner Mandel, LLC<br>PO Box 499<br>Lakewood, NJ 08701 | *Attorneys for Emilio D'Onorio Demeo, LLC, Dolores D'Onorio Demeo, LLC, Giuseppina D'Onorio Demeo, LLC and Michele D'Onorio, LLC, Notice of Appearance filed* | ☐  Hand-delivered<br>☑  Regular mail<br>☐  Certified mail/RR<br>☐  Other:<br>(As authorized by the court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*

4843-7035-0412, v. 1