**TRENK, DIPASQUALE,
DELLA FERA & SODONO, P.C.**
427 Riverview Plaza
Trenton, NJ 08611
(609) 695-6070
Andrea Dobin
Michele M. Dudas
*Attorneys for Andrea Dobin,
Chapter 7 Trustee*

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>RONALD J. RASLOWSKY,<br><br>Debtor. | Chapter 7<br><br>Case No. 16-13754 (KCF)<br><br>Honorable Kathryn C. Ferguson,<br>Chief U.S.B.J.<br><br>**Hearing Date: N/A** |

## REPORT OF AUCTION

An auction was conducted pursuant to the Notice of Proposed Public Sale docketed with this Court on May 31, 2017 [Docket No. 114]. The following is a report of the auction conducted.

| ITEM SOLD | SALE PRICE |
|---|---|
| 2003 Mustang Cobra: | $20,000 |
| Harley Davidson Motorcycle: | $ 4,500 |
| John Deere Tractor: | $    550 |
| Antique Police Car: | No Sale |

Respectfully,

**TRENK DIPASQUALE DELLA FERA & SODONO, P.C.**

Dated: July 26, 2017

*/s/ Andrea Dobin*
ANDREA DOBIN

4844-0491-1684, v. 1