UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re: <br> RASLOWSKY, Ronald | Case No.: 16-13754 <br> Chapter: 7 <br> Judge: Ferguson |

## NOTICE OF PROPOSED PRIVATE SALE

__Andrea Dobin__, __Chapter 7 Trustee__, in this case proposes to sell property of the estate to the persons and on the terms described below. If you object to the sale, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party listed below not later than 7 days before the hearing date.

> Address of the Clerk: Jeanne Naughton, Clerk
> 402 East State St.
> Trenton, NJ  08608

If an objection is filed, a hearing will be held before the Honorable __Kathryn C. Ferguson__ on __September 12, 2017__ at __11__ a.m. at the United States Bankruptcy Court, courtroom no. __2__, __402 East State St., Trenton, NJ__. (Hearing date must be at least 28 days from the date of this notice). If no objection to the sale is filed, the clerk will enter a Certification of No Objection and the sale will be held as proposed.

> Description of property to be sold:   Floor Safe retrieved from Debtor's home, made by Sentry.

> Proposed Purchaser:   Ernest G. Hafer, Sr.

> Sale price:  $75.00

☐ Pursuant to D.N.J. LBR 6004-5, I request to pay the real estate broker and/or real estate attorney at closing on the terms set forth below.

> Name of Professional:
> Amount to be paid:
> Services rendered:

Higher and better offers will be received. They must be in writing and filed with the clerk not later than 7 days before the hearing date set forth above.

Objections must be served on, and requests for additional information directed to:

Name: Andrea Dobin

Address: 427 Riverview Plaza, Trenton, New Jersey   08611

Telephone No.: 609-695-6070

*rev.8/1/15*