| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **TRENK, DiPASQUALE,**<br>**DELLA FERA & SODONO, P.C.**<br>427 Riverview Plaza<br>Trenton, NJ 08611<br>(609) 695-6070<br>Andrea Dobin (adobin@trenklawfirm.com)<br>Michele M. Dudas (mdudas@trenklawfirm.com)<br>*Counsel to Andrea Dobin, Chapter 7 Trustee* | Order Filed on August 9, 2017<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In re:<br><br>RONALD J. RASLOWSKY,<br><br>    Debtor. | Case No. 16-13754 (KCF)<br><br>Chapter 7<br><br>Honorable Kathryn C. Ferguson, Chief U.S.B.J.<br><br>**Hearing Date: August 8, 2017**<br>**Hearing Time: 10:00 a.m.** |

**ORDER HOLDING DEBTOR IN CONTEMPT FOR FAILURE TO COMPLY WITH TERMS OF CONSENT ORDER ENTERED APRIL 18, 2017 AND ORDER DIRECTING TURNOVER DATED MAY 30, 2017**

The relief set forth on the following pages, numbered two (2) and three (3), is hereby

**ORDERED**.

**DATED: August 9, 2017**

_____
Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

(Page 2)
Debtor: Ronald J. Raslowsky
Case No.: 16-13754 (KCF)
Caption of Order: Order Holding Debtor in Contempt for Failure to Comply with Terms of Consent Order Entered April 18, 2017 and Order Directing Turnover Dated May 30, 2017

---

**THIS MATTER**, having been presented to the Court by Andrea Dobin, the Chapter 7 Trustee (the "Trustee") for Ronald J. Raslowsky, Chapter 7 debtor ("Debtor"), by and through her counsel, Trenk, DiPasquale, Della Fera & Sodono, P.C., by the filing of a Motion for Order holding the Debtor in contempt for failure to comply with a certain Consent Order dated April 18, 2017 and an Order directing turnover dated May 30, 2017 (the "Motion"); due and proper notice of the Motion having been given; and the Court having considered the moving papers and opposition thereto, if any; and oral argument, if any; and finding that the Debtor is in contempt of the Consent Order entered into between the Trustee and the Debtor dated April 14, 2017 and entered on the docket on April 18, 2017 and Order Directing Turnover dated May 30, 2017 and entered on the docket on May 31, 2017; and good and sufficient cause existing for the granting of the relief as set forth herein,

**IT IS HEREBY ORDERED AS FOLLOWS**:

1. The Motion is **GRANTED**.

2. The Trustee is authorized to execute a Deed for the real property located at 7633 Tahiti Lane, Suite 204, Lake Worth, Florida ("Florida Property"), transferring title to the Trustee so that the Florida Property may be marketed for sale by the Trustee.

3. The Trustee is authorized to undertake all appropriate action to secure the Florida Property for the benefit of the Estate and its creditors, including, but not limited to, changing the locks.

4. The Debtor is prohibited from entering the Florida Property as same constitutes Property of the Estate.

(Page 3)
Debtor:            Ronald J. Raslowsky
Case No.:          16-13754 (KCF)
Caption of Order:  Order Holding Debtor in Contempt for Failure to Comply with Terms of Consent Order Entered April 18, 2017 and Order Directing Turnover Dated May 30, 2017

---

5. The Trustee is authorized to re-file the Notice of Abandonment with respect to the real property located at 2226 Ponybrook Way, Toms River, New Jersey.

6. Within ten (10) days of the date hereof, the Debtor must turn over to the Trustee a more complete accounting, including canceled checks, as it relates to the depletion of funds received by the Debtor under the Settlement.

7. The Trustee is awarded attorneys' fees of $750 for the cost of filing this Motion which must be paid by the Debtor within ten (10) days of the date hereof.

4832-0916-6155, v. 1