| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY |
|---|
| **TRENK, DiPASQUALE,** <br> **DELLA FERA & SODONO, P.C.** <br> 427 Riverview Plaza <br> Trenton, NJ 08611 <br> (609) 695-6070 <br> Andrea Dobin (adobin@trenklawfirm.com) <br> Michele M. Dudas (mdudas@trenklawfirm.com) <br> *Counsel to Andrea Dobin, Chapter 7 Trustee* |
| In re: <br><br> RONALD J. RASLOWSKY, <br><br> Debtor. |

Order Filed on August 9, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No. 16-13754 (KCF)

Chapter 7

Honorable Kathryn C. Ferguson, Chief U.S.B.J.

**Hearing Date: August 8, 2017**
**Hearing Time: 10:00 a.m.**

**ORDER HOLDING DEBTOR IN CONTEMPT FOR FAILURE TO COMPLY WITH TERMS OF CONSENT ORDER ENTERED APRIL 18, 2017 AND ORDER DIRECTING TURNOVER DATED MAY 30, 2017**

The relief set forth on the following pages, numbered two (2) and three (3), is hereby **ORDERED**.

**DATED: August 9, 2017**

_____
Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

Debtor: Ronald J. Raslowsky
Case No.: 16-13754 (KCF)
Caption of Order: Order Holding Debtor in Contempt for Failure to Comply with Terms of Consent Order Entered April 18, 2017 and Order Directing Turnover Dated May 30, 2017

---

**THIS MATTER,** having been presented to the Court by Andrea Dobin, the Chapter 7 Trustee (the "Trustee") for Ronald J. Raslowsky, Chapter 7 debtor ("Debtor"), by and through her counsel, Trenk, DiPasquale, Della Fera & Sodono, P.C., by the filing of a Motion for Order holding the Debtor in contempt for failure to comply with a certain Consent Order dated April 18, 2017 and an Order directing turnover dated May 30, 2017 (the "Motion"); due and proper notice of the Motion having been given; and the Court having considered the moving papers and opposition thereto, if any; and oral argument, if any; and finding that the Debtor is in contempt of the Consent Order entered into between the Trustee and the Debtor dated April 14, 2017 and entered on the docket on April 18, 2017 and Order Directing Turnover dated May 30, 2017 and entered on the docket on May 31, 2017; and good and sufficient cause existing for the granting of the relief as set forth herein,

**IT IS HEREBY ORDERED AS FOLLOWS:**

1. The Motion is **GRANTED**.

2. The Trustee is authorized to execute a Deed for the real property located at 7633 Tahiti Lane, Suite 204, Lake Worth, Florida ("Florida Property"), transferring title to the Trustee so that the Florida Property may be marketed for sale by the Trustee.

3. The Trustee is authorized to undertake all appropriate action to secure the Florida Property for the benefit of the Estate and its creditors, including, but not limited to, changing the locks.

4. The Debtor is prohibited from entering the Florida Property as same constitutes Property of the Estate.

(Page 3)
Debtor: Ronald J. Raslowsky
Case No.: 16-13754 (KCF)
Caption of Order: Order Holding Debtor in Contempt for Failure to Comply with Terms of Consent Order Entered April 18, 2017 and Order Directing Turnover Dated May 30, 2017

---

5. The Trustee is authorized to re-file the Notice of Abandonment with respect to the real property located at 2226 Ponybrook Way, Toms River, New Jersey.

6. Within ten (10) days of the date hereof, the Debtor must turn over to the Trustee a more complete accounting, including canceled checks, as it relates to the depletion of funds received by the Debtor under the Settlement.

7. The Trustee is awarded attorneys' fees of $750 for the cost of filing this Motion which must be paid by the Debtor within ten (10) days of the date hereof.

4832-0916-6155, v. 1

United States Bankruptcy Court
District of New Jersey

In re:  
Ronald J. Raslowsky  
    Debtor

Case No. 16-13754-KCF  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-3       User: admin       Page 1 of 1       Date Rcvd: Aug 10, 2017  
                          Form ID: pdf903       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 12, 2017.  
db          Ronald J. Raslowsky,    195 Lehigh Ave,    Lakewood, NJ  08701-4555

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 12, 2017                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 10, 2017 at the address(es) listed below:  
        Andrea   Dobin    on behalf of Trustee Andrea   Dobin adobin@trenklawfirm.com  
        Andrea   Dobin    ecftrusteead@trenklawfirm.com, NJ55@ecfcbis.com  
        Brian E Caine    on behalf of Creditor    M&T Bank bcaine@parkermccay.com, BKcourtnotices@parkermccay.com  
        Denise E. Carlon    on behalf of Creditor    M&T Bank dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
        Denise E. Carlon    on behalf of Defendant    M&T Bank dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
        Lawrence D. Mandel    on behalf of Creditor    Dolores D'Onorio Demeo, LLC lmandel@gmplaw.net, jvansaders@gmplaw.net  
        Lawrence D. Mandel    on behalf of Creditor    Emilio D'Onorio Demeo, LLC lmandel@gmplaw.net, jvansaders@gmplaw.net  
        Lawrence D. Mandel    on behalf of Creditor    Giuseppina D'Onorio Demeo, LLC lmandel@gmplaw.net, jvansaders@gmplaw.net  
        Lawrence D. Mandel    on behalf of Creditor    Michele D'Onorio Demeo, LLC lmandel@gmplaw.net, jvansaders@gmplaw.net  
        Michele M. Dudas    on behalf of Trustee Andrea   Dobin mdudas@trenklawfirm.com  
        Michele M. Dudas    on behalf of Plaintiff Andrea   Dobin mdudas@trenklawfirm.com  
        Scott M. Zauber    on behalf of Mediator Scott   Zauber szauber@subranni.com, ecf@subranni.com;ecorma@subranni.com;cwild@subranni.com;jwiesner@subranni.com;mmorrow@subranni.com;hinnaurato@subranni.com  
        Timothy P. Neumann    on behalf of Debtor Ronald J. Raslowsky timothy.neumann25@gmail.com, btassillo@aol.com;geoff.neumann@bnfsbankruptcy.com  
        Timothy P. Neumann    on behalf of Plaintiff Ronald J. Raslowsky timothy.neumann25@gmail.com, btassillo@aol.com;geoff.neumann@bnfsbankruptcy.com  
        United States Trustee    USTPRegion03.NE.ECF@usdoj.gov  
        William M.E. Powers, III    on behalf of Creditor    Wells Fargo Bank, N.A. ecf@powerskirn.com  
        William M.E. Powers, III    on behalf of Defendant    Wells Fargo Home Mortgage ecf@powerskirn.com  
                                                                                                           TOTAL: 17