UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:                                               Case no.:      16-13754

Ronald J. Raslowsky               Chapter:       7

Judge:       Ferguson

Debtor(s)

## CERTIFICATION OF NO OBJECTION

I __Gary A. Nau__, Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed:

- ☐ Abandonment
- ☐ Public Sale
- ☒ Private Sale
- ☐ Settlement of Controversy
- ☐ Auctioneer Compensation

Description of Property (if applicable):
Floor Safe

JEANNE A. NAUGHTON, Clerk

Date: 9/6/2017                                      By: Gary A. Nau

*rev.2/10/17*