Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 16–13754–KCF
Chapter: 7
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Ronald J. Raslowsky
   195 Lehigh Ave
   Lakewood, NJ 08701–4555

Social Security No.:
   xxx–xx–0250

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Kathryn C. Ferguson on:

Date:       10/12/17
Time:       02:30 PM
Location:   Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Trenk DiPasquale Della Fera & Sodono PC,
Trustee's Attorney

COMMISSION OR FEES
$56,614.50

EXPENSES
$2,243.50

Creditors may be heard before the applications are determined.

In accordance with D.N.J. Local Bankruptcy Rule 2016−1(d), appearances are not required on applications for compensation unless objections are filed. Objections shall be filed and served no later than seven (7) days prior to the scheduled hearing date (D.N.J. LBR 2016−1(h)).

Dated: September 7, 2017
JAN:

Jeanne Naughton
Clerk

```
                            United States Bankruptcy Court
                                 District of New Jersey
In re:                                                            Case No. 16-13754-KCF
   Ronald J. Raslowsky                                            Chapter 7
         Debtor
                                   CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin                 Page 1 of 3           Date Rcvd: Sep 07, 2017
                              Form ID: 137                Total Noticed: 52


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 09, 2017.
db             Ronald J. Raslowsky,    195 Lehigh Ave,    Lakewood, NJ 08701-4555
aty           +Broege, Neumann, Fischer & Shaver, LLC,    25 Abe Voorhees Drive,    Manasquan, NJ 08736-3560
r             +Deb Smith,   Keller Williams Realty East Monmouth,    750 Broad Street,
                Shrewsbury, NJ 07702-4230
cr             Dolores D'Onorio Demeo, LLC,    7 Shady Lane,    Toms River, NJ 08753
cr             Emilio D'Onorio Demeo, LLC,    Shady Lane,   Toms River, NJ 08753,    UNITED STATES
cr             Giuseppina D'Onorio Demeo, LLC,    7 Shady Lane,    Toms River, NJ 08753
r             +Keller Williams Realty East Monmouth,    750 Broad Street,    Shrewsbury, NJ 07702-4230
cr             Michele D'Onorio Demeo, LLC,    7 Shady Lane,   Toms River, NJ 08753,    UNITED STATES
auc           +Quaker City Auctioneers, Inc.,    2860 Memphis Street,    Philadelphia, PA 19134-4297
md            +Scott Zauber,   750 Route 73 South,    Suite 307B,    Marlton, NJ 08053-4191
acc           +Sharer Petree Brotz & Snyder,    1103 Laurel Oak Road,    Suite 105B,    Voorhees, NJ 08043-4376
516143262      AMERICAN EXPRESS BANK, FSB,    C/O BECKET AND LEE LLP,    PO BOX 3001,    MALVERN, PA 19355-0701
516168450      AMERICAN EXPRESS CENTURION BANK,    C/O BECKET AND LEE LLP,    PO BOX 3001,
                MALVERN, PA 19355-0701
516029255     #Acb Receivables Mngmt,    19 Main St,   Asbury Park, NJ 07712-7012
516029256      Amex,   PO Box 297871,    Fort Lauderdale, FL 33329-7871
516029257      Barclays Bank Delaware,    125 S West St,    Wilmington, DE 19801-5014
516101828      Bey Lee Anesthesia,    1200 Hooper Ave,   Toms River, NJ 08753-3594
516101303      Bielory & Hennes PC,    3000 Yorktowne Blvd,    Brick, NJ 08723-7989
516346859      Capital One NA,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
516029258      Commonwealth Financial,    245 Main St,   Dickson City, PA 18519-1641
516101304      Cowan Gunteski & Co, PA,    40 Bey Lea Rd,    Toms River, NJ 08753-2900
516194656     +Cowan, Gunteski & Co., PA,    c/o Scott H. Sekuler, Esq.,    208 Monmouth Road,
                Oakhurst, NJ 07755-1568
516101305      Dolores A D'Onorio Demeo, LLC,    PO Box 2513,    Wilmington, DE 19805-0513
516101306      Dolores A. Donorio Deme0 LLC,    Delaware Corporation,    222 Delaware Ave Fl 9,
                Wilmington, DE 19801-1621
516101307      Emilio D'Onorio DeMeo LLC,    Delaware Corp Agency,    222 Delaware Ave Fl 9,
                Wilmington, DE 19801-1621
516311064     +Emilio D'Onorio Demeo, LLC,    c/o Lawrence D. Mandel, Esq.,    P.O. Box 499,
                Lakewood, NJ 08701-0499
516101308      Giuseppina D'Onorio Demeo LLC,    Delaware Corporation Agency Inc,    222 Delaware Ave Fl 9,
                Wilmington, DE 19801-1621
516101836      MED1 02 Shore Outpatient Surgi,    Cente,   360 Highway 70,    Lakewood, NJ 08701-5823
516029262     +Maria Geletei,    66 Pine Treet Dr,    Parlin, NJ 08859-1152
516029261      Maria Geletei,    66 Pinetree Dr,    Parlin, NJ 08859-1152
516029263      Maria Geletei,    6 Pinetree Dr,    Parlin, NJ 08859-1122
516101309      Michelle D'Onorio Demeo LLC,    The Delaware Cor Agency Inc,    222 Delaware Ave Fl 9,
                Wilmington, DE 19801-1621
516029264      Mnet Fin Inc,   95 Argonaut,    Aliso Viejo, CA 92656-4133
516029266      Parker McCay,    9000 Midlantic Dr # 300,    Mount Laurel, NJ 08054-1539
516101310      Robert A. ebberup, Law Offices,    609 Main St,    Toms River, NJ 08753-7461
516101839      Shore Neurology,    633 Route 37 W,   Toms River, NJ 08755-8007
516101840      Tidal Emergency Physicians,    425 Jack Martin Blvd,    Brick, NJ 08724-7732
516101841      VIRADIA JAYANT K MD,    360 Highway 70,   Lakewood, NJ 08701-5823
516058195      Wells Fargo Bank, N.A., d/b/a WFDS,    P.O. Box 19657,    Irvine, CA 92623-9657
516029267      Wells Fargo Home Mortgage,    Customer Service,    PO Box 10335,    Des Moines, IA 50306-0335
516029268      Wfds/wds,   PO Box 1697,    Winterville, NC 28590-1697

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Sep 08 2017 01:21:35     U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 08 2017 01:21:33     United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
516101831      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 08 2017 01:39:09
                Capital One - Bankruptcy Department,    c/o American Info Source,    PO Box 54529,
                Oklahoma City, OK 73154-1529
516029259     +E-mail/Text: camanagement@mtb.com Sep 08 2017 01:21:21      Hudson City Savings Ba,
                80 W Century Rd,    Paramus, NJ 07652-1478
516038179     +E-mail/Text: cio.bncmail@irs.gov Sep 08 2017 01:21:10     Internal Revenue Service,
                PO Box 7346,    Philadelphia, PA 19101-7346
516029260     +E-mail/Text: bnckohlsnotices@becket-lee.com Sep 08 2017 01:21:02      Kohls/capone,
                N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
516169793      E-mail/Text: camanagement@mtb.com Sep 08 2017 01:21:21     M&T Bank,    P.O. Box 840,
                Buffalo, NY 14240-0840
516029265      E-mail/Text: bankruptcies@orangelake.com Sep 08 2017 01:20:57      Orange Lake/Wilson Res,
                8505 W Irlo Bronson Memorial Hwy,    Kissimmee, FL 34747-8217
516083526      E-mail/Text: bnc-quantum@quantum3group.com Sep 08 2017 01:21:25
                Quantum3 Group LLC as agent for,    CP Medical LLC,    PO Box 788,    Kirkland, WA 98083-0788
516056018      E-mail/PDF: gecsedi@recoverycorp.com Sep 08 2017 01:17:25     Synchrony Bank,
                c/o of Recovery Management Systems Corp,    25 S.E. 2nd Avenue, Suite 1120,
                Miami, FL 33131-1605
```

```
District/off: 0312-3            User: admin                Page 2 of 3                  Date Rcvd: Sep 07, 2017
                                Form ID: 137               Total Noticed: 52
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
516323606       +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 08 2017 01:21:33       United States Trustee,
                 One Newark Center,   Suite 2100,   Newark, NJ 07102-5235
                                                                                              TOTAL: 11

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516101830        Cach of NJ LLC
cr*             +Maria Geletei,   66 Pinetree Drive,   Parlin, NJ 08859-1152
516272464*       American Express Bank FSB,    c/o Becket and Lee LLP,   PO Box 3001,   Malvern PA 19355-0701
516101829*       Bielory & Hennes PC,   3000 Yorktowne Blvd,   Brick, NJ 08723-7989
516101832*       Cowan Gunteski & Co, PA,   40 Bey Lea Rd,   Toms River, NJ 08753-2900
516101833*       Dolores A. Donorio Deme0 LLC,    Delaware Corporation,   222 Delaware Ave Fl 9,
                 Wilmington, DE 19801-1621
516101834*       Emilio D'Onorio DeMeo LLC,    Delaware Corp Agency,   222 Delaware Ave Fl 9,
                 Wilmington, DE 19801-1621
516101835*       Giuseppina D'Onorio Demeo LLC,    Delaware Corporation Agency Inc,   222 Delaware Ave Fl 9,
                 Wilmington, DE 19801-1621
516101837*       Michelle D'Onorio Demeo LLC,    The Delaware Cor Agency Inc,   222 Delaware Ave Fl 9,
                 Wilmington, DE 19801-1621
516101843*       Mnet Fin Inc,   95 Argonaut,   Aliso Viejo, CA 92656-4133
516101838*       Robert A. ebberup, Law Offices,   609 Main St,   Toms River, NJ 08753-7461
516101842       ##Gertner Mandel & Peslak LLC,    PO Box 499,   Lakewood, NJ 08701-0499
                                                                                   TOTALS: 1, * 10, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 09, 2017                                     Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 7, 2017 at the address(es) listed below:
          Andrea   Dobin    ecftrusteead@trenklawfirm.com, NJ55@ecfcbis.com
          Andrea   Dobin     on behalf of Trustee Andrea   Dobin adobin@trenklawfirm.com
          Benjamin  Teich    on behalf of U.S. Trustee    United States Trustee Benjamin.Teich@usdoj.gov
          Brian E Caine    on behalf of Creditor    M&T Bank bcaine@parkermccay.com,
           BKcourtnotices@parkermccay.com
          Denise E. Carlon    on behalf of Defendant    M&T Bank dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Denise E. Carlon    on behalf of Creditor    M&T Bank dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Lawrence D. Mandel    on behalf of Creditor    Giuseppina D'Onorio Demeo, LLC lmandel@gmplaw.net,
           jvansaders@gmplaw.net
          Lawrence D. Mandel    on behalf of Creditor    Michele D'Onorio Demeo, LLC lmandel@gmplaw.net,
           jvansaders@gmplaw.net
          Lawrence D. Mandel    on behalf of Creditor    Dolores D'Onorio Demeo, LLC lmandel@gmplaw.net,
           jvansaders@gmplaw.net
          Lawrence D. Mandel    on behalf of Creditor    Emilio D'Onorio Demeo, LLC lmandel@gmplaw.net,
           jvansaders@gmplaw.net
          Michele M. Dudas    on behalf of Plaintiff Andrea   Dobin mdudas@trenklawfirm.com
          Michele M. Dudas    on behalf of Trustee Andrea   Dobin mdudas@trenklawfirm.com
          Scott M. Zauber    on behalf of Mediator Scott   Zauber szauber@subranni.com,
           ecf@subranni.com;ecorma@subranni.com;cwild@subranni.com;jwiesner@subranni.com;mmorrow@subranni.co
           m;hinnaurato@subranni.com
```

```
District/off: 0312-3          User: admin              Page 3 of 3              Date Rcvd: Sep 07, 2017
                              Form ID: 137             Total Noticed: 52
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Timothy P. Neumann    on behalf of Debtor Ronald J. Raslowsky timothy.neumann25@gmail.com, btassillo@aol.com;geoff.neumann@bnfsbankruptcy.com
          Timothy P. Neumann    on behalf of Plaintiff Ronald J. Raslowsky timothy.neumann25@gmail.com, btassillo@aol.com;geoff.neumann@bnfsbankruptcy.com
          United States Trustee    USTPRegion03.NE.ECF@usdoj.gov
          William M.E. Powers, III    on behalf of Creditor    Wells Fargo Bank, N.A. ecf@powerskirn.com
          William M.E. Powers, III    on behalf of Defendant    Wells Fargo Home Mortgage ecf@powerskirn.com
                                               TOTAL: 18