**Order Filed on September 20, 2017**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Timothy P. Neumann, Esq. [TN6429]
Broege, Neumann, Fischer & Shaver, LLC
25 Abe Voorhees Drive
Manasquan, NJ 08736
(732) 223-8484
tneumann@bnfsbankruptcy.com
*Attorneys for Debtor Ronald J. Raslowsky*

In re:

**RONALD J. RASLOWSKY**,

                Debtor.

Chapter 7

Case No.: 16-13754
(Converted from Chapter 11)

Judge: Hon. Kathryn C. Ferguson

## ORDER REDUCING CLAIM OF MARIA GELETEI CLAIM AND DENYING REMAINDER OF MOTION

    The relief set forth on the following page numbered two (2) is hereby **ORDERED.**

**DATED: September 20, 2017**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

Page 2 of 2
Debtors:    Ronald Raslowsky
Case No.   16-13754
Caption of Order:   Order Reducing Claim of Maria Geletei Claim and Denying Remainder of
Motion
_____

     This matter having been opened to the Court by Broege, Neumann, Fischer & Shaver, LLC,

attorneys for the Debtor; and the Debtor having filed [Docket Entry 130] a motion requesting that the

Court expunge the claim of Maria Geletei (the "Motion"); and the Court having held a hearing on

September 12, 2017 and heard argument of the parties; and it appearing that the claim included

alimony accruing post-petition which is nondischargeable under section 523(a) (5) of the Bankruptcy

Code and not allowable under section 502(b)(5) of the Bankruptcy Code; and for good cause shown,

it is

     **ORDERED** that claim number 10 filed by Maria Geletei is hereby reduced from

$315,615.00 by $145,015.00 to $170,000.00; and it is further

     **ORDERED** that the remainder of the Motion is denied.