UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Timothy P. Neumann, Esq. [TN6429]
Broege, Neumann, Fischer & Shaver, LLC
25 Abe Voorhees Drive
Manasquan, NJ 08736
(732) 223-8484
tneumann@bnfsbankruptcy.com
*Attorneys for Debtor Ronald J. Raslowsky*

**Order Filed on September 20, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In re:

**RONALD J. RASLOWSKY**,

               Debtor.

Chapter 7

Case No.: 16-13754
(Converted from Chapter 11)

Judge: Hon. Kathryn C. Ferguson

## ORDER REDUCING CLAIM OF MARIA GELETEI CLAIM AND DENYING REMAINDER OF MOTION

The relief set forth on the following page numbered two (2) is hereby **ORDERED.**

**DATED: September 20, 2017**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

Page 2 of 2
Debtors:   Ronald Raslowsky
Case No.   16-13754
Caption of Order:   Order Reducing Claim of Maria Geletei Claim and Denying Remainder of Motion

_____

    This matter having been opened to the Court by Broege, Neumann, Fischer & Shaver, LLC, attorneys for the Debtor; and the Debtor having filed [Docket Entry 130] a motion requesting that the Court expunge the claim of Maria Geletei (the "Motion"); and the Court having held a hearing on September 12, 2017 and heard argument of the parties; and it appearing that the claim included alimony accruing post-petition which is nondischargeable under section 523(a) (5) of the Bankruptcy Code and not allowable under section 502(b)(5) of the Bankruptcy Code; and for good cause shown, it is

    **ORDERED** that claim number 10 filed by Maria Geletei is hereby reduced from $315,615.00 by $145,015.00 to $170,000.00; and it is further

    **ORDERED** that the remainder of the Motion is denied.

United States Bankruptcy Court
District of New Jersey

In re:                                                                                          Case No. 16-13754-KCF
Ronald J. Raslowsky                                                                             Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin                   Page 1 of 1                 Date Rcvd: Sep 20, 2017
                              Form ID: pdf903               Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 22, 2017.
db              Ronald J. Raslowsky,    195 Lehigh Ave,    Lakewood, NJ   08701-4555

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 22, 2017                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 20, 2017 at the address(es) listed below:
              Andrea  Dobin    on behalf of Trustee Andrea  Dobin adobin@trenklawfirm.com
              Andrea  Dobin    ecftrusteead@trenklawfirm.com, NJ55@ecfcbis.com
              Benjamin  Teich    on behalf of U.S. Trustee    United States Trustee Benjamin.Teich@usdoj.gov
              Brian E Caine    on behalf of Creditor    M&T Bank bcaine@parkermccay.com,
               BKcourtnotices@parkermccay.com
              Denise E. Carlon    on behalf of Creditor    M&T Bank dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Defendant    M&T Bank dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Lawrence D. Mandel    on behalf of Creditor    Dolores D'Onorio Demeo, LLC lmandel@gmplaw.net,
               jvansaders@gmplaw.net
              Lawrence D. Mandel    on behalf of Creditor    Emilio D'Onorio Demeo, LLC lmandel@gmplaw.net,
               jvansaders@gmplaw.net
              Lawrence D. Mandel    on behalf of Creditor    Giuseppina D'Onorio Demeo, LLC lmandel@gmplaw.net,
               jvansaders@gmplaw.net
              Lawrence D. Mandel    on behalf of Creditor    Michele D'Onorio Demeo, LLC lmandel@gmplaw.net,
               jvansaders@gmplaw.net
              Michele M. Dudas    on behalf of Trustee Andrea  Dobin mdudas@trenklawfirm.com
              Michele M. Dudas    on behalf of Plaintiff Andrea  Dobin mdudas@trenklawfirm.com
              Scott M. Zauber    on behalf of Mediator Scott  Zauber szauber@subranni.com,
               ecf@subranni.com;ecorma@subranni.com;cwild@subranni.com;jwiesner@subranni.com;mmorrow@subranni.co
               m;hinnaurato@subranni.com
              Timothy P. Neumann    on behalf of Debtor Ronald J. Raslowsky timothy.neumann25@gmail.com,
               btassillo@aol.com;geoff.neumann@bnfsbankruptcy.com
              Timothy P. Neumann    on behalf of Plaintiff Ronald J. Raslowsky timothy.neumann25@gmail.com,
               btassillo@aol.com;geoff.neumann@bnfsbankruptcy.com
              United States Trustee    USTPRegion03.NE.ECF@usdoj.gov
              William M.E. Powers, III    on behalf of Creditor    Wells Fargo Bank, N.A. ecf@powerskirn.com
              William M.E. Powers, III    on behalf of Defendant    Wells Fargo Home Mortgage ecf@powerskirn.com
                                                                                                 TOTAL: 18