UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In Re: | Case No.: | 16-13754 |
| Ronald J. Raslowsky | Chapter: | 7 |
| | Judge: | Kathryn C. Ferguson |

## NOTICE OF PROPOSED AUCTIONEER COMPENSATION

The court having waived the requirement of filing an application for auctioneer compensation and reimbursement of expenses under D.N.J. LBR. 2014-2(b), and the compensation and expenses noted below having not exceeded the estimate provided in the *Certification of Professional in Support of Application for Retention of Professional*, Quaker City Auctioneers, Inc., auctioneer, in this case is, providing notice under D.N.J. LBR 2016-2, of a request for compensation and reimbursement of expenses in the amounts that follow.

> Request for compensation in the amount of: -0- (buyer's premium was charged)

> Request for reimbursement of expenses in the amount of: $3,179.07

If you object to the proposed compensation or reimbursement of expenses, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 21 days from the date of this notice.

> Address of the Clerk:   Jeanne Naughton, Clerk
> 402 East State St.
> Trenton, NJ  08607

If an objection is timely filed, the court may require that an application for compensation and reimbursement of expenses be filed under D.N.J. LBR 2016-1 or that a hearing be held.

Objections must be served on, and requests for additional information directed to:

| | |
|---|---|
| Name: | Andrea Dobin, Esq. |
| Address: | 427 Riverview Plaza, Trenton, NJ  08611 |
| Telephone No.: | (609) 695-6070 |
| Signature: | /s/ Andrea Dobin |
| Date: | 10.10.2017 |

rev.8/1/15