| | |
|---|---|
| UNITED STATES BANKRUPTY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br>TRENK, DiPASQUALE, DELLA FERA &<br>SODONO, P.C.<br>427 Riverview Plaza<br>Trenton, NJ  08611<br>609.695.6070<br>CHAPTER 7 TRUSTEE | **Order Filed on October 16, 2017<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| RONALD J. RASLOWSKY,<br><br>              Debtor. | Case No.    16-13754<br><br>Hearing Date:  October 12, 2017<br>at 2:30 p.m.<br><br>Judge: Kathryn C. Ferguson |

**ORDER ALLOWING FIRST INTERIM ALLOWANCE OF FEES & EXPENSES TO TRENK DIPASQUALE DELLA FERA & SODONO PC COUNSEL TO ANDREA DOBIN, CHAPTER 7 TRUSTEE**

The relief set forth on the following page number two (2) is hereby **ORDERED**.

**DATED: October 16, 2017**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

**(Page 2)**
Debtor: Ronald Raslowsky
Case No: 16-13754(KCF)
Caption of Order: Order Allowing Fees & Expenses of Counsel to the Trustee

**THIS MATTER** having been opened to the Court upon the Application of Trenk, DiPasquale, Della Fera & Sodono, PC counsel to the Trustee (the "Applicant"), in the above-captioned proceeding, for the entry of an Order allowing first interim allowance of fees and expenses to Applicant, and the Court having read and considered the Applicant's Application and the supporting Affidavit, and notice of said Application having been given to the Office of the United States Trustee, Debtor and Debtor's counsel, and all others requesting electronic notice, and for other and good cause shown:

**IT IS ORDERED:**

1. Trenk, DiPasquale, Della Fera & Sodono, PC, counsel to the Trustee, is hereby granted first interim allowance on account of legal services rendered to the Trustee in the sum of $56,614.50 together with the sum of $2,243.50 for out-of-pocket disbursements, for a total allowance of $58,858.00 without prejudice to said counsel's right to seek additional allowances.

2. A copy of this Order shall be served upon all interested parties and counsel within 7 days of the date hereof.

4821-3024-7959, v. 6