| | |
|---|---|
| UNITED STATES BANKRUPTY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br>TRENK, DiPASQUALE, DELLA FERA &<br>SODONO, P.C.<br>427 Riverview Plaza<br>Trenton, NJ  08611<br>609.695.6070<br>CHAPTER 7 TRUSTEE | **Order Filed on October 16, 2017<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| RONALD J. RASLOWSKY,<br><br>                    Debtor. | Case No.    16-13754<br><br>Hearing Date:  October 12, 2017<br>at 2:30 p.m.<br><br>Judge: Kathryn C. Ferguson |

**ORDER ALLOWING FIRST INTERIM ALLOWANCE OF FEES &
EXPENSES TO TRENK DIPASQUALE DELLA FERA & SODONO PC
COUNSEL TO ANDREA DOBIN, CHAPTER 7 TRUSTEE**

The relief set forth on the following page number two (2) is hereby **ORDERED**.

**DATED: October 16, 2017**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

**(Page 2)**
Debtor: Ronald Raslowsky
Case No: 16-13754(KCF)
Caption of Order: Order Allowing Fees & Expenses of Counsel to the Trustee

**THIS MATTER** having been opened to the Court upon the Application of Trenk, DiPasquale, Della Fera & Sodono, PC counsel to the Trustee (the "Applicant"), in the above-captioned proceeding, for the entry of an Order allowing first interim allowance of fees and expenses to Applicant, and the Court having read and considered the Applicant's Application and the supporting Affidavit, and notice of said Application having been given to the Office of the United States Trustee, Debtor and Debtor's counsel, and all others requesting electronic notice, and for other and good cause shown:

**IT IS ORDERED:**

1.　Trenk, DiPasquale, Della Fera & Sodono, PC, counsel to the Trustee, is hereby granted first interim allowance on account of legal services rendered to the Trustee in the sum of $56,614.50 together with the sum of $2,243.50 for out-of-pocket disbursements, for a total allowance of $58,858.00 without prejudice to said counsel's right to seek additional allowances.

2.　A copy of this Order shall be served upon all interested parties and counsel within 7 days of the date hereof.

4821-3024-7959, v. 6

United States Bankruptcy Court
District of New Jersey

In re:  
Ronald J. Raslowsky  
    Debtor

Case No. 16-13754-KCF  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Oct 16, 2017  
                        Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 18, 2017.  
db         Ronald J. Raslowsky,    195 Lehigh Ave,    Lakewood, NJ   08701-4555

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                                                                         TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                                                TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 18, 2017                                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 16, 2017 at the address(es) listed below:

       Andrea Dobin    on behalf of Trustee Andrea Dobin adobin@trenklawfirm.com  
       Andrea Dobin    ecftrusteead@trenklawfirm.com, NJ55@ecfcbis.com  
       Benjamin Teich    on behalf of U.S. Trustee United States Trustee Benjamin.Teich@usdoj.gov  
       Brian E Caine    on behalf of Creditor M&T Bank bcaine@parkermccay.com, BKcourtnotices@parkermccay.com  
       Denise E. Carlon    on behalf of Creditor M&T Bank dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
       Denise E. Carlon    on behalf of Defendant M&T Bank dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
       Lawrence D. Mandel    on behalf of Creditor Dolores D'Onorio Demeo, LLC lmandel@gmplaw.net, jvansaders@gmplaw.net  
       Lawrence D. Mandel    on behalf of Creditor Emilio D'Onorio Demeo, LLC lmandel@gmplaw.net, jvansaders@gmplaw.net  
       Lawrence D. Mandel    on behalf of Creditor Giuseppina D'Onorio Demeo, LLC lmandel@gmplaw.net, jvansaders@gmplaw.net  
       Lawrence D. Mandel    on behalf of Creditor Michele D'Onorio Demeo, LLC lmandel@gmplaw.net, jvansaders@gmplaw.net  
       Michele M. Dudas    on behalf of Trustee Andrea Dobin mdudas@trenklawfirm.com  
       Michele M. Dudas    on behalf of Plaintiff Andrea Dobin mdudas@trenklawfirm.com  
       Scott M. Zauber    on behalf of Mediator Scott Zauber szauber@subranni.com, ecf@subranni.com;ecorma@subranni.com;cwild@subranni.com;jwiesner@subranni.com;mmorrow@subranni.com;hinnaurato@subranni.com  
       Timothy P. Neumann    on behalf of Debtor Ronald J. Raslowsky timothy.neumann25@gmail.com, btassillo@aol.com;geoff.neumann@bnfsbankruptcy.com  
       Timothy P. Neumann    on behalf of Plaintiff Ronald J. Raslowsky timothy.neumann25@gmail.com, btassillo@aol.com;geoff.neumann@bnfsbankruptcy.com  
       United States Trustee    USTPRegion03.NE.ECF@usdoj.gov  
       William M.E. Powers, III    on behalf of Creditor Wells Fargo Bank, N.A. ecf@powerskirn.com  
       William M.E. Powers, III    on behalf of Defendant Wells Fargo Home Mortgage ecf@powerskirn.com  
                                                                                                                                                                                                               TOTAL: 18