UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:  :  Case no.: 16-13754
Ronald J. Raslowsky  :  Chapter: 7
 :  Judge: Ferguson
Debtor(s)  :

# CERTIFICATION OF NO OBJECTION

I ___Gary A. Nau___, Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed:

- ☐ Abandonment
- ☐ Public Sale
- ☐ Private Sale
- ☐ Settlement of Controversy
- ☒ Auctioneer Compensation

Description of Property (if applicable):
Quaker City Auctioneers, Inc.  $3,179.07

JEANNE A. NAUGHTON, Clerk

Date: 11/1/2017            By: Gary A. Nau

*rev.2/10/17*