UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

PARKER McCAY P.A.
BRIAN E. CAINE
9000 Midlantic Drive; Suite 300
Mt. Laurel, New Jersey 08054
(856) 596-8900
Attorney for M&T Bank, its successors and/or assigns

Order Filed on November 13, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

RONALD J. RASLOWSKY

Case No. 16-13754
Chapter 7
Hearing: October 31, 2017

Judge: FERGUSON

## CONDITIONAL ORDER VACATING STAY AS TO REAL PROPERTY

The relief set forth on the following pages, numbered two (2) through two (2) are hereby **ORDERED**.

**DATED: November 13, 2017**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

**(Page 2)**
Debtors: Ronald J. Raslowsky
Case No: 16-13754-KCF
Caption of Order: CONDITIONAL ORDER VACATING STAY AS TO REAL PROPERTY

---

Upon the motion of M&T Bank, its successors and/or assigns, ("Movant"), under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain real property as herein set forth, and

Pursuant to this Court's ruling at the October 31, 2017 hearing on said motion, and

Upon the response filed by the Chapter 7 Trustee, it is hereby:

**ORDERED** that the Chapter 7 Trustee shall have until December 31, 2017 to obtain a sale of 2226 Ponybrook Way, Dover Township, New Jersey 08753. If the Chapter 7 Trustee does not have a signed contract for sale by December 31, 2017, then the automatic stay as to 2226 Ponybrook Way, Dover Township, New Jersey 08753 shall terminate, effective January 1, 2018.