UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

PARKER McCAY P.A.
BRIAN E. CAINE
9000 Midlantic Drive; Suite 300
Mt. Laurel, New Jersey 08054
(856) 596-8900
Attorney for M&T Bank, its successors and/or assigns

Order Filed on November 13, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

RONALD J. RASLOWSKY

Case No. 16-13754
Chapter 7
Hearing: October 31, 2017

Judge: FERGUSON

# CONDITIONAL ORDER VACATING STAY AS TO REAL PROPERTY

The relief set forth on the following pages, numbered two (2) through two (2) are hereby **ORDERED**.

**DATED: November 13, 2017**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

**(Page 2)**
Debtors: Ronald J. Raslowsky
Case No: 16-13754-KCF
Caption of Order: CONDITIONAL ORDER VACATING STAY AS TO REAL PROPERTY

---

Upon the motion of M&T Bank, its successors and/or assigns, ("Movant"), under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain real property as herein set forth, and

Pursuant to this Court's ruling at the October 31, 2017 hearing on said motion, and

Upon the response filed by the Chapter 7 Trustee, it is hereby:

**ORDERED** that the Chapter 7 Trustee shall have until December 31, 2017 to obtain a sale of 2226 Ponybrook Way, Dover Township, New Jersey 08753. If the Chapter 7 Trustee does not have a signed contract for sale by December 31, 2017, then the automatic stay as to 2226 Ponybrook Way, Dover Township, New Jersey 08753 shall terminate, effective January 1, 2018.

United States Bankruptcy Court
District of New Jersey

In re:  
Ronald J. Raslowsky  
    Debtor

Case No. 16-13754-KCF  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Nov 14, 2017  
                     Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 16, 2017.  
db       Ronald J. Raslowsky,    195 Lehigh Ave,    Lakewood, NJ   08701-4555

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                  TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                   TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 16, 2017                                Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 14, 2017 at the address(es) listed below:

         Andrea  Dobin    on behalf of Trustee Andrea  Dobin adobin@trenklawfirm.com  
         Andrea  Dobin    ecftrusteead@trenklawfirm.com,   NJ55@ecfcbis.com  
         Benjamin  Teich    on behalf of U.S. Trustee    United States Trustee Benjamin.Teich@usdoj.gov  
         Brian E Caine    on behalf of Creditor    M&T Bank bcaine@parkermccay.com,  
          BKcourtnotices@parkermccay.com  
         Denise E. Carlon    on behalf of Creditor    M&T Bank dcarlon@kmllawgroup.com,  
          bkgroup@kmllawgroup.com  
         Denise E. Carlon    on behalf of Defendant    M&T Bank dcarlon@kmllawgroup.com,  
          bkgroup@kmllawgroup.com  
         Lawrence D. Mandel    on behalf of Creditor    Dolores D'Onorio Demeo, LLC lmandel@gmplaw.net,  
          jvansaders@gmplaw.net  
         Lawrence D. Mandel    on behalf of Creditor    Emilio D'Onorio Demeo, LLC lmandel@gmplaw.net,  
          jvansaders@gmplaw.net  
         Lawrence D. Mandel    on behalf of Creditor    Giuseppina D'Onorio Demeo, LLC lmandel@gmplaw.net,  
          jvansaders@gmplaw.net  
         Lawrence D. Mandel    on behalf of Creditor    Michele D'Onorio Demeo, LLC lmandel@gmplaw.net,  
          jvansaders@gmplaw.net  
         Michele M. Dudas    on behalf of Trustee Andrea  Dobin mdudas@trenklawfirm.com  
         Michele M. Dudas    on behalf of Plaintiff Andrea  Dobin mdudas@trenklawfirm.com  
         Scott M. Zauber    on behalf of Mediator Scott  Zauber szauber@subranni.com,  
          ecf@subranni.com;ecorma@subranni.com;cwild@subranni.com;jwiesner@subranni.com;mmorrow@subranni.com;hinnaurato@subranni.com  
         Timothy P. Neumann    on behalf of Debtor Ronald J. Raslowsky timothy.neumann25@gmail.com,  
          btassillo@aol.com;geoff.neumann@bnfsbankruptcy.com  
         Timothy P. Neumann    on behalf of Plaintiff Ronald J. Raslowsky timothy.neumann25@gmail.com,  
          btassillo@aol.com;geoff.neumann@bnfsbankruptcy.com  
         United States Trustee    USTPRegion03.NE.ECF@usdoj.gov  
         William M.E. Powers, III    on behalf of Creditor    Wells Fargo Bank, N.A. ecf@powerskirn.com  
         William M.E. Powers, III    on behalf of Defendant    Wells Fargo Home Mortgage ecf@powerskirn.com  
                                                                                   TOTAL: 18