Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  16–13754–KCF
Chapter:  7
Judge:  Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Ronald J. Raslowsky
   195 Lehigh Ave
   Lakewood, NJ 08701–4555

Social Security No.:
   xxx–xx–0250

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

        Please be advised that on November 29, 2017, the court entered the following judgment or order on the court's docket in the above–captioned case:

Document Number: 153 – 152
Order Granting Application to Employ Furr Cohen, P.A. as Special Counsel to Trustee (Related Doc # 152). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 11/29/2017. (slf)

        Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: November 29, 2017
JAN: slf

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 16-13754-KCF
Ronald J. Raslowsky                                                       Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin             Page 1 of 1          Date Rcvd: Nov 29, 2017
                              Form ID: orderntc        Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 01, 2017.
sp              +Charles I Cohen,    FurrCohen, P.A.,    2255 Glades Road,    Suite 337W,
                 Boca Raton, FL 33431-7379

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 01, 2017                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 29, 2017 at the address(es) listed below:
          Andrea  Dobin    on behalf of Trustee Andrea  Dobin adobin@trenklawfirm.com
          Andrea  Dobin    ecftrusteead@trenklawfirm.com,  NJ55@ecfcbis.com
          Benjamin  Teich    on behalf of U.S. Trustee  United States Trustee Benjamin.Teich@usdoj.gov
          Brian E Caine    on behalf of Creditor   M&T Bank bcaine@parkermccay.com,
           BKcourtnotices@parkermccay.com
          Denise E. Carlon    on behalf of Creditor   M&T Bank dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Denise E. Carlon    on behalf of Defendant    M&T Bank dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Lawrence D. Mandel    on behalf of Creditor    Dolores D'Onorio Demeo, LLC lmandel@gmplaw.net,
           jvansaders@gmplaw.net
          Lawrence D. Mandel    on behalf of Creditor    Emilio D'Onorio Demeo, LLC lmandel@gmplaw.net,
           jvansaders@gmplaw.net
          Lawrence D. Mandel    on behalf of Creditor    Giuseppina D'Onorio Demeo, LLC lmandel@gmplaw.net,
           jvansaders@gmplaw.net
          Lawrence D. Mandel    on behalf of Creditor    Michele D'Onorio Demeo, LLC lmandel@gmplaw.net,
           jvansaders@gmplaw.net
          Michele M. Dudas    on behalf of Trustee Andrea  Dobin mdudas@trenklawfirm.com
          Michele M. Dudas    on behalf of Plaintiff Andrea  Dobin mdudas@trenklawfirm.com
          Scott M. Zauber    on behalf of Mediator Scott  Zauber szauber@subranni.com,
           ecf@subranni.com;ecorma@subranni.com;cwild@subranni.com;jwiesner@subranni.com;mmorrow@subranni.co
           m;hinnaurato@subranni.com
          Timothy P. Neumann    on behalf of Debtor Ronald J. Raslowsky timothy.neumann25@gmail.com,
           btassillo@aol.com;geoff.neumann@bnfsbankruptcy.com
          Timothy P. Neumann    on behalf of Plaintiff Ronald J. Raslowsky timothy.neumann25@gmail.com,
           btassillo@aol.com;geoff.neumann@bnfsbankruptcy.com
          United States Trustee    USTPRegion03.NE.ECF@usdoj.gov
          William M.E. Powers, III    on behalf of Creditor   Wells Fargo Bank, N.A. ecf@powerskirn.com
          William M.E. Powers, III    on behalf of Defendant   Wells Fargo Home Mortgage ecf@powerskirn.com
                                                                                    TOTAL: 18