UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1**
TRENK DiPASQUALE DELLA FERA
& SODONO, P.C.
427 Riverview Plaza
Trenton, NJ 08611
609.695.6070
*Attorneys for Chapter 7 Trustee, Andrea Dobin*

Order Filed on November 29, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

RASLOWSKY, Ronald J.,

        Debtor.

Case No. 16-13754 (KCF)

Honorable Kathryn C. Ferguson, Chief Judge

Chapter 7

Recommended Local Form:    ☐ Followed    ☒ Modified

**ORDER AUTHORIZING RETENTION OF FURR COHEN, P.A.
AS SPECIAL COUNSEL TO TRUSTEE**

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: November 29, 2017**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

| | |
|---|---|
| In re: | Raslowsky, Ronald J. |
| Case No.: | 16-13754 (KCF) |
| Applicant: | Andrea Dobin |

☒ Trustee:   ☒ Chap. 7   ☐ Chap. 11

☐ Debtor:   ☐ Chap. 11   ☐ Chap. 13

☐ Official Committee of _____

Professional: FurrCohen, P.A.

Address: 2255 Glades Road
Suite 337W
Boca Raton, FL  33431

☐ Attorney for:

    ☐ Trustee   ☐ Debtor-in-Possession

    ☐ Official Committee of _____

☐ Accountant for:

    ☐ Trustee   ☐ Debtor-in-Possession

    ☐ Official Committee of _____

☒ Other Professional:

    ☐ Realtor   ☐ Appraiser   ☒ Special Counsel   ☐ Auctioneer

    ☐ Other (specify): _____

Upon the applicant's request for authorization to retain the professional named above,

It is hereby **ORDERED** as follows:

1. The applicant, Andrea Dobin, Chapter 7 Trustee, is authorized to retain the professional, FurrCohen, P.A., to act as special counsel for the Trustee.

2. Compensation shall be paid in such amounts as may be allowed by the Court upon proper application(s) therefor.

3. The effective date of retention is November 13, 2017.

United States Bankruptcy Court
District of New Jersey

In re:  
Ronald J. Raslowsky  
    Debtor

Case No. 16-13754-KCF  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Nov 29, 2017  
                     Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 01, 2017.  
db          Ronald J. Raslowsky,    195 Lehigh Ave,    Lakewood, NJ   08701-4555

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                            TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                             TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 01, 2017                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 29, 2017 at the address(es) listed below:

       Andrea    Dobin    on behalf of Trustee Andrea    Dobin adobin@trenklawfirm.com  
       Andrea    Dobin    ecftrusteead@trenklawfirm.com, NJ55@ecfcbis.com  
       Benjamin    Teich    on behalf of U.S. Trustee     United States Trustee Benjamin.Teich@usdoj.gov  
       Brian E Caine    on behalf of Creditor    M&T Bank bcaine@parkermccay.com,  
        BKcourtnotices@parkermccay.com  
       Denise E. Carlon    on behalf of Creditor    M&T Bank dcarlon@kmllawgroup.com,  
        bkgroup@kmllawgroup.com  
       Denise E. Carlon    on behalf of Defendant    M&T Bank dcarlon@kmllawgroup.com,  
        bkgroup@kmllawgroup.com  
       Lawrence D. Mandel    on behalf of Creditor    Dolores D'Onorio Demeo, LLC lmandel@gmplaw.net,  
        jvansaders@gmplaw.net  
       Lawrence D. Mandel    on behalf of Creditor    Emilio D'Onorio Demeo, LLC lmandel@gmplaw.net,  
        jvansaders@gmplaw.net  
       Lawrence D. Mandel    on behalf of Creditor    Giuseppina D'Onorio Demeo, LLC lmandel@gmplaw.net,  
        jvansaders@gmplaw.net  
       Lawrence D. Mandel    on behalf of Creditor    Michele D'Onorio Demeo, LLC lmandel@gmplaw.net,  
        jvansaders@gmplaw.net  
       Michele M. Dudas    on behalf of Trustee Andrea    Dobin mdudas@trenklawfirm.com  
       Michele M. Dudas    on behalf of Plaintiff Andrea    Dobin mdudas@trenklawfirm.com  
       Scott M. Zauber    on behalf of Mediator Scott    Zauber szauber@subranni.com,  
        ecf@subranni.com;ecorma@subranni.com;cwild@subranni.com;jwiesner@subranni.com;mmorrow@subranni.com;hinnaurato@subranni.com  
       Timothy P. Neumann    on behalf of Debtor Ronald J. Raslowsky timothy.neumann25@gmail.com,  
        btassillo@aol.com;geoff.neumann@bnfsbankruptcy.com  
       Timothy P. Neumann    on behalf of Plaintiff Ronald J. Raslowsky timothy.neumann25@gmail.com,  
        btassillo@aol.com;geoff.neumann@bnfsbankruptcy.com  
       United States Trustee    USTPRegion03.NE.ECF@usdoj.gov  
       William M.E. Powers, III    on behalf of Creditor    Wells Fargo Bank, N.A. ecf@powerskirn.com  
       William M.E. Powers, III    on behalf of Defendant    Wells Fargo Home Mortgage ecf@powerskirn.com  
                                                                                           TOTAL: 18