| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br>**TRENK, DiPASQUALE,**<br>**DELLA FERA & SODONO, P.C.**<br>427 Riverview Plaza<br>Trenton, NJ  08611<br>(609) 695-6070<br>Andrea Dobin, Esq.<br>Michele M. Dudas, Esq.<br>*Attorneys for Andrea Dobin,  Chapter 7 Trustee* | Order Filed on June 18, 2018<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In re:<br><br>RONALD J. RASLOWSKY,<br><br>                              Debtor. | Case No. 16-13754 (KCF)<br><br>Chapter 7<br><br>Honorable Kathryn C. Ferguson,<br><br>Chief U.S.B.J. |

## JUDGMENT FOR SUM CERTAIN

The relief set forth on the following page is hereby **ORDERED.**

**DATED: June 18, 2018**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

Debtor: Ronald J. Raslowsky
Case No: 16-13754 (KCF)
Caption of Order: Judgment for Sum Certain

---

**THIS MATTER** having been presented to the Court by Andrea Dobin, the Chapter 7 Trustee (the "Trustee") for Ronald J. Raslowsky, Chapter 7 debtor ("Debtor"), by and through her counsel, Trenk, DiPasquale, Della Fera & Sodono, P.C., upon the filing of an application for entry of a money judgment pertaining to the Debtor's failure to comply with the terms of a certain Order directing turnover of property of the estate and good and sufficient cause shown;

**IT IS ORDERED** that final judgment be an hereby is entered against **RONALD RASLOWSKY** and in favor of **ANDREA DOBIN, CHAPTER 7 TRUSTEE FOR RASLOWSKY** in the amount of Forty Thousand One Hundred Ninety-Three Dollars and Forty One Cents ($40,193.41).

4821-2279-0759, v. 1