| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br>**TRENK, DiPASQUALE,**<br>**DELLA FERA & SODONO, P.C.**<br>427 Riverview Plaza<br>Trenton, NJ  08611<br>(609) 695-6070<br>Andrea Dobin, Esq.<br>Michele M. Dudas, Esq.<br>*Attorneys for Andrea Dobin, Chapter 7 Trustee* |
|---|

Order Filed on June 18, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| In re:<br><br>RONALD J. RASLOWSKY,<br><br>                    Debtor. | Case No. 16-13754 (KCF)<br><br>Chapter 7<br><br>Honorable Kathryn C. Ferguson,<br><br>Chief U.S.B.J. |
|---|---|

## JUDGMENT FOR SUM CERTAIN

The relief set forth on the following page is hereby **ORDERED.**

**DATED: June 18, 2018**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

(Page 2)

Debtor:           Ronald J. Raslowsky
Case No:          16-13754 (KCF)
Caption of Order: Judgment for Sum Certain

---

**THIS MATTER** having been presented to the Court by Andrea Dobin, the Chapter 7 Trustee (the "Trustee") for Ronald J. Raslowsky, Chapter 7 debtor ("Debtor"), by and through her counsel, Trenk, DiPasquale, Della Fera & Sodono, P.C., upon the filing of an application for entry of a money judgment pertaining to the Debtor's failure to comply with the terms of a certain Order directing turnover of property of the estate and good and sufficient cause shown;

**IT IS ORDERED** that final judgment be an hereby is entered against **RONALD RASLOWSKY** and in favor of **ANDREA DOBIN, CHAPTER 7 TRUSTEE FOR RASLOWSKY** in the amount of Forty Thousand One Hundred Ninety-Three Dollars and Forty One Cents ($40,193.41).

4821-2279-0759, v. 1

United States Bankruptcy Court
District of New Jersey

In re:  
Ronald J. Raslowsky  
    Debtor

Case No. 16-13754-KCF  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 1    Date Rcvd: Jun 19, 2018  
                     Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 21, 2018.  
db          Ronald J. Raslowsky,    195 Lehigh Ave,    Lakewood, NJ   08701-4555

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                            TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                            TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 21, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 19, 2018 at the address(es) listed below:

         Andrea  Dobin    on behalf of Trustee Andrea  Dobin adobin@trenklawfirm.com  
         Andrea  Dobin    ecftrusteead@trenklawfirm.com,  NJ55@ecfcbis.com  
         Benjamin  Teich    on behalf of U.S. Trustee    United States Trustee Benjamin.Teich@usdoj.gov  
         Brian E Caine    on behalf of Creditor    M&T Bank bcaine@parkermccay.com, BKcourtnotices@parkermccay.com  
         Denise E. Carlon    on behalf of Creditor    M&T Bank dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Denise E. Carlon    on behalf of Defendant    M&T Bank dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Lawrence D. Mandel    on behalf of Creditor    Dolores D'Onorio Demeo, LLC lmandel@gmplaw.net, jvansaders@gmplaw.net  
         Lawrence D. Mandel    on behalf of Creditor    Emilio D'Onorio Demeo, LLC lmandel@gmplaw.net, jvansaders@gmplaw.net  
         Lawrence D. Mandel    on behalf of Creditor    Giuseppina D'Onorio Demeo, LLC lmandel@gmplaw.net, jvansaders@gmplaw.net  
         Lawrence D. Mandel    on behalf of Creditor    Michele D'Onorio Demeo, LLC lmandel@gmplaw.net, jvansaders@gmplaw.net  
         Michele M. Dudas    on behalf of Trustee Andrea  Dobin mdudas@trenklawfirm.com  
         Michele M. Dudas    on behalf of Plaintiff Andrea  Dobin mdudas@trenklawfirm.com  
         Scott M. Zauber    on behalf of Mediator Scott  Zauber szauber@subranni.com, ecf@subranni.com;ecorma@subranni.com;cwild@subranni.com;jwiesner@subranni.com;dhoff@subranni.com  
         Timothy P. Neumann    on behalf of Debtor Ronald J. Raslowsky timothy.neumann25@gmail.com, btassillo@aol.com;geoff.neumann@bnfsbankruptcy.com;tneumann.bnfs@gmail.com  
         Timothy P. Neumann    on behalf of Plaintiff Ronald J. Raslowsky timothy.neumann25@gmail.com, btassillo@aol.com;geoff.neumann@bnfsbankruptcy.com;tneumann.bnfs@gmail.com  
         United States Trustee    USTPRegion03.NE.ECF@usdoj.gov  
         William M.E. Powers, III    on behalf of Creditor    Wells Fargo Bank, N.A. ecf@powerskirn.com  
         William M.E. Powers, III    on behalf of Defendant    Wells Fargo Home Mortgage ecf@powerskirn.com  
                                   TOTAL: 18