Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.: 16−13754−KCF
Chapter: 7
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Ronald J. Raslowsky
   195 Lehigh Ave
   Lakewood, NJ 08701−4555

Social Security No.:
   xxx−xx−0250

Employer's Tax I.D. No.:

---

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

     Please be advised that on July 2, 2018, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 160 − 157
Money Judgment in favor of Andrea Dobin, Chapter 7 Trustee and against Ronald Raslowsky in the amount of $ 40,193.41 (related document:157 Application (Generic) filed by Trustee Andrea Dobin) . Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 6/18/2018. RE−DOCKETED FOR NOTICING PURPOSES (ckk)

     Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: July 2, 2018
JAN: ckk

                                                                                          Jeanne Naughton
                                                                                          Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 16-13754-KCF
Ronald J. Raslowsky                                                     Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2           Date Rcvd: Jul 02, 2018
                              Form ID: orderntc        Total Noticed: 13

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 04, 2018.
db              Ronald J. Raslowsky,    195 Lehigh Ave,    Lakewood, NJ 08701-4555
aty            +Broege, Neumann, Fischer & Shaver, LLC,    25 Abe Voorhees Drive,    Manasquan, NJ 08736-3560
sp             +Charles I Cohen,    FurrCohen, P.A.,    2255 Glades Road,    Suite 337W,
                 Boca Raton, FL 33431-7379
r              +Deb Smith,    Keller Williams Realty East Monmouth,    750 Broad Street,
                 Shrewsbury, NJ 07702-4230
cr              Dolores D'Onorio Demeo, LLC,    7 Shady Lane,    Toms River, NJ 08753
cr              Emilio D'Onorio Demeo, LLC,    Shady Lane,    Toms River, NJ 08753,    UNITED STATES
cr              Giuseppina D'Onorio Demeo, LLC,    7 Shady Lane,    Toms River, NJ 08753
r              +Keller Williams Realty East Monmouth,    750 Broad Street,    Shrewsbury, NJ 07702-4230
cr             +Maria Geletei,    66 Pinetree Drive,    Parlin, NJ 08859-1152
cr              Michele D'Onorio Demeo, LLC,    7 Shady Lane,    Toms River, NJ 08753,    UNITED STATES
auc           #+Quaker City Auctioneers, Inc.,    2860 Memphis Street,    Philadelphia, PA 19134-4226
md             +Scott Zauber,    750 Route 73 South,    Suite 307B,    Marlton, NJ 08053-4191
acc            +Sharer Petree Brotz & Snyder,    1103 Laurel Oak Road,    Suite 105B,    Voorhees, NJ 08043-4376

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 04, 2018                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 2, 2018 at the address(es) listed below:
              Andrea   Dobin    ecftrusteead@trenklawfirm.com, NJ55@ecfcbis.com
              Andrea   Dobin    on behalf of Trustee Andrea   Dobin adobin@trenklawfirm.com
              Benjamin   Teich    on behalf of U.S. Trustee    United States Trustee Benjamin.Teich@usdoj.gov
              Brian E Caine    on behalf of Creditor    M&T Bank bcaine@parkermccay.com,
               BKcourtnotices@parkermccay.com
              Denise E. Carlon    on behalf of Defendant    M&T Bank dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    M&T Bank dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Lawrence D. Mandel    on behalf of Creditor    Giuseppina D'Onorio Demeo, LLC lmandel@gmplaw.net,
               jvansaders@gmplaw.net
              Lawrence D. Mandel    on behalf of Creditor    Michele D'Onorio Demeo, LLC lmandel@gmplaw.net,
               jvansaders@gmplaw.net
              Lawrence D. Mandel    on behalf of Creditor    Dolores D'Onorio Demeo, LLC lmandel@gmplaw.net,
               jvansaders@gmplaw.net
              Lawrence D. Mandel    on behalf of Creditor    Emilio D'Onorio Demeo, LLC lmandel@gmplaw.net,
               jvansaders@gmplaw.net
              Michele M. Dudas    on behalf of Plaintiff Andrea   Dobin mdudas@trenklawfirm.com
              Michele M. Dudas    on behalf of Trustee Andrea   Dobin mdudas@trenklawfirm.com
              Scott M. Zauber    on behalf of Mediator Scott   Zauber szauber@subranni.com,
               ecf@subranni.com;ecorma@subranni.com;cwild@subranni.com;jwiesner@subranni.com;dhoff@subranni.com
              Timothy P. Neumann    on behalf of Debtor Ronald J. Raslowsky timothy.neumann25@gmail.com,
               btassillo@aol.com;geoff.neumann@bnfsbankruptcy.com;tneumann.bnfs@gmail.com

```
District/off: 0312-3          User: admin                 Page 2 of 2                  Date Rcvd: Jul 02, 2018
                              Form ID: orderntc           Total Noticed: 13
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
        Timothy P. Neumann    on behalf of Plaintiff Ronald J. Raslowsky timothy.neumann25@gmail.com,
         btassillo@aol.com;geoff.neumann@bnfsbankruptcy.com;tneumann.bnfs@gmail.com
        United States Trustee    USTPRegion03.NE.ECF@usdoj.gov
        William M.E. Powers, III    on behalf of Creditor    Wells Fargo Bank, N.A. ecf@powerskirn.com
        William M.E. Powers, III    on behalf of Defendant    Wells Fargo Home Mortgage ecf@powerskirn.com
                                                                                                                                                                                                                        TOTAL: 18