*Bankruptcy*

**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF  Andrea Dobin, Chapter 7 Trustee | COURT CASE NUMBER  16-13754 (KCF) |
|---|---|
| DEFENDANT  Ronald J. Raslowsky | TYPE OF PROCESS  Writ of Execution |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Ronald J. Raslowsky's TD Bank accounts, including but not limited to acct no.

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
TD Bank, N.A., 1601 Madison Ave, Lakewood, NJ 08701

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Michele M. Dudas, Esq.
Trenk DiPasquale, et al.
347 Mt. Pleasant Avenue, Suite 300
West Orange, NJ 07052

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Signature of Attorney other Originator requesting service on behalf of:  [X] PLAINTIFF  [ ] DEFENDANT
TELEPHONE NUMBER  973-243-8600   DATE  7/16/18

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)
Total Process | District of Origin No. B50 | District to Serve No. B50 | Signature of Authorized USMS Deputy or Clerk | Date 07/20/18

I hereby certify and return that I [X] have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks"...

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above

Name and title of individual served (if not shown above)  Freiwald

[ ] A person of suitable age and discretion then residing in defendant's usual place of abode

Date 5-26-17 | Time 11:30 [X] am [ ] pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| 65.00 | 38.52 | — | 103.52 | 300.00 | 196.48 |

REMARKS:

DISTRIBUTE TO: 1. CLERK OF THE COURT  2. USMS RECORD  3. NOTICE OF SERVICE  4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.  5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 11/13