| UNITED STATES BANKRUPTCY COURT |
| --- |
| DISTRICT OF NEW JERSEY |
| **Caption in Compliance with D.N.J. LBR 9004-1** |
| **McMANIMON, SCOTLAND & BAUMANN, LLC** |
| 427 Riverview Plaza |
| Trenton, NJ 08611 |
| 609.695.6070 |
| *Proposed Attorneys for Andrea Dobin, Chapter 7 Trustee* |

Order Filed on October 15, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

RONALD J. RASLOWSKY,

        Debtor.

Case No.: 16-13754 (KCF)

Judge: Kathryn C. Ferguson, Chief

Chapter: 7

Recommended Local Form:  ☐ Followed   ☒ Modified

**ORDER AUTHORIZING RETENTION OF McMANIMON, SCOTLAND & BAUMANN, LLC, AS SUBSTITUTE ATTORNEY TO TRUSTEE**

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: October 15, 2018**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

In re:           Ronald J. Raslowsky

Case No.:    16-13754 (KCF)

Applicant:   Andrea Dobin

   ☒ Trustee: ☒ Chap. 7  ☐ Chap. 11  ☐ Chap. 12

   ☐ Debtor: ☐ Chap. 7  ☐ Chap. 11  ☐ Chap. 13

   ☐ Official Committee of _____

Professional: McManimon, Scotland & Baumann, LLC

Address:     427 Riverview Plaza
             Trenton, NJ 08611

   ☐ Attorney for:

     ☐ Trustee  ☐ Debtor-in-Possession

     ☐ Official Committee of _____

   ☐ Accountant for:

     ☐ Trustee  ☐ Debtor-in-Possession

     ☐ Official Committee of _____

   ☒ Other Professional:

     ☐ Realtor  ☐ Appraiser  ☐ Special Counsel  ☐ Auctioneer

     ☒ Other (specify): <u>Substitute Counsel to the Trustee</u>

Upon the applicant's request for authorization to retain the professional named above, it is hereby **ORDERED** as follows:

1. The applicant, Andrea Dobin, Chapter 7 Trustee, is authorized to retain the professional, McManimon, Scotland & Baumann, LLC, to act as attorney for the Trustee.

2. The Trustee's retention of Trenk, DiPasquale, Della Fera & Sodono, P.C. is terminated as of September 30, 2018.

3. Compensation shall be paid in such amounts as may be allowed by the Court upon proper application(s) therefor.

4. The effective date of retention is October 1, 2018.

4850-2530-3413, v. 1