UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

**Order Filed on April 3, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Ronald J. Raslowsky

Case No.: 16-13754

Hearing Date: _____

Judge: Kathryn C. Ferguson

Chapter: 7

Recommended Local Form:    ☒ Followed    ☐ Modified

# ORDER DENYING MOTION OR APPLICATION FOR THE ENTRY OF AN ORDER SHORTEN TIME

The relief set forth on the following page is hereby **ORDERED**.

**DATED: April 3, 2019**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

A motion or application having been filed on _____April 2_____, 20 _19_ by _Robert C, Nisenson_____ for entry of an order as set forth above, all interested parties having been duly served, the Court having considered all of the papers submitted, along with any arguments of counsel, and for good cause shown; it is

ORDERED that the aforesaid motion or application is denied.

.

The successful party shall serve this order on the debtor, any trustee and all parties who entered an appearance on this matter.

*Rev. 7/1/04; jml*