**ROBERT C.  NISENSON, L.L.C.**
10 Auer Court
East Brunswick, NJ 08816
 (732) 238-8777
Attorneys for Defendant
Robert C. Nisenson, Esq.
RCN 6680

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In the Matter of | : | Case:  16-13754 |
| | : | Chapter 7 |
| Ronald J. Raslowsky | : | |
| | : | |
| | : | |
| Debtors | : | |
| | : | |

## WITHDRAWAL OF MOTION TO SELL DEBTOR'S PROPERTY ON SHORTEN TIME

The Debtor hereby withdraws the Motion to Sell Debtor's Property on Shorten Time.


/s/ Robert C. Nisenson
ROBERT C. NISENSON

Dated: April 22, 2019