**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

Order Filed on April 24, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

_____

In the Matter of

Ronald J. Raslowsky                          Case No.  19-17924

                    Debtor(s)
_____

ORDER TO SHOW CAUSE

The relief set forth on the following page is hereby ORDERED.

**DATED: April 24, 2019**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

This matter being opened to the court sua sponte and it appearing that the within debtor has filed the following bankruptcy cases:

                  Presently pending;
16-13754 Chapter 7 filed 3/1/2016

     It is

     ORDERED that the debtor show cause before this court on

May 22, 2018                             at   2:00 p.m.

or as soon thereafter as counsel may be heard in Courtroom #2, Third Floor of the Clarkson S. Fisher United States Courthouse, 402 East State Street, Trenton, NJ 08608 why an order should not be entered Dismissing the latest case.

1. The debtor shall be prohibited from filing any petition in the Bankruptcy Court for the District of New Jersey or any other district of appropriate jurisdiction without first applying to this court and demonstrating the reason for said filing;

2. Said restriction shall remain in effect for a period of six years from the date of the entry of this order;

3. That a violation of such order may result in the imposition of sanctions;

4. That no petition filed in violation of this order shall operate to invoke the provisions of 11 U.S.C. § 362, the automatic stay, regarding any property which is property of the debtor.

```
                          United States Bankruptcy Court
                                District of New Jersey
In re:                                                              Case No. 16-13754-KCF
   Ronald J. Raslowsky                                              Chapter 7
              Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-3          User: admin              Page 1 of 1           Date Rcvd: Apr 24, 2019
                              Form ID: pdf903          Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 26, 2019.
db          Ronald J. Raslowsky,    195 Lehigh Ave,    Lakewood, NJ  08701-4555

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 26, 2019                                     Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 24, 2019 at the address(es) listed below:
```
              Andrea   Dobin    on behalf of Trustee Andrea  Dobin adobin@msbnj.com
              Andrea   Dobin    ecftrusteead@msbnj.com, NJ55@ecfcbis.com
              Benjamin   Teich    on behalf of U.S. Trustee    United States Trustee Benjamin.Teich@usdoj.gov
              Brian E Caine    on behalf of Creditor    M&T Bank bcaine@parkermccay.com,
               BKcourtnotices@parkermccay.com
              Denise E. Carlon    on behalf of Creditor    M&T Bank dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Defendant    M&T Bank dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Lawrence D. Mandel    on behalf of Creditor    Dolores D'Onorio Demeo, LLC lmandel@gmplaw.net,
               jvansaders@gmplaw.net
              Lawrence D. Mandel    on behalf of Creditor    Emilio D'Onorio Demeo, LLC lmandel@gmplaw.net,
               jvansaders@gmplaw.net
              Lawrence D. Mandel    on behalf of Creditor    Giuseppina D'Onorio Demeo, LLC lmandel@gmplaw.net,
               jvansaders@gmplaw.net
              Lawrence D. Mandel    on behalf of Creditor    Michele D'Onorio Demeo, LLC lmandel@gmplaw.net,
               jvansaders@gmplaw.net
              Michele M. Dudas    on behalf of Trustee Andrea  Dobin mdudas@msbnj.com
              Michele M. Dudas    on behalf of Plaintiff Andrea  Dobin mdudas@msbnj.com
              Robert C. Nisenson    on behalf of Debtor Ronald J. Raslowsky rnisenson@aol.com,
               nisensonlaw@aol.com;g2729@notify.cincompass.com;nisensonrr70983@notify.bestcase.com
              Scott M. Zauber    on behalf of Mediator Scott  Zauber jwiesner@subranni.com,
               ecf@subranni.com;ecorma@subranni.com;cwild@subranni.com;dhoff@subranni.com
              Timothy P. Neumann    on behalf of Debtor Ronald J. Raslowsky timothy.neumann25@gmail.com,
               btassillo@aol.com;geoff.neumann@bnfsbankruptcy.com;tneumann.bnfs@gmail.com
              Timothy P. Neumann    on behalf of Plaintiff Ronald J. Raslowsky timothy.neumann25@gmail.com,
               btassillo@aol.com;geoff.neumann@bnfsbankruptcy.com;tneumann.bnfs@gmail.com
              United States Trustee    USTPRegion03.NE.ECF@usdoj.gov
              William M.E. Powers    on behalf of Creditor    Wells Fargo Bank, N.A. ecf@powerskirn.com
              William M.E. Powers, III    on behalf of Creditor    Wells Fargo Bank, N.A. ecf@powerskirn.com
              William M.E. Powers, III    on behalf of Defendant    Wells Fargo Home Mortgage ecf@powerskirn.com
                                                                                             TOTAL: 20
```