|  |
|---|
| UNITED STATES BANKRUPTY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br>MCMANIMON, SCOTLAND<br>& BAUMANN, LLC<br>427 Riverview Plaza<br>Trenton, NJ  08611<br>609.695.6070<br>*ATTORNEYS FOR, ANDREA DOBIN,*<br>*CHAPTER 7 TRUSTEE* |
| RONALD J. RASLOWSKY,<br><br>                                  Debtor. |

Order Filed on June 24, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.    16-13754

Hearing Date: June 20, 2019
at 2:30 p.m.

Judge: Kathryn C. Ferguson, Chief Judge

### ORDER ALLOWING SECOND AND FINAL ALLOWANCE OF FEES & EXPENSES TO TRENK DIPASQUALE DELLA FERA & SODONO PC COUNSEL TO ANDREA DOBIN, CHAPTER 7 TRUSTEE

The relief set forth on the following page number two (2) is hereby **ORDERED**.

**DATED: June 24, 2019**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

**(Page 2)**
Debtor: Ronald J. Raslowsky
Case No: 16-13754(KCF)
Caption of Order: Order Allowing Fees & Expenses of Counsel to the Trustee

**THIS MATTER** having been opened to the Court upon the Application of Trenk, DiPasquale, Della Fera & Sodono, PC counsel to the Trustee (the "Applicant"), in the above-captioned proceeding, for the entry of an Order allowing second and final allowance of fees and expenses to Applicant, and the Court having read and considered the Applicant's Application and the supporting Affidavit, and notice of said Application having been given to the Office of the United States Trustee, Debtor and Debtor's counsel, and all others requesting electronic notice, and for other and good cause shown:

**IT IS ORDERED:**

1.    Trenk, DiPasquale, Della Fera & Sodono, PC, counsel to the Trustee, is hereby granted second and final allowance on account of legal services rendered to the Trustee in the sum of $23,149.00 together with the sum of $1,650.10 for out-of-pocket disbursements, for a total allowance of $24,799.10 without prejudice to said counsel's right to seek additional allowances.

2.    A copy of this Order shall be served upon all interested parties and counsel within 7 days of the date hereof.

4832-0356-4161, v. 1

United States Bankruptcy Court
District of New Jersey

In re:  
Ronald J. Raslowsky  
    Debtor

Case No. 16-13754-KCF  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Jun 24, 2019  
                     Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 26, 2019.
db         Ronald J. Raslowsky,    195 Lehigh Ave,    Lakewood, NJ 08701-4555

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                       TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                       TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 26, 2019                                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 24, 2019 at the address(es) listed below:

         Andrea   Dobin     on behalf of Trustee Andrea   Dobin adobin@msbnj.com  
         Andrea   Dobin     ecftrusteead@msbnj.com,    NJ55@ecfcbis.com  
         Benjamin   Teich     on behalf of U.S. Trustee    United States Trustee Benjamin.Teich@usdoj.gov  
         Brian E Caine     on behalf of Creditor    M&T Bank bcaine@parkermccay.com,  
         BKcourtnotices@parkermccay.com  
         Denise E. Carlon     on behalf of Creditor    M&T Bank dcarlon@kmllawgroup.com,  
         bkgroup@kmllawgroup.com  
         Denise E. Carlon     on behalf of Defendant    M&T Bank dcarlon@kmllawgroup.com,  
         bkgroup@kmllawgroup.com  
         Lawrence D. Mandel     on behalf of Creditor    Dolores D'Onorio Demeo, LLC lmandel@gmplaw.net,  
         jvansaders@gmplaw.net  
         Lawrence D. Mandel     on behalf of Creditor    Emilio D'Onorio Demeo, LLC lmandel@gmplaw.net,  
         jvansaders@gmplaw.net  
         Lawrence D. Mandel     on behalf of Creditor    Giuseppina D'Onorio Demeo, LLC lmandel@gmplaw.net,  
         jvansaders@gmplaw.net  
         Lawrence D. Mandel     on behalf of Creditor    Michele D'Onorio Demeo, LLC lmandel@gmplaw.net,  
         jvansaders@gmplaw.net  
         Michele M. Dudas     on behalf of Trustee Andrea   Dobin mdudas@msbnj.com  
         Michele M. Dudas     on behalf of Plaintiff Andrea   Dobin mdudas@msbnj.com  
         Robert C. Nisenson     on behalf of Debtor Ronald J. Raslowsky rnisenson@aol.com,  
         nisensonlaw@aol.com;g2729@notify.cincompass.com;nisensonrr70983@notify.bestcase.com  
         Scott M. Zauber     on behalf of Mediator Scott   Zauber jwiesner@subranni.com,  
         ecf@subranni.com;ecorma@subranni.com;cwild@subranni.com;dhoff@subranni.com  
         Timothy P. Neumann     on behalf of Debtor Ronald J. Raslowsky timothy.neumann25@gmail.com,  
         btassillo@aol.com;geoff.neumann@bnfsbankruptcy.com;alexandragrant.law@gmail.com  
         Timothy P. Neumann     on behalf of Plaintiff Ronald J. Raslowsky timothy.neumann25@gmail.com,  
         btassillo@aol.com;geoff.neumann@bnfsbankruptcy.com;alexandragrant.law@gmail.com  
         United States Trustee     USTPRegion03.NE.ECF@usdoj.gov  
         William M.E. Powers     on behalf of Creditor    Wells Fargo Bank, N.A. ecf@powerskirn.com  
         William M.E. Powers, III     on behalf of Creditor    Wells Fargo Bank, N.A. ecf@powerskirn.com  
         William M.E. Powers, III     on behalf of Defendant    Wells Fargo Home Mortgage ecf@powerskirn.com  
                                                                                                                  TOTAL: 20