**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

In re:

| | | |
|---|---|---|
| RONALD J. RASLOWSKY, | Case No. | 16-13754 (KCF) |
| Debtor, | Adv. Pro. No. | 18-1024 (KCF) |
| | Chapter | 7 |
| | Judge | Honorable Kathryn C. Ferguson |

**NOTICE OF PROPOSED COMPROMISE or SETTLEMENT OF CONTROVERSY**

Andrea Dobin, Chapter 7 Trustee, proposes a compromise, or to settle a claim and/or action as described below. If you object to the settlement or compromise, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the person named below not later than seven (7) days before the hearing date.

> **Address of the Clerk:**
> Jeanne Naughton, Clerk
> United States Bankruptcy Court
> 402 East State Street
> Trenton, New Jersey 08608

If an objection is filed, a hearing will be held before the Honorable Kathryn C. Ferguson, Chief U.S.B.J. on December 17, 2019, at 10:00 a.m., at the United States Bankruptcy Court, 402 East State Street, Courtroom No. 2, Trenton, New Jersey 08608 (hearing date must be at least 28 days from the date of this notice). If no objection is filed, the Clerk will enter a *Certification of No Objection*, and the settlement may be completed as proposed.

> **NATURE OF ACTION**:
> On May 30, 2017, the Court entered an Order requiring turnover of $40,193.41 to the Trustee ("Turnover Order") (Docket No. 113). On June 18, 2018, Trustee obtained a Judgment for Sum Certain against the Debtor as it related to the Turnover Order ("Judgment") (Docket No. 158). The Judgment was domesticated and recorded as a lien with the State of New Jersey.
>
> The Debtor alleged he was the sole beneficiary of The Lorraine T. Raslowsky Trust ("Trust"), after having acquired the interests of David J. Raslowsky and Gregory Raslowsky (collectively, the "Brothers"). Upon information and belief, the sole asset of the Trust is the real property located at 7633 Tahiti Lane, Suite 204, Lake Worth, Florida ("Florida Property"). On January 22, 2018, the Trustee filed an adversary proceeding to determine the extent and validity of the rights of the Brothers in the Trust at Adv. No. 18-1024 (KCF) ("Adversary Proceeding") with the intention of selling the Florida Property upon the entry of judgment in her favor. Upon information and belief, the Florida Property has a value of approximately $75,000.

> **PERTINENT TERMS OF SETTLEMENT**:
> The Trustee has entered into a Stipulation and Consent Order ("Stipulation") with the Debtor and Brothers, which is filed on the docket in the Chapter 7 case and in the Adversary Proceeding. The pertinent terms of the settlement are that the Trustee has agreed to settle Judgment and value of the Florida Property in exchange for payment by the Debtor and Brothers in the total amount of $100,000, which amount has been deposited in the attorney trust account of Robert Nisenson, Esq. The Debtor is required to file all federal and state tax returns for 2011 through 2015, and provide copies to the Trustee. Upon satisfaction of the contingencies, the Trustee will (a) assign her interests in the Trust to the Brothers and dismiss the Adversary Proceeding with prejudice; and (b) file a Notice of Abandonment with respect to the Debtor's Residence, and (c) file a Warrant of Satisfaction for the Judgment. The Debtor has waived his right to an exemption pursuant to 11 U.S.C. § 522 for any asset encompassed by the settlement.
>
> For a copy of the Stipulation, please request a copy from counsel to the Trustee at the contact information listed below.

Objections must be served on and requests for additional information directed to:

| | |
|---|---|
| Name: | */s/ Michele M. Dudas, Esq.*, Counsel to Andrea Dobin, Chapter 7 Trustee |
| Address: | McManimon, Scotland & Baumann, LLC |
| | 75 Livingston Avenue, Suite 201, Roseland, NJ 07068 |
| Telephone No: | (973) 622-1800/mdudas@msbnj.com |
| Dated: | November 15, 2019 |

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 16-13754-KCF
Ronald J. Raslowsky  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3  User: admin  Page 1 of 3  Date Rcvd: Nov 18, 2019
                      Form ID: pdf905  Total Noticed: 50

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 20, 2019.
```
db             Ronald J. Raslowsky,   195 Lehigh Ave,   Lakewood, NJ 08701-4555
aty           +Broege, Neumann, Fischer & Shaver, LLC,   25 Abe Voorhees Drive,   Manasquan, NJ 08736-3560
sp            +Charles I Cohen,   FurrCohen, P.A.,   2255 Glades Road,   Suite 337W,
                Boca Raton, FL 33431-7379
r             +Deb Smith,   Keller Williams Realty East Monmouth,   750 Broad Street,
                Shrewsbury, NJ 07702-4230
cr             Dolores D'Onorio Demeo, LLC,   7 Shady Lane,   Toms River, NJ 08753
cr             Emilio D'Onorio Demeo, LLC,   Shady Lane,   Toms River, NJ 08753,  UNITED STATES
cr             Giuseppina D'Onorio Demeo, LLC,   7 Shady Lane,   Toms River, NJ 08753
r             +Keller Williams Realty East Monmouth,   750 Broad Street,   Shrewsbury, NJ 07702-4230
cr             Michele D'Onorio Demeo, LLC,   7 Shady Lane,   Toms River, NJ 08753,  UNITED STATES
md            +Scott Zauber,   750 Route 73 South,   Suite 307B,   Marlton, NJ 08053-4191
acc           +Sharer Petree Brotz & Snyder,   1103 Laurel Oak Road,   Suite 105B,   Voorhees, NJ 08043-4376
516143262      AMERICAN EXPRESS BANK, FSB,   C/O BECKET AND LEE LLP,   PO BOX 3001,   MALVERN, PA 19355-0701
516168450      AMERICAN EXPRESS CENTURION BANK,   C/O BECKET AND LEE LLP,   PO BOX 3001,
                MALVERN, PA 19355-0701
516029256      Amex,   PO Box 297871,   Fort Lauderdale, FL 33329-7871
516029257      Barclays Bank Delaware,   125 S West St,   Wilmington, DE 19801-5014
516101828      Bey Lee Anesthesia,   1200 Hooper Ave,   Toms River, NJ 08753-3594
516346859      Capital One NA,   c/o Becket and Lee LLP,   PO Box 3001,   Malvern PA 19355-0701
516029258      Commonwealth Financial,   245 Main St,   Dickson City, PA 18519-1641
516101304     +Cowan Gunteski & Co, PA,   40 Bey Lea Rd,   Toms River, NJ 08753-2989
516194656     +Cowan, Gunteski & Co., PA,   c/o Scott H. Sekuler, Esq.,   208 Monmouth Road,
                Oakhurst, NJ 07755-1568
516101305      Dolores A D'Onorio Demeo, LLC,   PO Box 2513,   Wilmington, DE 19805-0513
516101306      Dolores A. Donorio Deme0 LLC,   Delaware Corporation,   222 Delaware Ave Fl 9,
                Wilmington, DE 19801-1621
516101307      Emilio D'Onorio DeMeo LLC,   Delaware Corp Agency,   222 Delaware Ave Fl 9,
                Wilmington, DE 19801-1621
516311064     +Emilio D'Onorio Demeo, LLC,   c/o Lawrence D. Mandel, Esq.,   P.O. Box 499,
                Lakewood, NJ 08701-0499
516101308      Giuseppina D'Onorio Demeo LLC,   Delaware Corporation Agency Inc,   222 Delaware Ave Fl 9,
                Wilmington, DE 19801-1621
516101836      MED1 02 Shore Outpatient Surgi,   Cente,   360 Highway 70,   Lakewood, NJ 08701-5823
516029262     +Maria Geletei,   66 Pine Treet Dr,   Parlin, NJ 08859-1152
516029261      Maria Geletei,   66 Pinetree Dr,   Parlin, NJ 08859-1152
516029263      Maria Geletei,   6 Pinetree Dr,   Parlin, NJ 08859-1122
516101309      Michelle D'Onorio Demeo LLC,   The Delaware Cor Agency Inc,   222 Delaware Ave Fl 9,
                Wilmington, DE 19801-1621
516029264      Mnet Fin Inc,   95 Argonaut,   Aliso Viejo, CA 92656-4133
516029266      Parker McCay,   9000 Midlantic Dr # 300,   Mount Laurel, NJ 08054-1539
516101310      Robert A. ebberup, Law Offices,   609 Main St,   Toms River, NJ 08753-7461
516101839      Shore Neurology,   633 Route 37 W,   Toms River, NJ 08755-8007
516101840      Tidal Emergency Physicians,   425 Jack Martin Blvd,   Brick, NJ 08724-7732
516101841      VIRADIA JAYANT K MD,   360 Highway 70,   Lakewood, NJ 08701-5823
516058195      Wells Fargo Bank, N.A., d/b/a WFDS,   P.O. Box 19657,   Irvine, CA 92623-9657
516029267      Wells Fargo Home Mortgage,   Customer Service,   PO Box 10335,   Des Moines, IA 50306-0335
516029268      Wfds/wds,   PO Box 1697,   Winterville, NC 28590-1697
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
db             E-mail/Text: ron@nscsafe.com Nov 19 2019 02:09:26     Ronald J. Raslowsky,   195 Lehigh Ave,
                Lakewood, NJ 08701-4555
smg            E-mail/Text: usanj.njbankr@usdoj.gov Nov 19 2019 02:10:40     U.S. Attorney,   970 Broad St.,
                Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 19 2019 02:10:37     United States Trustee,
                Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
516101831      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 19 2019 02:06:53
                Capital One - Bankruptcy Department,   c/o American Info Source,   PO Box 54529,
                Oklahoma City, OK 73154-1529
516029259     +E-mail/Text: camanagement@mtb.com Nov 19 2019 02:10:04     Hudson City Savings Ba,
                80 W Century Rd,   Paramus, NJ 07652-1437
516038179     +E-mail/Text: cio.bncmail@irs.gov Nov 19 2019 02:09:46     Internal Revenue Service,
                PO Box 7346,   Philadelphia, PA 19101-7346
516029260     +E-mail/Text: bncnotices@becket-lee.com Nov 19 2019 02:09:33     Kohls/capone,
                N56 W 17000 Ridgewood Dr,   Menomonee Falls, WI 53051-7096
516169793      E-mail/Text: camanagement@mtb.com Nov 19 2019 02:10:04     M&T Bank,   P.O. Box 840,
                Buffalo, NY 14240-0840
516029265      E-mail/Text: bankruptcies@orangelake.com Nov 19 2019 02:09:27     Orange Lake/Wilson Res,
                8505 W Irlo Bronson Memorial Hwy,   Kissimmee, FL 34747-8217
516083526      E-mail/Text: bnc-quantum@quantum3group.com Nov 19 2019 02:10:28
                Quantum3 Group LLC as agent for,   CP Medical LLC,   PO Box 788,   Kirkland, WA 98083-0788
```

```
District/off: 0312-3              User: admin              Page 2 of 3              Date Rcvd: Nov 18, 2019
                                  Form ID: pdf905          Total Noticed: 50

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
516056018        E-mail/PDF: gecsedi@recoverycorp.com Nov 19 2019 02:03:28      Synchrony Bank,
                 c/o of Recovery Management Systems Corp,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
516323606       +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 19 2019 02:10:37      United States Trustee,
                 One Newark Center,   Suite 2100,   Newark, NJ 07102-5235
                                                                                               TOTAL: 12

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516101830        Cach of NJ LLC
cr*             +Maria Geletei,    66 Pinetree Drive,   Parlin, NJ 08859-1152
516272464*       American Express Bank FSB,   c/o Becket and Lee LLP,    PO Box 3001,   Malvern  PA 19355-0701
516101829*       Bielory & Hennes PC,   3000 Yorktowne Blvd,   Brick, NJ 08723-7989
516101832*      +Cowan Gunteski & Co, PA,    40 Bey Lea Rd,   Toms River, NJ 08753-2989
516101833*       Dolores A. Donorio Deme0 LLC,    Delaware Corporation,   222 Delaware Ave Fl 9,
                 Wilmington, DE 19801-1621
516101834*       Emilio D'Onorio DeMeo LLC,   Delaware Corp Agency,    222 Delaware Ave Fl 9,
                 Wilmington, DE 19801-1621
516101835*       Giuseppina D'Onorio Demeo LLC,    Delaware Corporation Agency Inc,   222 Delaware Ave Fl 9,
                 Wilmington, DE 19801-1621
516101837*       Michelle D'Onorio Demeo LLC,   The Delaware Cor Agency Inc,    222 Delaware Ave Fl 9,
                 Wilmington, DE 19801-1621
516101843*       Mnet Fin Inc,   95 Argonaut,   Aliso Viejo, CA 92656-4133
516101838*       Robert A. ebberup, Law Offices,    609 Main St,   Toms River, NJ 08753-7461
auc            ##+Quaker City Auctioneers, Inc.,    2860 Memphis Street,   Philadelphia, PA 19134-4226
516029255      ##Acb Receivables Mngmt,   19 Main St,   Asbury Park, NJ  07712-7012
516101303      ##Bielory & Hennes PC,   3000 Yorktowne Blvd,   Brick, NJ  08723-7989
516101842      ##Gertner Mandel & Peslak LLC,    PO Box 499,   Lakewood, NJ 08701-0499
                                                                              TOTALS: 1, * 10, ## 4
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 20, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 15, 2019 at the address(es) listed below:
              Andrea  Dobin    ecftrusteead@msbnj.com, NJ55@ecfcbis.com
              Andrea  Dobin    on behalf of Trustee Andrea  Dobin adobin@msbnj.com
              Benjamin  Teich    on behalf of U.S. Trustee    United States Trustee Benjamin.Teich@usdoj.gov
              Brian E Caine    on behalf of Creditor    M&T Bank bcaine@parkermccay.com,
               BKcourtnotices@parkermccay.com
              Denise E. Carlon    on behalf of Defendant    M&T Bank dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    M&T Bank dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Lawrence D. Mandel    on behalf of Creditor    Giuseppina D'Onorio Demeo, LLC lmandel@gmplaw.net,
               jvansaders@gmplaw.net
              Lawrence D. Mandel    on behalf of Creditor    Michele D'Onorio Demeo, LLC lmandel@gmplaw.net,
               jvansaders@gmplaw.net
              Lawrence D. Mandel    on behalf of Creditor    Dolores D'Onorio Demeo, LLC lmandel@gmplaw.net,
               jvansaders@gmplaw.net
              Lawrence D. Mandel    on behalf of Creditor    Emilio D'Onorio Demeo, LLC lmandel@gmplaw.net,
               jvansaders@gmplaw.net
              Michele M. Dudas    on behalf of Plaintiff Andrea  Dobin mdudas@msbnj.com
              Michele M. Dudas    on behalf of Trustee Andrea  Dobin mdudas@msbnj.com
              Robert C. Nisenson    on behalf of Debtor Ronald J. Raslowsky rnisenson@aol.com,
               nisensonlaw@aol.com;g2729@notify.cincompass.com;nisensonrr70983@notify.bestcase.com
```

```
District/off: 0312-3          User: admin              Page 3 of 3              Date Rcvd: Nov 18, 2019
                              Form ID: pdf905          Total Noticed: 50
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Robert C. Nisenson   on behalf of Defendant David J. Raslowsky rnisenson@aol.com,
         nisensonlaw@aol.com;g2729@notify.cincompass.com;nisensonrr70983@notify.bestcase.com
        Scott M. Zauber   on behalf of Mediator Scott  Zauber jwiesner@subranni.com,
         ecf@subranni.com;cwild@subranni.com;dhoff@subranni.com
        Timothy P. Neumann   on behalf of Debtor Ronald J. Raslowsky timothy.neumann25@gmail.com,
         btassillo@aol.com;geoff.neumann@bnfsbankruptcy.com
        Timothy P. Neumann   on behalf of Plaintiff Ronald J. Raslowsky timothy.neumann25@gmail.com,
         btassillo@aol.com;geoff.neumann@bnfsbankruptcy.com
        United States Trustee   USTPRegion03.NE.ECF@usdoj.gov
        William M.E. Powers   on behalf of Creditor   Wells Fargo Bank, N.A. ecf@powerskirn.com
        William M.E. Powers, III   on behalf of Creditor   Wells Fargo Bank, N.A. ecf@powerskirn.com
        William M.E. Powers, III   on behalf of Defendant   Wells Fargo Home Mortgage ecf@powerskirn.com

                                                                                   TOTAL: 21