UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  Ronald J. Raslowsky

Case No.:    16- 13754 (KCF)

Chapter:    7

Judge:    Kathryn C. Ferguson

---

### NOTICE OF PROPOSED ABANDONMENT

 Andrea Dobin,                          Chapter 7 Trustee      in this case proposes to abandon property of the estate described below as being of inconsequential value.  If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:

Clerk of the U.S. Bankruptcy Court
U.S. Courthouse, 1st floor
402 E. State Street
Trenton, NJ 08608

If an objection is filed, a hearing will be held before the Honorable Kathryn C. Ferguson on February 11 2020 at 10:00 a.m. at the United States Bankruptcy Court, Courtroom no  2. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the  abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:

Debtor's fifty (50%) percent interest in 2226 Ponybrook Way, Toms River, New Jersey

Valued at approximately $900,000

Liens on property:

First Mortgage:        $727,000
Second Mortgage:      $176,000
Plus accruing real estate taxes, post-petition lien(s) and closing costs

Amount of equity claimed as exempt:
    N/A

 Objections must be served on, and requests for additional information directed to:

Name:      Andrea Dobin, Trustee

Address:      McManimon, Scotland & Baumann, LLC, 427 Riverview Plaza, Trenton, NJ 08611

Telephone No.: 973-323-8667

*rev.8/1/15*