UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: Ronald J. Raslowsky          Case No.: __16- 13754 (KCF)__

                                     Chapter: __7__

                                     Judge: __Kathryn C. Ferguson__

## NOTICE OF PROPOSED ABANDONMENT

__Andrea Dobin,__          __Chapter 7 Trustee__    in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

> Address of the Clerk:
>
> > Clerk of the U.S. Bankruptcy Court
> > U.S. Courthouse, 1st floor
> > 402 E. State Street
> > Trenton, NJ 08608

If an objection is filed, a hearing will be held before the Honorable __Kathryn C. Ferguson__ on __February 11 2020__ at __10:00 a.m.__ at the United States Bankruptcy Court, Courtroom no __2__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

> Description and value of property:
>
> Debtor's fifty (50%) percent interest in 2226 Ponybrook Way, Toms River, New Jersey
>
> Valued at approximately $900,000

> Liens on property:
>
> First Mortgage:      $727,000
> Second Mortgage:   $176,000
> Plus accruing real estate taxes, post-petition lien(s) and closing costs

> Amount of equity claimed as exempt:
>    N/A

Objections must be served on, and requests for additional information directed to:

Name:       Andrea Dobin, Trustee

Address:    McManimon, Scotland & Baumann, LLC, 427 Riverview Plaza, Trenton, NJ 08611

Telephone No.: 973-323-8667

*rev.8/1/15*

```
                          United States Bankruptcy Court
                              District of New Jersey
In re:                                                            Case No. 16-13754-KCF
     Ronald J. Raslowsky                                          Chapter 7
           Debtor                    CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin                 Page 1 of 3                   Date Rcvd: Jan 10, 2020
                              Form ID: pdf905             Total Noticed: 50


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 12, 2020.
 aty            +Broege, Neumann, Fischer & Shaver, LLC,    25 Abe Voorhees Drive,    Manasquan, NJ 08736-3560
 sp             +Charles I Cohen,    FurrCohen, P.A.,    2255 Glades Road,    Suite 337W,
                  Boca Raton, FL 33431-7379
 r              +Deb Smith,    Keller Williams Realty East Monmouth,    750 Broad Street,
                  Shrewsbury, NJ 07702-4230
 cr              Dolores D'Onorio Demeo, LLC,    7 Shady Lane,    Toms River, NJ 08753
 cr              Emilio D'Onorio Demeo, LLC,    Shady Lane,    Toms River, NJ 08753,    UNITED STATES
 cr              Giuseppina D'Onorio Demeo, LLC,    7 Shady Lane,    Toms River, NJ 08753
 r              +Keller Williams Realty East Monmouth,    750 Broad Street,    Shrewsbury, NJ 07702-4230
 cr              Michele D'Onorio Demeo, LLC,    7 Shady Lane,    Toms River, NJ 08753,    UNITED STATES
 md             +Scott Zauber,    750 Route 73 South,    Suite 307B,    Marlton, NJ 08053-4191
 acc            +Sharer Petree Brotz & Snyder,    1103 Laurel Oak Road,    Suite 105B,    Voorhees, NJ 08043-4376
516143262        AMERICAN EXPRESS BANK, FSB,    C/O BECKET AND LEE LLP,    PO BOX 3001,    MALVERN, PA 19355-0701
516168450        AMERICAN EXPRESS CENTURION BANK,    C/O BECKET AND LEE LLP,    PO BOX 3001,
                  MALVERN, PA 19355-0701
516029256        Amex,    PO Box 297871,    Fort Lauderdale, FL 33329-7871
516029257        Barclays Bank Delaware,    125 S West St,    Wilmington, DE 19801-5014
516101828        Bey Lee Anesthesia,    1200 Hooper Ave,    Toms River, NJ 08753-3594
516346859        Capital One NA,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
516029258        Commonwealth Financial,    245 Main St,    Dickson City, PA 18519-1641
516101304       +Cowan Gunteski & Co, PA,    40 Bey Lea Rd,    Toms River, NJ 08753-2989
516194656       +Cowan, Gunteski & Co., PA,    c/o Scott H. Sekuler, Esq.,    208 Monmouth Road,
                  Oakhurst, NJ 07755-1568
516101305        Dolores A D'Onorio Demeo, LLC,    PO Box 2513,    Wilmington, DE 19805-0513
516101306        Dolores A. Donorio Deme0 LLC,    Delaware Corporation,    222 Delaware Ave Fl 9,
                  Wilmington, DE 19801-1621
516101307        Emilio D'Onorio DeMeo LLC,    Delaware Corp Agency,    222 Delaware Ave Fl 9,
                  Wilmington, DE 19801-1621
516311064       +Emilio D'Onorio Demeo, LLC,    c/o Lawrence D. Mandel, Esq.,    P.O. Box 499,
                  Lakewood, NJ 08701-0499
516101308        Giuseppina D'Onorio Demeo LLC,    Delaware Corporation Agency Inc,    222 Delaware Ave Fl 9,
                  Wilmington, DE 19801-1621
516101836        MED1 02 Shore Outpatient Surgi,    Cente,    360 Highway 70,    Lakewood, NJ 08701-5823
516029262       +Maria Geletei,    66 Pine Treet Dr,    Parlin, NJ 08859-1152
516029261        Maria Geletei,    66 Pinetree Dr,    Parlin, NJ 08859-1152
516029263        Maria Geletei,    6 Pinetree Dr,    Parlin, NJ 08859-1122
516101309        Michelle D'Onorio Demeo LLC,    The Delaware Cor Agency Inc,    222 Delaware Ave Fl 9,
                  Wilmington, DE 19801-1621
516029264        Mnet Fin Inc,    95 Argonaut,    Aliso Viejo, CA 92656-4133
516029266        Parker McCay,    9000 Midlantic Dr # 300,    Mount Laurel, NJ 08054-1539
516101310        Robert A. ebberup, Law Offices,    609 Main St,    Toms River, NJ 08753-7461
516101839        Shore Neurology,    633 Route 37 W,    Toms River, NJ 08755-8007
516101840        Tidal Emergency Physicians,    425 Jack Martin Blvd,    Brick, NJ 08724-7732
516101841        VIRADIA JAYANT K MD,    360 Highway 70,    Lakewood, NJ 08701-5823
516058195        Wells Fargo Bank, N.A., d/b/a WFDS,    P.O. Box 19657,    Irvine, CA 92623-9657
516029267        Wells Fargo Home Mortgage,    Customer Service,    PO Box 10335,    Des Moines, IA 50306-0335
516029268        Wfds/wds,    PO Box 1697,    Winterville, NC 28590-1697

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
 db              E-mail/Text: ron@nscsafe.com Jan 11 2020 00:31:01     Ronald J. Raslowsky,    195 Lehigh Ave,
                  Lakewood, NJ 08701-4555
 smg             E-mail/Text: usanj.njbankr@usdoj.gov Jan 11 2020 00:31:54     U.S. Attorney,    970 Broad St.,
                  Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
 smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 11 2020 00:31:51     United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                  Newark, NJ 07102-5235
516101831        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jan 11 2020 00:35:26
                  Capital One - Bankruptcy Department,    c/o American Info Source,    PO Box 54529,
                  Oklahoma City, OK 73154-1529
516029259       +E-mail/Text: camanagement@mtb.com Jan 11 2020 00:31:37     Hudson City Savings Ba,
                  80 W Century Rd,    Paramus, NJ 07652-1437
516038179       +E-mail/Text: cio.bncmail@irs.gov Jan 11 2020 00:31:24     Internal Revenue Service,
                  PO Box 7346,    Philadelphia, PA 19101-7346
516029260       +E-mail/Text: bncnotices@becket-lee.com Jan 11 2020 00:31:08     Kohls/capone,
                  N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
516169793        E-mail/Text: camanagement@mtb.com Jan 11 2020 00:31:37     M&T Bank,    P.O. Box 840,
                  Buffalo, NY 14240-0840
516029265        E-mail/Text: bankruptcies@orangelake.com Jan 11 2020 00:31:03     Orange Lake/Wilson Res,
                  8505 W Irlo Bronson Memorial Hwy,    Kissimmee, FL 34747-8217
516083526        E-mail/Text: bnc-quantum@quantum3group.com Jan 11 2020 00:31:44
                  Quantum3 Group LLC as agent for,    CP Medical LLC,    PO Box 788,    Kirkland, WA 98083-0788
516056018        E-mail/PDF: gecsedi@recoverycorp.com Jan 11 2020 00:36:34     Synchrony Bank,
                  c/o of Recovery Management Systems Corp,    25 S.E. 2nd Avenue, Suite 1120,
                  Miami, FL 33131-1605
```

```
District/off: 0312-3          User: admin              Page 2 of 3            Date Rcvd: Jan 10, 2020
                              Form ID: pdf905          Total Noticed: 50

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
516323606       +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 11 2020 00:31:51      United States Trustee,
                 One Newark Center,   Suite 2100,   Newark, NJ 07102-5235
                                                                                              TOTAL: 12

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516101830         Cach of NJ LLC
cr*              +Maria Geletei,    66 Pinetree Drive,   Parlin, NJ 08859-1152
516272464*        American Express Bank FSB,   c/o Becket and Lee LLP,    PO Box 3001,   Malvern  PA 19355-0701
516101829*        Bielory & Hennes PC,   3000 Yorktowne Blvd,   Brick, NJ 08723-7989
516101832*       +Cowan Gunteski & Co, PA,   40 Bey Lea Rd,   Toms River, NJ 08753-2989
516101833*        Dolores A. Donorio Deme0 LLC,   Delaware Corporation,   222 Delaware Ave Fl 9,
                   Wilmington, DE 19801-1621
516101834*        Emilio D'Onorio DeMeo LLC,    Delaware Corp Agency,   222 Delaware Ave Fl 9,
                   Wilmington, DE 19801-1621
516101835*        Giuseppina D'Onorio Demeo LLC,    Delaware Corporation Agency Inc,   222 Delaware Ave Fl 9,
                   Wilmington, DE 19801-1621
516101837*        Michelle D'Onorio Demeo LLC,    The Delaware Cor Agency Inc,   222 Delaware Ave Fl 9,
                   Wilmington, DE 19801-1621
516101843*        Mnet Fin Inc,   95 Argonaut,   Aliso Viejo, CA 92656-4133
516101838*        Robert A. ebberup, Law Offices,   609 Main St,   Toms River, NJ 08753-7461
auc             ##+Quaker City Auctioneers, Inc.,   2860 Memphis Street,   Philadelphia, PA 19134-4226
516029255       ##Acb Receivables Mngmt,   19 Main St,   Asbury Park, NJ  07712-7012
516101303       ##Bielory & Hennes PC,   3000 Yorktowne Blvd,   Brick, NJ  08723-7989
516101842       ##Gertner Mandel & Peslak LLC,   PO Box 499,   Lakewood, NJ 08701-0499
                                                                                 TOTALS: 1, * 10, ## 4

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 12, 2020                                   Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 10, 2020 at the address(es) listed below:
          Andrea   Dobin    ecftrusteead@msbnj.com, NJ55@ecfcbis.com
          Andrea   Dobin    on behalf of Trustee Andrea   Dobin adobin@msbnj.com
          Benjamin  Teich    on behalf of U.S. Trustee    United States Trustee Benjamin.Teich@usdoj.gov
          Brian E Caine    on behalf of Creditor    M&T Bank bcaine@parkermccay.com,
           BKcourtnotices@parkermccay.com
          Denise E. Carlon    on behalf of Defendant    M&T Bank dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Denise E. Carlon    on behalf of Creditor    M&T Bank dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Lawrence D. Mandel    on behalf of Creditor    Giuseppina D'Onorio Demeo, LLC lmandel@gmplaw.net,
           jvansaders@gmplaw.net
          Lawrence D. Mandel    on behalf of Creditor    Michele D'Onorio Demeo, LLC lmandel@gmplaw.net,
           jvansaders@gmplaw.net
          Lawrence D. Mandel    on behalf of Creditor    Dolores D'Onorio Demeo, LLC lmandel@gmplaw.net,
           jvansaders@gmplaw.net
          Lawrence D. Mandel    on behalf of Creditor    Emilio D'Onorio Demeo, LLC lmandel@gmplaw.net,
           jvansaders@gmplaw.net
          Michele M. Dudas    on behalf of Plaintiff Andrea   Dobin mdudas@msbnj.com
          Michele M. Dudas    on behalf of Trustee Andrea   Dobin mdudas@msbnj.com
          Robert C. Nisenson    on behalf of Debtor Ronald J. Raslowsky rnisenson@aol.com,
           nisensonlaw@aol.com;g2729@notify.cincompass.com;nisensonrr70983@notify.bestcase.com
          Robert C. Nisenson    on behalf of Defendant David J. Raslowsky rnisenson@aol.com,
           nisensonlaw@aol.com;g2729@notify.cincompass.com;nisensonrr70983@notify.bestcase.com
```

```
District/off: 0312-3          User: admin              Page 3 of 3              Date Rcvd: Jan 10, 2020
                              Form ID: pdf905          Total Noticed: 50


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Scott M. Zauber     on behalf of Mediator Scott  Zauber jwiesner@subranni.com,
               ecf@subranni.com;cwild@subranni.com;dhoff@subranni.com
              Timothy P. Neumann     on behalf of Debtor Ronald J. Raslowsky timothy.neumann25@gmail.com,
               btassillo@aol.com;geoff.neumann@bnfsbankruptcy.com
              Timothy P. Neumann     on behalf of Plaintiff Ronald J. Raslowsky timothy.neumann25@gmail.com,
               btassillo@aol.com;geoff.neumann@bnfsbankruptcy.com
              United States Trustee    USTPRegion03.NE.ECF@usdoj.gov
              William M.E. Powers    on behalf of Creditor    Wells Fargo Bank, N.A. ecf@powerskirn.com
              William M.E. Powers, III    on behalf of Creditor    Wells Fargo Bank, N.A. ecf@powerskirn.com
              William M.E. Powers, III    on behalf of Defendant    Wells Fargo Home Mortgage ecf@powerskirn.com
                                                                                                 TOTAL: 21
```