Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.: 16–13754–KCF
Chapter: 7
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Ronald J. Raslowsky
   195 Lehigh Ave
   Lakewood, NJ 08701–4555

Social Security No.:
   xxx–xx–0250

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

   NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Kathryn C. Ferguson on:

Date:    4/30/20
Time:    02:30 PM
Location:    Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

   The following applications for compensation have been filed:

APPLICANT(S)
Furr Cohen, P.A., Trustee's Attorney

COMMISSION OR FEES
FEES $2,100.00

EXPENSES
$0.00

If this is a chapter 13 case, the fees and expenses awarded:

   ☐   will not reduce the amount to be paid to general unsecured creditors under the plan.

   ☐   will reduce the amount to be paid to general unsecured creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

   An appearance is not required on an application for compensation unless an objection is filed.

Dated: February 24, 2020
JAN:

                                                                                                            Jeanne Naughton
                                                                                                            Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                           Case No. 16-13754-KCF
Ronald J. Raslowsky                                                                              Chapter 7
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin                  Page 1 of 3                Date Rcvd: Feb 24, 2020
                              Form ID: 137                 Total Noticed: 50

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 26, 2020.
```
aty         +Broege, Neumann, Fischer & Shaver, LLC,    25 Abe Voorhees Drive,    Manasquan, NJ 08736-3560
sp          +Charles I Cohen,    FurrCohen, P.A.,    2255 Glades Road,    Suite 337W,
              Boca Raton, FL 33431-7379
r           +Deb Smith,    Keller Williams Realty East Monmouth,    750 Broad Street,
              Shrewsbury, NJ 07702-4230
cr           Dolores D'Onorio Demeo, LLC,    7 Shady Lane,    Toms River, NJ 08753
cr           Emilio D'Onorio Demeo, LLC,    Shady Lane,    Toms River, NJ 08753,    UNITED STATES
cr           Giuseppina D'Onorio Demeo, LLC,    7 Shady Lane,    Toms River, NJ 08753
r           +Keller Williams Realty East Monmouth,    750 Broad Street,    Shrewsbury, NJ 07702-4230
cr           Michele D'Onorio Demeo, LLC,    7 Shady Lane,    Toms River, NJ 08753,    UNITED STATES
md          +Scott Zauber,    750 Route 73 South,    Suite 307B,    Marlton, NJ 08053-4191
acc         +Sharer Petree Brotz & Snyder,    1103 Laurel Oak Road,    Suite 105B,    Voorhees, NJ 08043-4376
516143262    AMERICAN EXPRESS BANK, FSB,    C/O BECKET AND LEE LLP,    PO BOX 3001,    MALVERN, PA 19355-0701
516168450    AMERICAN EXPRESS CENTURION BANK,    C/O BECKET AND LEE LLP,    PO BOX 3001,
              MALVERN, PA 19355-0701
516029256    Amex,   PO Box 297871,    Fort Lauderdale, FL 33329-7871
516029257    Barclays Bank Delaware,    125 S West St,    Wilmington, DE 19801-5014
516101828    Bey Lee Anesthesia,    1200 Hooper Ave,    Toms River, NJ 08753-3594
516346859    Capital One NA,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
516029258    Commonwealth Financial,    245 Main St,    Dickson City, PA 18519-1641
516101304   +Cowan Gunteski & Co, PA,    40 Bey Lea Rd,    Toms River, NJ 08753-2989
516194656   +Cowan, Gunteski & Co., PA,    c/o Scott H. Sekuler, Esq.,    208 Monmouth Road,
              Oakhurst, NJ 07755-1568
516101305    Dolores A D'Onorio Demeo, LLC,    PO Box 2513,    Wilmington, DE 19805-0513
516101306    Dolores A. Donorio Deme0 LLC,    Delaware Corporation,    222 Delaware Ave Fl 9,
              Wilmington, DE 19801-1621
516101307    Emilio D'Onorio DeMeo LLC,    Delaware Corp Agency,    222 Delaware Ave Fl 9,
              Wilmington, DE 19801-1621
516311064   +Emilio D'Onorio Demeo, LLC,    c/o Lawrence D. Mandel, Esq.,    P.O. Box 499,
              Lakewood, NJ 08701-0499
516101308    Giuseppina D'Onorio Demeo LLC,    Delaware Corporation Agency Inc,    222 Delaware Ave Fl 9,
              Wilmington, DE 19801-1621
516101836    MED1 02 Shore Outpatient Surgi,    Cente,    360 Highway 70,    Lakewood, NJ 08701-5823
516029262   +Maria Geletei,    66 Pine Treet Dr,    Parlin, NJ 08859-1152
516029261    Maria Geletei,    66 Pinetree Dr,    Parlin, NJ 08859-1152
516029263    Maria Geletei,    6 Pinetree Dr,    Parlin, NJ 08859-1122
516101309    Michelle D'Onorio Demeo LLC,    The Delaware Cor Agency Inc,    222 Delaware Ave Fl 9,
              Wilmington, DE 19801-1621
516029264    Mnet Fin Inc,    95 Argonaut,    Aliso Viejo, CA 92656-4133
516029266    Parker McCay,    9000 Midlantic Dr # 300,    Mount Laurel, NJ 08054-1539
516101310    Robert A. ebberup, Law Offices,    609 Main St,    Toms River, NJ 08753-7461
516101839    Shore Neurology,    633 Route 37 W,    Toms River, NJ 08755-8007
516101840    Tidal Emergency Physicians,    425 Jack Martin Blvd,    Brick, NJ 08724-7732
516101841    VIRADIA JAYANT K MD,    360 Highway 70,    Lakewood, NJ 08701-5823
516058195    Wells Fargo Bank, N.A., d/b/a WFDS,    P.O. Box 19657,    Irvine, CA 92623-9657
516029267    Wells Fargo Home Mortgage,    Customer Service,    PO Box 10335,    Des Moines, IA 50306-0335
516029268    Wfds/wds,    PO Box 1697,    Winterville, NC 28590-1697
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
db           E-mail/Text: ron@nscsafe.com Feb 25 2020 00:24:58     Ronald J. Raslowsky,    195 Lehigh Ave,
              Lakewood, NJ 08701-4555
smg          E-mail/Text: usanj.njbankr@usdoj.gov Feb 25 2020 00:26:08     U.S. Attorney,    970 Broad St.,
              Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 25 2020 00:26:03     United States Trustee,
              Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
              Newark, NJ 07102-5235
516101831    E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 25 2020 00:34:19
              Capital One - Bankruptcy Department,    c/o American Info Source,    PO Box 54529,
              Oklahoma City, OK 73154-1529
516029259   +E-mail/Text: camanagement@mtb.com Feb 25 2020 00:25:34     Hudson City Savings Ba,
              80 W Century Rd,    Paramus, NJ 07652-1437
516038179   +E-mail/Text: sbse.cio.bnc.mail@irs.gov Feb 25 2020 00:25:24     Internal Revenue Service,
              PO Box 7346,    Philadelphia, PA 19101-7346
516029260   +E-mail/Text: bncnotices@becket-lee.com Feb 25 2020 00:25:10     Kohls/capone,
              N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
516169793    E-mail/Text: camanagement@mtb.com Feb 25 2020 00:25:34     M&T Bank,    P.O. Box 840,
              Buffalo, NY 14240-0840
516029265    E-mail/Text: bankruptcies@orangelake.com Feb 25 2020 00:25:01     Orange Lake/Wilson Res,
              8505 W Irlo Bronson Memorial Hwy,    Kissimmee, FL 34747-8217
516083526    E-mail/Text: bnc-quantum@quantum3group.com Feb 25 2020 00:25:57
              Quantum3 Group LLC as agent for,    CP Medical LLC,    PO Box 788,    Kirkland, WA 98083-0788
516056018    E-mail/PDF: gecsedi@recoverycorp.com Feb 25 2020 00:33:31     Synchrony Bank,
              c/o of Recovery Management Systems Corp,    25 S.E. 2nd Avenue, Suite 1120,
              Miami, FL 33131-1605
```

```
District/off: 0312-3          User: admin              Page 2 of 3             Date Rcvd: Feb 24, 2020
                              Form ID: 137             Total Noticed: 50
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
516323606       +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 25 2020 00:26:03      United States Trustee,
                 One Newark Center,   Suite 2100,   Newark, NJ 07102-5235
                                                                                               TOTAL: 12

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516101830         Cach of NJ LLC
cr*              +Maria Geletei,   66 Pinetree Drive,   Parlin, NJ 08859-1152
516272464*        American Express Bank FSB,    c/o Becket and Lee LLP,    PO Box 3001,   Malvern PA 19355-0701
516101829*        Bielory & Hennes PC,   3000 Yorktowne Blvd,    Brick, NJ 08723-7989
516101832*       +Cowan Gunteski & Co, PA,   40 Bey Lea Rd,   Toms River, NJ 08753-2989
516101833*        Dolores A. Donorio Deme0 LLC,    Delaware Corporation,   222 Delaware Ave Fl 9,
                   Wilmington, DE 19801-1621
516101834*        Emilio D’Onorio DeMeo LLC,   Delaware Corp Agency,    222 Delaware Ave Fl 9,
                   Wilmington, DE 19801-1621
516101835*        Giuseppina D’Onorio Demeo LLC,    Delaware Corporation Agency Inc,    222 Delaware Ave Fl 9,
                   Wilmington, DE 19801-1621
516101837*        Michelle D’Onorio Demeo LLC,    The Delaware Cor Agency Inc,    222 Delaware Ave Fl 9,
                   Wilmington, DE 19801-1621
516101843*        Mnet Fin Inc,   95 Argonaut,   Aliso Viejo, CA 92656-4133
516101838*        Robert A. ebberup, Law Offices,   609 Main St,   Toms River, NJ 08753-7461
auc             ##+Quaker City Auctioneers, Inc.,   2860 Memphis Street,    Philadelphia, PA 19134-4226
516029255       ##Acb Receivables Mngmt,   19 Main St,   Asbury Park, NJ   07712-7012
516101303       ##Bielory & Hennes PC,   3000 Yorktowne Blvd,    Brick, NJ   08723-7989
516101842       ##Gertner Mandel & Peslak LLC,   PO Box 499,   Lakewood, NJ 08701-0499
                                                                                   TOTALS: 1, * 10, ## 4
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 26, 2020                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 21, 2020 at the address(es) listed below:
```
              Andrea  Dobin    ecftrusteead@msbnj.com, NJ55@ecfcbis.com
              Andrea  Dobin    on behalf of Trustee Andrea  Dobin adobin@msbnj.com
              Barry R. Sharer     on behalf of Accountant    Sharer Petree Brotz & Snyder CShapiro@SharerPBS.com,
               BSharer@SharerPBS.com;nj83@ecfcbis.com
              Benjamin  Teich    on behalf of U.S. Trustee    United States Trustee Benjamin.Teich@usdoj.gov
              Brian E Caine    on behalf of Creditor   M&T Bank bcaine@parkermccay.com,
               BKcourtnotices@parkermccay.com
              Denise E. Carlon    on behalf of Defendant    M&T Bank dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    M&T Bank dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Lawrence D. Mandel    on behalf of Creditor    Giuseppina D’Onorio Demeo, LLC lmandel@gmplaw.net,
               jvansaders@gmplaw.net
              Lawrence D. Mandel    on behalf of Creditor    Michele D’Onorio Demeo, LLC lmandel@gmplaw.net,
               jvansaders@gmplaw.net
              Lawrence D. Mandel    on behalf of Creditor    Dolores D’Onorio Demeo, LLC lmandel@gmplaw.net,
               jvansaders@gmplaw.net
              Lawrence D. Mandel    on behalf of Creditor    Emilio D’Onorio Demeo, LLC lmandel@gmplaw.net,
               jvansaders@gmplaw.net
              Michele M. Dudas    on behalf of Plaintiff Andrea  Dobin mdudas@msbnj.com
              Michele M. Dudas    on behalf of Trustee Andrea  Dobin mdudas@msbnj.com
              Robert C. Nisenson    on behalf of Debtor Ronald J. Raslowsky r.nisenson@rcn-law.com,
               doreen@rcn-law.com;g2729@notify.cincompass.com;nisensonrr70983@notify.bestcase.com
```

```
District/off: 0312-3          User: admin                Page 3 of 3                  Date Rcvd: Feb 24, 2020
                              Form ID: 137               Total Noticed: 50


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Robert C. Nisenson    on behalf of Defendant David J. Raslowsky r.nisenson@rcn-law.com,
               doreen@rcn-law.com;g2729@notify.cincompass.com;nisensonrr70983@notify.bestcase.com
              Scott M. Zauber    on behalf of Mediator Scott  Zauber jwiesner@subranni.com,
               ecf@subranni.com;cwild@subranni.com;dhoff@subranni.com
              Timothy P. Neumann    on behalf of Debtor Ronald J. Raslowsky timothy.neumann25@gmail.com,
               btassillo@aol.com;geoff.neumann@bnfsbankruptcy.com
              Timothy P. Neumann    on behalf of Plaintiff Ronald J. Raslowsky timothy.neumann25@gmail.com,
               btassillo@aol.com;geoff.neumann@bnfsbankruptcy.com
              United States Trustee    USTPRegion03.NE.ECF@usdoj.gov
              William M.E. Powers    on behalf of Creditor   Wells Fargo Bank, N.A. ecf@powerskirn.com
              William M.E. Powers, III    on behalf of Creditor   Wells Fargo Bank, N.A. ecf@powerskirn.com
              William M.E. Powers, III    on behalf of Defendant   Wells Fargo Home Mortgage ecf@powerskirn.com
                                                                                             TOTAL: 22
```