Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 16−13754−KCF
Chapter: 7
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Ronald J. Raslowsky
   195 Lehigh Ave
   Lakewood, NJ 08701−4555

Social Security No.:
   xxx−xx−0250

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

   Please be advised that on May 1, 2020, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 201 − 195
Order Granting Application For Compensation for Furr Cohen, P.A., fees awarded: $2100.00, expenses awarded: $0.00 (Related Doc # 195). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 4/30/2020. (dmi)

   Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: May 1, 2020
JAN: dmi

Jeanne Naughton
Clerk

```
                        United States Bankruptcy Court
                             District of New Jersey
```

In re:                                                                      Case No. 16-13754-KCF
Ronald J. Raslowsky                                                         Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1                  Date Rcvd: May 01, 2020
                              Form ID: orderntc        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 03, 2020.
sp             +Charles I Cohen,    FurrCohen, P.A.,   2255 Glades Road,   Suite 337W,
                 Boca Raton, FL 33431-7379

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 03, 2020                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 1, 2020 at the address(es) listed below:
              Andrea  Dobin    on behalf of Trustee Andrea  Dobin adobin@msbnj.com
              Andrea  Dobin    ecftrusteead@msbnj.com, NJ55@ecfcbis.com
              Barry R. Sharer    on behalf of Accountant    Sharer Petree Brotz & Snyder CShapiro@SharerPBS.com,
               BSharer@SharerPBS.com;nj83@ecfcbis.com
              Benjamin  Teich    on behalf of U.S. Trustee    United States Trustee Benjamin.Teich@usdoj.gov
              Brian E Caine    on behalf of Creditor    M&T Bank bcaine@parkermccay.com,
               BKcourtnotices@parkermccay.com
              Denise E. Carlon    on behalf of Creditor    M&T Bank dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Defendant    M&T Bank dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Lawrence D. Mandel    on behalf of Creditor     Dolores D'Onorio Demeo, LLC lmandel@gmplaw.net,
               jvansaders@gmplaw.net;sphilbrook@gmplaw.net;kgraham@gmplaw.net
              Lawrence D. Mandel    on behalf of Creditor     Emilio D'Onorio Demeo, LLC lmandel@gmplaw.net,
               jvansaders@gmplaw.net;sphilbrook@gmplaw.net;kgraham@gmplaw.net
              Lawrence D. Mandel    on behalf of Creditor     Giuseppina D'Onorio Demeo, LLC lmandel@gmplaw.net,
               jvansaders@gmplaw.net;sphilbrook@gmplaw.net;kgraham@gmplaw.net
              Lawrence D. Mandel    on behalf of Creditor     Michele D'Onorio Demeo, LLC lmandel@gmplaw.net,
               jvansaders@gmplaw.net;sphilbrook@gmplaw.net;kgraham@gmplaw.net
              Michele M. Dudas    on behalf of Trustee Andrea  Dobin mdudas@msbnj.com
              Michele M. Dudas    on behalf of Plaintiff Andrea  Dobin mdudas@msbnj.com
              Robert C. Nisenson    on behalf of Debtor Ronald J. Raslowsky r.nisenson@rcn-law.com,
               doreen@rcn-law.com;g2729@notify.cincompass.com;nisensonrr70983@notify.bestcase.com
              Robert C. Nisenson    on behalf of Defendant David J. Raslowsky r.nisenson@rcn-law.com,
               doreen@rcn-law.com;g2729@notify.cincompass.com;nisensonrr70983@notify.bestcase.com
              Scott M. Zauber    on behalf of Mediator Scott  Zauber jwiesner@subranni.com,
               ecf@subranni.com;cwild@subranni.com;dhoff@subranni.com
              Timothy P. Neumann    on behalf of Debtor Ronald J. Raslowsky timothy.neumann25@gmail.com,
               btassillo@aol.com;geoff.neumann@bnfsbankruptcy.com;geoff.neumann@gmail.com
              Timothy P. Neumann    on behalf of Plaintiff Ronald J. Raslowsky timothy.neumann25@gmail.com,
               btassillo@aol.com;geoff.neumann@bnfsbankruptcy.com;geoff.neumann@gmail.com
              United States Trustee    USTPRegion03.NE.ECF@usdoj.gov
              William M.E. Powers    on behalf of Creditor    Wells Fargo Bank, N.A. ecf@powerskirn.com
              William M.E. Powers, III    on behalf of Creditor    Wells Fargo Bank, N.A. ecf@powerskirn.com
              William M.E. Powers, III    on behalf of Defendant    Wells Fargo Home Mortgage ecf@powerskirn.com
                                                                                             TOTAL: 22