UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**FURR COHEN, P.A.**
2255 Glades Road, Suite 301 East
Boca Raton, Florida 33431
(561) 395-0500
Charles I. Cohen (ccohen@furrcohen.com)
*Special Counsel for Andrea Dobin,*
*Chapter 7 Trustee for Ronald J. Raslowsky*

Order Filed on April 30, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re:<br><br>RONALD J. RASLOWSKY,<br><br>                              Debtor. | Chapter 7<br><br>Case No. 16-13754 (KCF)<br><br>Honorable Kathryn C. Ferguson |

## ORDER GRANTING FIRST AND FINAL FEE APPLICATION OF FURR COHEN, P.A., SPECIAL COUNSEL TO THE CHAPTER 7 TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: April 30, 2020**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

(Page 2)

| | |
|---|---|
| Debtor: | Ronald J. Raslowsky |
| Case No.: | 16-13754 (KCF) |
| Caption of Order: | Order Granting First and Final Fee Application of Furr Cohen, P.A., Special Counsel to the Chapter 7 Trustee |

**AND NOW**, the Court finds the firm named below filed a first and final fee application; and notice and opportunity for hearing were given to creditors and other parties-in-interest as required; and for good cause shown;

**IT IS ORDERED** that compensation and expenses are allowed as follows:

| APPLICANT | FEES | EXPENSES |
|---|---|---|
| Furr Cohen, P.A. *Special Counsel for Andrea Dobin, Chapter 7 Trustee* | $ 2,100.00 | $ 0.00 |

and it is further

**ORDERED** that the Chapter 7 Trustee be and hereby is authorized and directed to pay the allowed fees to Furr Cohen, P.A.

4817-8395-0261, v. 1

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 16-13754-KCF
Ronald J. Raslowsky                                                             Chapter 7
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin          Page 1 of 1          Date Rcvd: May 01, 2020
                             Form ID: pdf903       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 03, 2020.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
db              E-mail/Text: ron@nscsafe.com May 02 2020 00:33:15      Ronald J. Raslowsky,    195 Lehigh Ave,
          Lakewood, NJ  08701-4555
                                                                                         TOTAL: 1

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 03, 2020

Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 1, 2020 at the address(es) listed below:
          Andrea  Dobin   on behalf of Trustee Andrea  Dobin adobin@msbnj.com
          Andrea  Dobin   ecftrusteead@msbnj.com,  NJ55@ecfcbis.com
          Barry R. Sharer   on behalf of Accountant   Sharer Petree Brotz & Snyder CShapiro@SharerPBS.com,
           BSharer@SharerPBS.com;nj83@ecfcbis.com
          Benjamin  Teich   on behalf of U.S. Trustee   United States Trustee Benjamin.Teich@usdoj.gov
          Brian E Caine   on behalf of Creditor   M&T Bank bcaine@parkermccay.com,
           BKcourtnotices@parkermccay.com
          Denise E. Carlon   on behalf of Creditor   M&T Bank dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Denise E. Carlon   on behalf of Defendant   M&T Bank dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Lawrence D. Mandel   on behalf of Creditor   Dolores D'Onorio Demeo, LLC lmandel@gmplaw.net,
           jvansaders@gmplaw.net;sphilbrook@gmplaw.net;kgraham@gmplaw.net
          Lawrence D. Mandel   on behalf of Creditor   Emilio D'Onorio Demeo, LLC lmandel@gmplaw.net,
           jvansaders@gmplaw.net;sphilbrook@gmplaw.net;kgraham@gmplaw.net
          Lawrence D. Mandel   on behalf of Creditor   Giuseppina D'Onorio Demeo, LLC lmandel@gmplaw.net,
           jvansaders@gmplaw.net;sphilbrook@gmplaw.net;kgraham@gmplaw.net
          Lawrence D. Mandel   on behalf of Creditor   Michele D'Onorio Demeo, LLC lmandel@gmplaw.net,
           jvansaders@gmplaw.net;sphilbrook@gmplaw.net;kgraham@gmplaw.net
          Michele M. Dudas   on behalf of Trustee Andrea  Dobin mdudas@msbnj.com
          Michele M. Dudas   on behalf of Plaintiff Andrea  Dobin mdudas@msbnj.com
          Robert C. Nisenson   on behalf of Debtor Ronald J. Raslowsky r.nisenson@rcn-law.com,
           doreen@rcn-law.com;g2729notify.cincompass.com/nisensonr70983@notify.bestcase.com
          Robert C. Nisenson   on behalf of Defendant David J. Raslowsky r.nisenson@rcn-law.com,
           doreen@rcn-law.com;g2729notify.cincompass.com/nisensonr70983@notify.bestcase.com
          Scott M. Zauber   on behalf of Mediator Scott  Zauber jwiesner@subranni.com,
           ecf@subranni.com;cwild@subranni.com;dhoff@subranni.com
          Timothy P. Neumann   on behalf of Debtor Ronald J. Raslowsky timothy.neumann25@gmail.com,
           btassillo@aol.com;geoff.neumann@bnfsbankruptcy.com;geoff.neumann@gmail.com
          Timothy P. Neumann   on behalf of Plaintiff Ronald J. Raslowsky timothy.neumann25@gmail.com,
           btassillo@aol.com;geoff.neumann@bnfsbankruptcy.com;geoff.neumann@gmail.com
          United States Trustee   USTPRegion03.NE.ECF@usdoj.gov
          William M.E. Powers   on behalf of Creditor   Wells Fargo Bank, N.A. ecf@powerskirn.com
          William M.E. Powers, III   on behalf of Creditor   Wells Fargo Bank, N.A. ecf@powerskirn.com
          William M.E. Powers, III   on behalf of Defendant   Wells Fargo Home Mortgage ecf@powerskirn.com
                                                                                         TOTAL: 22