| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Ronald J. Raslowsky <br> First Name    Middle Name    Last Name | Social Security number or ITIN    xxx–xx–0250 <br> EIN    _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN    _ _ _ _ <br> EIN    _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court    District of New Jersey | | |
| Case number:    16–13754–KCF | | |

# Order of Discharge                                                                      12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Ronald J. Raslowsky

<u>6/3/20</u>                                                                      **By the court:**   <u>Kathryn C. Ferguson</u>
                                                                                      United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 16-13754-KCF
Ronald J. Raslowsky                                                       Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3         User: admin              Page 1 of 3           Date Rcvd: Jun 03, 2020
                             Form ID: 318             Total Noticed: 51

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 05, 2020.
```
aty         +Broege, Neumann, Fischer & Shaver, LLC,   25 Abe Voorhees Drive,    Manasquan, NJ 08736-3560
sp          +Charles I Cohen,    FurrCohen, P.A.,    2255 Glades Road,    Suite 337W,
              Boca Raton, FL 33431-7379
r           +Deb Smith,    Keller Williams Realty East Monmouth,     750 Broad Street,
              Shrewsbury, NJ 07702-4230
cr           Dolores D'Onorio Demeo, LLC,    7 Shady Lane,    Toms River, NJ  08753
cr           Emilio D'Onorio Demeo, LLC,    Shady Lane,    Toms River, NJ  08753,    UNITED STATES
cr           Giuseppina D'Onorio Demeo, LLC,    7 Shady Lane,    Toms River, NJ  08753
r           +Keller Williams Realty East Monmouth,     750 Broad Street,    Shrewsbury, NJ 07702-4230
cr           Michele D'Onorio Demeo, LLC,    7 Shady Lane,    Toms River, NJ  08753,    UNITED STATES
md          +Scott Zauber,    750 Route 73 South,    Suite 307B,    Marlton, NJ 08053-4191
acc         +Sharer Petree Brotz & Snyder,    1103 Laurel Oak Road,    Suite 105B,    Voorhees, NJ 08043-4376
516029255    Acb Receivables Mngmt,    19 Main St,    Asbury Park, NJ  07712-7012
516101828    Bey Lee Anesthesia,    1200 Hooper Ave,    Toms River, NJ 08753-3594
516029258    Commonwealth Financial,    245 Main St,    Dickson City, PA  18519-1641
516101304   +Cowan Gunteski & Co, PA,    40 Bey Lea Rd,    Toms River, NJ 08753-2989
516194656   +Cowan, Gunteski & Co., PA,    c/o Scott H. Sekuler, Esq.,    208 Monmouth Road,
              Oakhurst, NJ 07755-1568
516101305    Dolores A D'Onorio Demeo, LLC,    PO Box 2513,    Wilmington, DE  19805-0513
516101306    Dolores A. Donorio Deme0 LLC,    Delaware Corporation,    222 Delaware Ave Fl 9,
              Wilmington, DE  19801-1621
516101307    Emilio D'Onorio DeMeo LLC,    Delaware Corp Agency,    222 Delaware Ave Fl 9,
              Wilmington, DE  19801-1621
516311064   +Emilio D'Onorio Demeo, LLC,    c/o Lawrence D. Mandel, Esq.,    P.O. Box 499,
              Lakewood, NJ 08701-0499
516101308    Giuseppina D'Onorio Demeo LLC,    Delaware Corporation Agency Inc,    222 Delaware Ave Fl 9,
              Wilmington, DE  19801-1621
516101836    MED1 02 Shore Outpatient Surgi,    Cente,    360 Highway 70,    Lakewood, NJ 08701-5823
516029262   +Maria Geletei,    66 Pine Treet Dr,    Parlin, NJ 08859-1152
516029261    Maria Geletei,    66 Pinetree Dr,    Parlin, NJ 08859-1152
516029263    Maria Geletei,    6 Pinetree Dr,    Parlin, NJ 08859-1122
516101309    Michelle D'Onorio Demeo LLC,    The Delaware Cor Agency Inc,    222 Delaware Ave Fl 9,
              Wilmington, DE  19801-1621
516029264    Mnet Fin Inc,    95 Argonaut,    Aliso Viejo, CA  92656-4133
516029266    Parker McCay,    9000 Midlantic Dr # 300,    Mount Laurel, NJ 08054-1539
516101310    Robert A. ebberup, Law Offices,    609 Main St,    Toms River, NJ  08753-7461
516101839    Shore Neurology,    633 Route 37 W,    Toms River, NJ 08755-8007
516101840    Tidal Emergency Physicians,    425 Jack Martin Blvd,    Brick, NJ 08724-7732
516101841    VIRADIA JAYANT K MD,    360 Highway 70,    Lakewood, NJ 08701-5823
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
db           E-mail/Text: ron@nscsafe.com Jun 03 2020 23:12:22     Ronald J. Raslowsky,    195 Lehigh Ave,
              Lakewood, NJ  08701-4555
smg          E-mail/Text: usanj.njbankr@usdoj.gov Jun 03 2020 23:13:28     U.S. Attorney,    970 Broad St.,
              Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 03 2020 23:13:26     United States Trustee,
              Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
              Newark, NJ 07102-5235
516143262    EDI: BECKLEE.COM Jun 04 2020 02:28:00      AMERICAN EXPRESS BANK, FSB,    C/O BECKET AND LEE LLP,
              PO BOX 3001,    MALVERN, PA 19355-0701
516168450    EDI: BECKLEE.COM Jun 04 2020 02:28:00      AMERICAN EXPRESS CENTURION BANK,
              C/O BECKET AND LEE LLP,    PO BOX 3001,    MALVERN, PA 19355-0701
516029256    EDI: AMEREXPR.COM Jun 04 2020 02:28:00      Amex,    PO Box 297871,
              Fort Lauderdale, FL  33329-7871
516029257    EDI: TSYS2.COM Jun 04 2020 02:28:00      Barclays Bank Delaware,    125 S West St,
              Wilmington, DE  19801-5014
516101831    EDI: AIS.COM Jun 04 2020 02:28:00      Capital One - Bankruptcy Department,
              c/o American Info Source,    PO Box 54529,    Oklahoma City, OK 73154-1529
516346859    EDI: BL-BECKET.COM Jun 04 2020 02:28:00      Capital One NA,    c/o Becket and Lee LLP,
              PO Box 3001,    Malvern PA 19355-0701
516029259   +E-mail/Text: camanagement@mtb.com Jun 03 2020 23:12:58     Hudson City Savings Ba,
              80 W Century Rd,    Paramus, NJ 07652-1437
516038179   +EDI: IRS.COM Jun 04 2020 02:28:00      Internal Revenue Service,    PO Box 7346,
              Philadelphia, PA 19101-7346
516029260   +E-mail/Text: bncnotices@becket-lee.com Jun 03 2020 23:12:33     Kohls/capone,
              N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
516169793    E-mail/Text: camanagement@mtb.com Jun 03 2020 23:12:58     M&T Bank,    P.O. Box 840,
              Buffalo, NY 14240-0840
516029265    E-mail/Text: bankruptcies@orangelake.com Jun 03 2020 23:12:29      Orange Lake/Wilson Res,
              8505 W Irlo Bronson Memorial Hwy,    Kissimmee, FL  34747-8217
516083526    EDI: Q3G.COM Jun 04 2020 02:28:00      Quantum3 Group LLC as agent for,    CP Medical LLC,
              PO Box 788,    Kirkland, WA  98083-0788
```

```
District/off: 0312-3          User: admin               Page 2 of 3                  Date Rcvd: Jun 03, 2020
                              Form ID: 318              Total Noticed: 51
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
516056018         EDI: RMSC.COM Jun 04 2020 02:28:00      Synchrony Bank,
                   c/o of Recovery Management Systems Corp,    25 S.E. 2nd Avenue, Suite 1120,
                   Miami, FL 33131-1605
516323606         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 03 2020 23:13:26      United States Trustee,
                   One Newark Center,    Suite 2100,    Newark, NJ 07102-5235
516058195         EDI: WFFC.COM Jun 04 2020 02:28:00      Wells Fargo Bank, N.A., d/b/a WFDS,    P.O. Box 19657,
                   Irvine, CA 92623-9657
516029267         EDI: WFFC.COM Jun 04 2020 02:28:00      Wells Fargo Home Mortgage,    Customer Service,
                   PO Box 10335,    Des Moines, IA 50306-0335
516029268         EDI: WFFC.COM Jun 04 2020 02:28:00      Wfds/wds,    PO Box 1697,    Winterville, NC 28590-1697
                                                                                                 TOTAL: 20

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516101830          Cach of NJ LLC
cr*               +Maria Geletei,    66 Pinetree Drive,    Parlin, NJ 08859-1152
516272464*         American Express Bank FSB,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
516101829*         Bielory & Hennes PC,    3000 Yorktowne Blvd,    Brick, NJ 08723-7989
516101832*        +Cowan Gunteski & Co, PA,    40 Bey Lea Rd,    Toms River, NJ 08753-2989
516101833*         Dolores A. Donorio Deme0 LLC,    Delaware Corporation,    222 Delaware Ave Fl 9,
                   Wilmington, DE 19801-1621
516101834*         Emilio D'Onorio DeMeo LLC,    Delaware Corp Agency,    222 Delaware Ave Fl 9,
                   Wilmington, DE 19801-1621
516101835*         Giuseppina D'Onorio Demeo LLC,    Delaware Corporation Agency Inc,    222 Delaware Ave Fl 9,
                   Wilmington, DE 19801-1621
516101837*         Michelle D'Onorio Demeo LLC,    The Delaware Cor Agency Inc,    222 Delaware Ave Fl 9,
                   Wilmington, DE 19801-1621
516101843*         Mnet Fin Inc,    95 Argonaut,    Aliso Viejo, CA 92656-4133
516101838*         Robert A. ebberup, Law Offices,    609 Main St,    Toms River, NJ 08753-7461
auc              ##+Quaker City Auctioneers, Inc.,    2860 Memphis Street,    Philadelphia, PA 19134-4226
516101303        ##Bielory & Hennes PC,    3000 Yorktowne Blvd,    Brick, NJ 08723-7989
516101842        ##Gertner Mandel & Peslak LLC,    PO Box 499,    Lakewood, NJ 08701-0499
                                                                                   TOTALS: 1, * 10, ## 3
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 05, 2020                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 3, 2020 at the address(es) listed below:
              Andrea  Dobin    ecftrusteead@msbnj.com,    NJ55@ecfcbis.com
              Andrea  Dobin    on behalf of Trustee Andrea  Dobin adobin@msbnj.com
              Barry R. Sharer    on behalf of Accountant    Sharer Petree Brotz & Snyder CShapiro@SharerPBS.com,
               BSharer@SharerPBS.com;nj83@ecfcbis.com
              Benjamin  Teich    on behalf of U.S. Trustee    United States Trustee Benjamin.Teich@usdoj.gov
              Brian E Caine    on behalf of Creditor    M&T Bank bcaine@parkermccay.com,
               BKcourtnotices@parkermccay.com
              Denise E. Carlon    on behalf of Defendant    M&T Bank dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    M&T Bank dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Lawrence D. Mandel    on behalf of Creditor    Giuseppina D'Onorio Demeo, LLC lmandel@gmplaw.net,
               jvansaders@gmplaw.net;sphilbrook@gmplaw.net;kgraham@gmplaw.net
              Lawrence D. Mandel    on behalf of Creditor    Michele D'Onorio Demeo, LLC lmandel@gmplaw.net,
               jvansaders@gmplaw.net;sphilbrook@gmplaw.net;kgraham@gmplaw.net
              Lawrence D. Mandel    on behalf of Creditor    Dolores D'Onorio Demeo, LLC lmandel@gmplaw.net,
               jvansaders@gmplaw.net;sphilbrook@gmplaw.net;kgraham@gmplaw.net
```

```
District/off: 0312-3                   User: admin                     Page 3 of 3                  Date Rcvd: Jun 03, 2020
                                       Form ID: 318                    Total Noticed: 51


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Lawrence D. Mandel     on behalf of Creditor    Emilio D'Onorio Demeo, LLC lmandel@gmplaw.net,
               jvansaders@gmplaw.net;sphilbrook@gmplaw.net;kgraham@gmplaw.net
              Michele M. Dudas     on behalf of Plaintiff Andrea  Dobin mdudas@msbnj.com
              Michele M. Dudas     on behalf of Trustee Andrea  Dobin mdudas@msbnj.com
              Robert C. Nisenson     on behalf of Debtor Ronald J. Raslowsky r.nisenson@rcn-law.com,
               doreen@rcn-law.com;g2729@notify.cincompass.com;nisensonrr70983@notify.bestcase.com
              Robert C. Nisenson     on behalf of Defendant David J. Raslowsky r.nisenson@rcn-law.com,
               doreen@rcn-law.com;g2729@notify.cincompass.com;nisensonrr70983@notify.bestcase.com
              Scott M. Zauber     on behalf of Mediator Scott  Zauber jwiesner@subranni.com,
               ecf@subranni.com;cwild@subranni.com;dhoff@subranni.com
              Timothy P. Neumann     on behalf of Debtor Ronald J. Raslowsky timothy.neumann25@gmail.com,
               btassillo@aol.com;geoff.neumann@bnfsbankruptcy.com;geoff.neumann@gmail.com
              Timothy P. Neumann     on behalf of Plaintiff Ronald J. Raslowsky timothy.neumann25@gmail.com,
               btassillo@aol.com;geoff.neumann@bnfsbankruptcy.com;geoff.neumann@gmail.com
              United States Trustee    USTPRegion03.NE.ECF@usdoj.gov
              William M.E. Powers     on behalf of Creditor    Wells Fargo Bank, N.A. ecf@powerskirn.com
              William M.E. Powers, III     on behalf of Creditor    Wells Fargo Bank, N.A. ecf@powerskirn.com
              William M.E. Powers, III     on behalf of Defendant    Wells Fargo Home Mortgage ecf@powerskirn.com
                                                                                                  TOTAL: 22
```