**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**TRENTON DIVISION**

In re: RASLOWSKY, RONALD J.     §     Case No. 16-13754 KCF
                                                        §
                                                        §
                                                        §
Debtor(s)

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

      Andrea Dobin, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

      1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

      2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $901,808.00 | Assets Exempt: | $30,950.00 |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $65,854.95 | Claims Discharged Without Payment: | $73,132.67 |
| Total Expenses of Administration: | $147,589.23 | | |

      3) Total gross receipts of $225,294.18 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $11,850.00 (see **Exhibit 2**), yielded net receipts of $213,444.18 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $768,106.25 | $609,663.96 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $350.00 | $147,239.23 | $147,589.23 | $147,589.23 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $319,709.80 | $172,047.40 | $65,854.95 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $49,464.20 | $30,894.46 | $23,668.47 | $0.00 |
| **TOTAL DISBURSEMENTS** | $817,920.45 | $1,107,507.45 | $343,305.10 | $213,444.18 |

4) This case was originally filed under chapter 11 on 03/01/2016, and it was converted to chapter 7 on 05/11/2016.  The case was pending for 54 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  11/05/2020     By: /s/ Andrea Dobin
                                                   Trustee

**STATEMENT** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR ( 10 /1/2010)

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2003 FORD MUSTANG | 1129-000 | $20,000.00 |
| ATTORNEY FEES RELATED TO ADVERSARY | 1249-000 | $5,461.50 |
| SAFE | 1229-000 | $75.00 |
| BENEFICIARY OF TRUST | 1129-000 | $60,000.00 |
| CLAIM RELATING TO FATHER'S USE OF DRUG ACTOS | 1249-000 | $134,707.68 |
| Reversed Deposit 100004 1 | 1290-000 | -$750.00 |
| JOHN DEER TRACTOR | 1229-000 | $550.00 |
| 2003 HARLEY DAVIDSON | 1229-000 | $4,500.00 |
| deposit | 1290-000 | $750.00 |
| **TOTAL GROSS RECEIPTS** | | **$225,294.18** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| RONALD RASLOWSKY | exemption for Cobra and Harley Davidson | 8100-002 | $11,850.00 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$11,850.00** |

**EXHIBIT 3 - SECURED CLAIMS**

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Wells Fargo Bank, N.A., d/b/a WFDS | 4110-000 | $0.00 | $10,196.43 | $0.00 | $0.00 |
| 8 | M&T Bank | 4110-000 | $0.00 | $575,250.69 | $0.00 | $0.00 |
| 12 | Emilio D'Onorio DeMeo LLC | 4120-000 | $0.00 | $24,216.84 | $0.00 | $0.00 |
| N/F | Hudson City Savings Ba | 4110-000 | $556,514.25 | NA | NA | NA |
| N/F | Wells Fargo Home Mortgage | 4110-000 | $200,000.00 | NA | NA | NA |
| N/F | Wfds/wds | 4110-000 | $11,592.00 | NA | NA | NA |
| | **TOTAL SECURED** | | **$768,106.25** | **$609,663.96** | **$0.00** | **$0.00** |

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - Andrea Dobin | 2100-000 | NA | $13,922.21 | $13,922.21 | $13,922.21 |
| Trustee, Expenses - Andrea Dobin | 2200-000 | NA | $45.15 | $45.15 | $45.15 |
| Attorney for Trustee Fees - McMANIMON SCOTLAND & BAUMANN | 3110-000 | NA | $31,164.50 | $31,164.50 | $31,164.50 |
| Attorney for Trustee Fees - TRENK DiPASQUALE DELLA FERA & SODONO PC | 3110-000 | NA | $79,763.50 | $79,763.50 | $79,763.50 |
| Attorney for Trustee, Expenses - McMANIMON SCOTLAND & BAUMANN | 3120-000 | NA | $682.21 | $682.21 | $682.21 |
| Attorney for Trustee, Expenses - TRENK DiPASQUALE DELLA FERA & SODONO PC | 3120-000 | NA | $3,893.60 | $3,893.60 | $3,893.60 |
| Auctioneer Fees - QUAKER CITY AUCTIONEERS, INC. | 3610-000 | NA | $3,179.07 | $3,179.07 | $3,179.07 |
| Charges, U.S. Bankruptcy Court | 2700-000 | $350.00 | $0.00 | $350.00 | $350.00 |
| Charges, U.S. Bankruptcy Court | 2700-000 | NA | $300.00 | $300.00 | $300.00 |
| Fees, United States Trustee | 2950-000 | NA | $325.00 | $325.00 | $325.00 |
| Bond Payments - INTERNATIONAL SURETIES, LTD. | 2300-000 | NA | $67.42 | $67.42 | $67.42 |
| Costs to Secure/Maintain Property - TRENK DIPASQUALE DELLA FERA & SODONO | 2420-000 | NA | $1,196.09 | $1,196.09 | $1,196.09 |
| Costs to Secure/Maintain Property - Trenk DiPasquale Della Fera & Sodono | 2420-000 | NA | $790.00 | $790.00 | $790.00 |
| Costs to Secure/Maintain Property - Trenk DiPasquale Della Fera & Sodono PC | 2420-000 | NA | $4,140.00 | $4,140.00 | $4,140.00 |
| Banking and Technology Service Fee - Rabobank, N.A. | 2600-000 | NA | $1,571.88 | $1,571.88 | $1,571.88 |
| Other Chapter 7 Administrative Expenses - Wells Fargo | 2990-000 | NA | $45.70 | $45.70 | $45.70 |
| Attorney for Trustee Fees (Other Firm) - Furr Cohen PA | 3210-000 | NA | $2,100.00 | $2,100.00 | $2,100.00 |
| Accountant for Trustee Fees (Other Firm) - SHARER, PETREE BROTZ & SNYER | 3410-000 | NA | $3,032.00 | $3,032.00 | $3,032.00 |
| Accountant for Trustee Expenses (Other Firm) - SHARER, PETREE BROTZ & SNYER | 3420-000 | NA | $14.65 | $14.65 | $14.65 |

**UST Form 101-7-TDR ( 10 /1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Arbitrator/Mediator for Trustee Fees - Subranni Zauber LLC | 3721-000 | NA | $500.00 | $500.00 | $500.00 |
| Arbitrator/Mediator for Trustee Fees - The Kelly Firm, PC | 3721-000 | NA | $506.25 | $506.25 | $506.25 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **NA** | **$147,239.23** | **$147,589.23** | **$147,589.23** |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1P | Internal Revenue Service | 5800-000 | $0.00 | $2,047.40 | $0.00 | $0.00 |
| 1P-2 | Internal Revenue Service | 5800-000 | $0.00 | $2,047.40 | $2,047.40 | $0.00 |
| 10 | Maria Geletei | 5100-000 | $0.00 | $315,615.00 | $170,000.00 | $65,854.95 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | **$0.00** | **$319,709.80** | **$172,047.40** | **$65,854.95** |

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1U | Internal Revenue Service | 7100-000 | $0.00 | $7,225.99 | $0.00 | $0.00 |
| 1U-2 | Internal Revenue Service | 7100-000 | $0.00 | $7,225.99 | $7,225.99 | $0.00 |
| 3 | Quantum3 Group LLC as agent for | 7100-000 | $0.00 | $416.50 | $416.50 | $0.00 |
| 4 | Quantum3 Group LLC as agent for | 7100-000 | $0.00 | $50.00 | $50.00 | $0.00 |
| 5 | Quantum3 Group LLC as agent for | 7100-000 | $0.00 | $50.00 | $50.00 | $0.00 |
| 6 | AMERICAN EXPRESS BANK, FSB | 7100-000 | $0.00 | $2,284.37 | $2,284.37 | $0.00 |
| 7 | AMERICAN EXPRESS CENTURION BANK | 7100-000 | $0.00 | $1,588.16 | $1,588.16 | $0.00 |
| 9 | Cowan, Gunteski & Co., PA | 7100-000 | $0.00 | $9,289.38 | $9,289.38 | $0.00 |
| 11 | American Express Bank FSB | 7100-000 | $0.00 | $2,557.59 | $2,557.59 | $0.00 |
| 14 | Capital One NA | 7100-000 | $0.00 | $206.48 | $206.48 | $0.00 |
| N/F | Amex | 7100-000 | $1,312.00 | NA | NA | NA |
| N/F | Barclays Bank Delaware | 7100-000 | $1,919.00 | NA | NA | NA |
| N/F | Bey Lee Anesthesia | 7100-000 | $350.00 | NA | NA | NA |
| N/F | Bey Lee Anesthesia | 7100-000 | $350.00 | NA | NA | NA |
| N/F | Bey Lee Anesthesia | 7100-000 | $350.00 | NA | NA | NA |
| N/F | Bielory & Hennes PC | 7100-000 | $2,543.60 | NA | NA | NA |
| N/F | Bielory & Hennes PC | 7100-000 | $2,543.60 | NA | NA | NA |

**UST Form 101-7-TDR ( 10 /1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | Cach of NJ LLC | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Cach of NJ LLC | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Capital One - Bankruptcy Department | 7100-000 | $3,900.00 | NA | NA | NA |
| N/F | Cowan Gunteski & Co, PA | 7100-000 | $7,431.50 | NA | NA | NA |
| N/F | Cowan Gunteski & Co, PA | 7100-000 | $7,431.50 | NA | NA | NA |
| N/F | Dolores A. Donorio DemeO LLC | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Dolores A. Donorio DemeO LLC | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Emilio D'Onorio DeMeo LLC | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Emilio D'Onorio DeMeo LLC | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Giuseppina D'Onorio Demeo LLC | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Giuseppina D'Onorio Demeo LLC | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Kohls/capone | 7100-000 | $206.00 | NA | NA | NA |
| N/F | MED1 02 Shore Outpatient Surgi Cente | 7100-000 | $603.00 | NA | NA | NA |
| N/F | Maria Geletei | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Michelle D'Onorio Demeo LLC | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Michelle D'Onorio Demeo LLC | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Robert A. ebberup, Law Offices | 7100-000 | $10,000.00 | NA | NA | NA |
| N/F | Robert A. ebberup, Law Offices | 7100-000 | $10,000.00 | NA | NA | NA |
| N/F | Shore Neurology | 7100-000 | $50.00 | NA | NA | NA |

**UST Form 101-7-TDR ( 10 /1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | Tidal Emergency Physicians | 7100-000 | $74.00 | NA | NA | NA |
| N/F | VIRADIA JAYANT K MD | 7100-000 | $400.00 | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$49,464.20** | **$30,894.46** | **$23,668.47** | **$0.00** |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8

Page: 1

| Case No.: | 16-13754 KCF | Trustee Name: | (500420) Andrea Dobin |
|---|---|---|---|
| Case Name: | RASLOWSKY, RONALD J. | Date Filed (f) or Converted (c): | 05/11/2016 (c) |
| | | § 341(a) Meeting Date: | 06/01/2016 |
| For Period Ending: | 11/05/2020 | Claims Bar Date: | 08/30/2016 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1* | 2226 PONYBROOK WAY, TOMS RIVER, NJ 08755-1485<br>Adv. No. 1253 (v. non-debtor ex-wife for 363h relief -- initiated by debtor pre-conversion -- RESOLVED) Adv no. 16-1550 (v. Wells Fargo Home Mortgage for equitable marshalling relief -- Mediation unsuccessful =-- trustee abandoned property and adversary). ECF 105 -- Consent Order Resolving Abandonment which is designed to result in the sale of hte property. DId not work. (See Footnote) | 860,000.00 | 3,485.75 | OA | 0.00 | FA |
| 2 | WELLS FARGO CHECKING | 200.00 | 0.00 | | 0.00 | FA |
| 3 | TD BANK CHECKING | 638.00 | 638.00 | | 0.00 | FA |
| 4 | TD BANK CHECKING | 0.00 | 0.00 | | 0.00 | FA |
| 5 | HOUSEHOLD GOODS AND FURNISHINGS | Unknown | 0.00 | | 0.00 | FA |
| 6 | TOOLS (u)<br>Imported from Amended Doc#: 75 | 500.00 | 0.00 | | 0.00 | FA |
| 7 | COLLECTABLES (u) | 100.00 | 0.00 | | 0.00 | FA |
| 8 | WEARING APPAREL | 1,000.00 | 0.00 | | 0.00 | FA |
| 9 | JEWELRY (u) | 2,000.00 | 0.00 | | 0.00 | FA |
| 10 | STOCK | 10,000.00 | 10,000.00 | | 0.00 | FA |
| 11 | 51% INTEREST IN NATIONAL SAFETY COMPLAINCE | Unknown | 0.00 | | 0.00 | FA |
| 12 | NSCS LLC DEPOSITING DRUG TESTING RECEIPTS (u) | Unknown | 0.00 | | 0.00 | FA |
| 13 | BENEFICIARY OF TRUST<br>Owns 7633 Tahiti Lane, Lake Worth, Florida (free and clear);  April, 2017, learned that Trust also has interstt in proceeds of litigation pertaining to father's death which would benefit mother who was the settlor of this Trust.  Subject of Adversary No. 18-1024. | Unknown | 70,000.00 | | 60,000.00 | FA |
| 14 | COPYRIGHTS FOR MANUALS AND VIDEOS | Unknown | 0.00 | | 0.00 | FA |
| 15 | 2008 LEXUS LS 460 | 14,800.00 | 0.00 | | 0.00 | FA |
| 16 | 1991 DODGE RAMCHARGER | 0.00 | 0.00 | | 0.00 | FA |
| 17 | 2003 FORD THUNDERBIRD | 12,570.00 | 12,570.00 | | 0.00 | FA |
| 18 | 2003 FORD MUSTANG | 12,750.00 | 3,900.00 | | 20,000.00 | FA |
| 19 | 1964 POLICE CAR (u) | Unknown | 0.00 | | 0.00 | FA |
| 20 | 2003 HARLEY DAVIDSON (u) | 3,000.00 | 0.00 | | 4,500.00 | FA |
| 21 | JOHN DEER TRACTOR (u) | Unknown | 0.00 | | 550.00 | FA |

UST Form 101-7-TDR ( 10 /1/2010)

**Form 1**

**Individual Estate Property Record and Report**

**Asset Cases**

Exhibit 8

Page: 2

**Case No.:** 16-13754 KCF  
**Case Name:** RASLOWSKY, RONALD J.  
**For Period Ending:** 11/05/2020

**Trustee Name:** (500420) Andrea Dobin  
**Date Filed (f) or Converted (c):** 05/11/2016 (c)  
**§ 341(a) Meeting Date:** 06/01/2016  
**Claims Bar Date:** 08/30/2016

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 22 | CLAIM RELATING TO FATHER'S USE OF DRUG ACTOS (u)<br>Trustee uncovered asset as a result of call from informant. See ECF No. 107 -- Motion for Turnover of Proceeds.<br>The balance of this asset is what is due from the Debtor because he did not turn it over when directed to do so. ECF 113. | 140,000.00 | 140,000.00 | | 134,707.68 | FA |
| 23 | VOID | 0.00 | 0.00 | | 0.00 | FA |
| 24 | SAFE (u) | 0.00 | 0.00 | | 75.00 | FA |
| 25 | ATTORNEY FEES RELATED TO ADVERSARY (u)<br>Adv No. 18-01024(KCF) | 0.00 | 0.00 | | 5,461.50 | FA |
| **25** | **Assets Totals (Excluding unknown values)** | **$1,057,558.00** | **$240,593.75** | | **$225,294.18** | **$0.00** |

RE PROP# 1    This asset was marked as "OA" in prior reports incorrectly.

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):** 03/30/2018    **Current Projected Date Of Final Report (TFR):** 03/04/2020 (Actual)

11/05/2020  
Date

/s/Andrea Dobin  
Andrea Dobin

UST Form 101-7-TDR ( 10 /1/2010)

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9
Page: 1

| Case No.: | 16-13754 KCF | Trustee Name: | Andrea Dobin (500420) |
|---|---|---|---|
| Case Name: | RASLOWSKY, RONALD J. | Bank Name: | Mechanics Bank |
| Taxpayer ID #: | **-***1540 | Account #: | ******3866 Checking Account |
| For Period Ending: | 11/05/2020 | Blanket Bond (per case limit): | $39,709,084.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 05/22/17 | {22} | BAUM HEDLUND ET AL A/T/A | Turnover of Proceeds of Claim relating to Father's Death. See Docket No. 107 - Motion for Turnover | 1249-000 | 90,296.97 | | 90,296.97 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 34.63 | 90,262.34 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 129.82 | 90,132.52 |
| 07/26/17 | {18} | Quaker City Auctioneers Inc. | Mustang | 1129-000 | 20,000.00 | | 110,132.52 |
| 07/28/17 | | QUAKER CITY AUCTIONEERS, INC. | Proceeds of auction of vehicles | | 5,050.00 | | 115,182.52 |
| | {21} | | $550.00 | 1229-000 | | | |
| | {20} | | $4,500.00 | 1229-000 | | | |
| 07/28/17 | 101 | SUBRANNI ZAUBER LLC | 50% of mediation | 3721-000 | | 500.00 | 114,682.52 |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 127.23 | 114,555.29 |
| 08/08/17 | 102 | RONALD RASLOWSKY | exemption for Cobra and Harley Davidson | 8100-002 | | 11,850.00 | 102,705.29 |
| 08/17/17 | 103 | Trenk DiPasquale Della Fera & Sodono PC | reimbursement for insurance premiums | 2420-000 | | 4,140.00 | 98,565.29 |
| 08/18/17 | | RONALD J RASLOWSKY | deposit | 1290-000 | 750.00 | | 99,315.29 |
| 08/18/17 | | RONALD J RASLOWSKY | Reversed Deposit 100004 1 | 1290-000 | -750.00 | | 98,565.29 |
| 08/29/17 | 104 | TRENK DIPASQUALE DELLA FERA & SODONO | reimbursement for locksmith and insurance | 2420-000 | | 1,196.09 | 97,369.20 |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 169.28 | 97,199.92 |
| 09/08/17 | {24} | ERNEST G HAFER SR | sale of safe | 1229-000 | 75.00 | | 97,274.92 |
| 09/08/17 | 105 | Trenk DiPasquale Della Fera & Sodono | reimbursment of expenses | 2420-000 | | 790.00 | 96,484.92 |
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 134.60 | 96,350.32 |
| 10/24/17 | 106 | TRENK DiPASQUALE DELLA FERA & SODONO PC | | | | 58,858.00 | 37,492.32 |
| | | TRENK DiPASQUALE DELLA FERA & SODONO PC | attorney fees first interim fee application $56,614.50 | 3110-000 | | | |
| | | TRENK DiPASQUALE DELLA FERA & SODONO PC | attorney expenses first inteim fee application $2,243.50 | 3120-000 | | | |
| 10/31/17 | {25} | Trenk DiPasquale Della Fera & Sodono | payment of ordered attorney fees | 1249-000 | 750.00 | | 38,242.32 |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 130.89 | 38,111.43 |
| 11/01/17 | 107 | QUAKER CITY AUCTIONEERS, INC. | approved 11.1.2017 | 3610-000 | | 3,179.07 | 34,932.36 |
| 11/15/17 | 108 | Wells Fargo | Invoice No. 252191 | 2990-000 | | 45.70 | 34,886.66 |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 51.10 | 34,835.56 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 48.43 | 34,787.13 |

Page Subtotals:    $116,171.97    $81,384.84

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9

Page: 2

| Case No.: | 16-13754 KCF | Trustee Name: | Andrea Dobin (500420) |
|---|---|---|---|
| Case Name: | RASLOWSKY, RONALD J. | Bank Name: | Mechanics Bank |
| Taxpayer ID #: | **-***1540 | Account #: | ******3866 Checking Account |
| For Period Ending: | 11/05/2020 | Blanket Bond (per case limit): | $39,709,084.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 01/05/18 | 109 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/05/2018 FOR CASE #16-13754-KCF | 2300-000 | | 7.56 | 34,779.57 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 55.03 | 34,724.54 |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 46.61 | 34,677.93 |
| 03/22/18 | 110 | CLERK, U.S. BANKRUPTCY COURT | Adv No. 16-1550 | 2700-000 | | 350.00 | 34,327.93 |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 49.82 | 34,278.11 |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 47.65 | 34,230.46 |
| 05/22/18 | {22} | Baum Hedlund Aristei Goldman | Turnover of Settlement Funds from Father's Suit | 1249-000 | 4,410.71 | | 38,641.17 |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 55.85 | 38,585.32 |
| 06/29/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 53.64 | 38,531.68 |
| 07/09/18 | 111 | US Marshall Service | service of writ of execution | 2700-000 | | 300.00 | 38,231.68 |
| 07/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 59.11 | 38,172.57 |
| 08/20/18 | {25} | David Raslowsky | attorney fees for adversary proceedings | 1249-000 | 4,711.50 | | 42,884.07 |
| 08/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 59.07 | 42,825.00 |
| 09/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 32.84 | 42,792.16 |
| 10/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 38.68 | 42,753.48 |
| 11/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 35.13 | 42,718.35 |
| 12/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 33.93 | 42,684.42 |
| 01/17/19 | 112 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/17/2019 FOR CASE #16-13754-KCF | 2300-000 | | 13.60 | 42,670.82 |
| 01/31/19 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 38.58 | 42,632.24 |
| 02/28/19 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 32.70 | 42,599.54 |
| 03/29/19 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 33.84 | 42,565.70 |
| 04/30/19 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 37.31 | 42,528.39 |
| 05/31/19 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 36.11 | 42,492.28 |
| 09/06/19 | 113 | TRENK DiPASQUALE DELLA FERA & SODONO PC | attorney fees and expenses | | | 24,799.10 | 17,693.18 |
| | | TRENK DiPASQUALE DELLA FERA & SODONO PC | attorney fees $23,149.00 | 3110-000 | | | |

Page Subtotals: $9,122.21    $26,216.16

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

| Form 2 | | | | | | Exhibit 9 |
|---|---|---|---|---|---|---|
| **Cash Receipts And Disbursements Record** | | | | | | Page: 3 |

| Case No.: | 16-13754 KCF | Trustee Name: | Andrea Dobin (500420) |
|---|---|---|---|
| Case Name: | RASLOWSKY, RONALD J. | Bank Name: | Mechanics Bank |
| Taxpayer ID #: | **-***1540 | Account #: | ******3866 Checking Account |
| For Period Ending: | 11/05/2020 | Blanket Bond (per case limit): | $39,709,084.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | TRENK DiPASQUALE DELLA FERA & SODONO PC | attorney expenses $1,650.10 | 3120-000 | | | |
| 12/03/19 | | Robert C Nisenson LLC | | | 100,000.00 | | 117,693.18 |
| | {22} | | settlement $40,000.00 | 1249-000 | | | |
| | {13} | | settlement $60,000.00 | 1129-000 | | | |
| 01/10/20 | 114 | The Kelly Firm, PC | mediator fees | 3721-000 | | 506.25 | 117,186.93 |
| 02/04/20 | 115 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/04/2020 FOR CASE #16-13754-KCF, Blanket Bond | 2300-000 | | 46.26 | 117,140.67 |
| 02/21/20 | 116 | McMANIMON SCOTLAND & BAUMANN | attorney fees and expenses | | | 31,846.71 | 85,293.96 |
| | | McMANIMON SCOTLAND & BAUMANN | attorney fees $31,164.50 | 3110-000 | | | |
| | | McMANIMON SCOTLAND & BAUMANN | attorney expenses $682.21 | 3120-000 | | | |
| 06/12/20 | 117 | Furr Cohen PA | Dividend paid 100.00% on $2,100.00, Attorney for Trustee Fees (Other Firm);  Reference: | 3210-000 | | 2,100.00 | 83,193.96 |
| 06/12/20 | 118 | United States Trustee Payment Center | Dividend paid 100.00% on $325.00, U.S. Trustee Quarterly Fees;  Reference: | 2950-000 | | 325.00 | 82,868.96 |
| 06/12/20 | 119 | Maria Geletei | Dividend paid  38.73% on $170,000.00; Claim# 10; Filed: $315,615.00; Reference: | 5100-000 | | 65,854.95 | 17,014.01 |
| 06/12/20 | 120 | Andrea Dobin | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | | | 13,967.36 | 3,046.65 |
| | | Andrea Dobin | Dividend paid 100.00% on $13,922.21;  Claim# ; Filed: $13,922.21 $13,922.21 | 2100-000 | | | |
| | | Andrea Dobin | Dividend paid 100.00% on $45.15; Claim# ; Filed: $45.15 $45.15 | 2200-000 | | | |
| 06/12/20 | 121 | SHARER, PETREE BROTZ & SNYER | Combined Check for Claims#et_al. | | | 3,046.65 | 0.00 |
| | | SHARER, PETREE BROTZ & SNYER | Dividend paid 100.00% on $3,032.00;  Claim# ; Filed: $3,032.00 $3,032.00 | 3410-000 | | | |
| | | SHARER, PETREE BROTZ & SNYER | Dividend paid 100.00% on $14.65; Claim# ; Filed: $14.65 $14.65 | 3420-000 | | | |

Page Subtotals:    $100,000.00    $117,693.18

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9
Page: 4

| Case No.: | 16-13754 KCF | Trustee Name: | Andrea Dobin (500420) |
|---|---|---|---|
| Case Name: | RASLOWSKY, RONALD J. | Bank Name: | Mechanics Bank |
| Taxpayer ID #: | **-***1540 | Account #: | ******3866 Checking Account |
| For Period Ending: | 11/05/2020 | Blanket Bond (per case limit): | $39,709,084.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction / Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | COLUMN TOTALS | | 225,294.18 | 225,294.18 | $0.00 |
| | | | Less: Bank Transfers/CDs | 0.00 | 0.00 | |
| | | Subtotal | | 225,294.18 | 225,294.18 | |
| | | | Less: Payments to Debtors | | 11,850.00 | |
| | | NET Receipts / Disbursements | | $225,294.18 | $213,444.18 | |

{ } Asset Reference(s)  UST Form 101-7-TDR ( 10 /1/2010)  ! - transaction has not been cleared

**Form 2**

Exhibit 9

Page: 5

## Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 16-13754 KCF | **Trustee Name:** | Andrea Dobin (500420) |
| **Case Name:** | RASLOWSKY, RONALD J. | **Bank Name:** | Mechanics Bank |
| **Taxpayer ID #:** | **-***1540 | **Account #:** | ******3866 Checking Account |
| **For Period Ending:** | 11/05/2020 | **Blanket Bond (per case limit):** | $39,709,084.00 |
| | | **Separate Bond (if applicable):** | N/A |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******3866 Checking Account | $225,294.18 | $213,444.18 | $0.00 |
| | **$225,294.18** | **$213,444.18** | **$0.00** |

11/05/2020  /s/Andrea Dobin
Date     Andrea Dobin

UST Form 101-7-TDR (10 /1/2010)